IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-878-LPS-CJB |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-877-LPS-CJB |
| GLENMARK PHARMACEUTICALS INC., USA, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANTS' COMBINED MOTION FOR SUMMARY
JUDGMENT AND TO EXCLUDE CERTAIN EXPERT TESTIMONY**

OF COUNSEL:
Ira J. Levy
Andrew E. Riley
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

Daryl L. Wiesen
Lana S. Shiferman
J. Anthony Downs
Christopher T. Holding
Robert Frederickson, III
Alexandra Lu
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
(617) 570-1000

                                        Richard W. Riley (No. 4052)
                                        DUANE MORRIS LLP
                                        222 Delaware Avenue, Suite 1600
                                        Wilmington, DE 19801
                                        (302) 657-4928
OF COUNSEL:                          rwriley@duanemorris.com
George C. Lombardi                   *Attorneys for Defendant Glenmark*
Kurt A. Mathas                          *Pharmaceuticals Inc., USA*
Alison S. Cooney
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated:  January 27, 2017

Pursuant to Federal Rule of Civil Procedure 56, Defendants Glenmark Pharmaceuticals Inc., USA ("Glenmark") and Teva Pharmaceuticals USA, Inc. ("Teva"), (collectively, "Defendants"), respectfully move for summary judgment that (1) the asserted claims of U.S. Patent No. RE40,000 are invalid; (2) Defendants do not induce infringement of the asserted claims of U.S. Patent No. RE40,000; (3) Plaintiffs GlaxoSmithKline LLC and SmithKline Beecham Cork (Cork) Limited (collectively, "GSK" or "Plaintiffs") are not entitled to lost profits; (4) administering carvedilol during the first six months of the maintenance period is not an act of direct infringement; and (5) Plaintiffs are not entitled to damages based on a convoyed sales theory of infringement.

Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993), Defendants also respectfully move to exclude (1) the opinions offered by Plaintiffs' expert, Dr. Robert S. Maness, concerning lost profits; (2) the results of the survey of doctors conducted by Plaintiffs' expert, Dr. Brian C. Reisetter; and (3) the opinions offered by Dr. Reisetter regarding lost profits.

The grounds for these motions are fully set forth in Defendants' Opening Brief in Support of Their Combined Motions for Summary Judgment and To Exclude Certain Expert Testimony.

WHEREFORE, Defendants respectfully request that the Court enter the attached order granting these motions.

| | |
|---|---|
| OF COUNSEL:<br>Ira J. Levy<br>Andrew E. Riley<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Daryl L. Wiesen<br>Lana S. Shiferman<br>J. Anthony Downs<br>Christopher T. Holding<br>Robert Frederickson, III<br>Alexandra Lu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02110<br>(617) 570-1000 | */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL:<br>George C. Lombardi<br>Kurt A. Mathas<br>Alison S. Cooney<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br><br>Dated:  January 27, 2017 | */s/ Richard W. Riley*<br>Richard W. Riley (No. 4052)<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4928<br>rwriley@duanemorris.com<br>*Attorneys for Defendant Glenmark Pharmaceuticals Inc., USA* |

2