IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | REDACTED - PUBLIC VERSION |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-878-LPS-CJB |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |
| | ) | |
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-877-LPS-CJB |
| GLENMARK PHARMACEUTICALS INC., USA, | ) ) ) | |
| Defendant. | ) ) | |

**EXPERT DECLARATION OF DEFOREST MCDUFF, PH.D.**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:
Ira J. Levy
Andrew E. Riley
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva*
*Pharmaceuticals USA, Inc.*

Daryl L. Wiesen
Lana S. Shiferman
J. Anthony Downs
Christopher T. Holding
Robert Frederickson, III
Alexandra Lu
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
(617) 570-1000

Richard W. Riley (No. 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4928
rwriley@duanemorris.com
*Attorneys for Defendant Glenmark*
*Pharmaceuticals Inc., USA*

OF COUNSEL:
George C. Lombardi
Kurt A. Mathas
Alison S. Cooney
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated:  January 27, 2017

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-877-LPS |
| | ) | |
| GLENMARK PHARMACEUTICALS INC., USA., | ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-878-LPS |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## EXPERT DECLARATION OF DEFOREST MCDUFF, PH.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, DeForest McDuff, Ph.D. declare as follows:

1. My qualifications are listed in section 1.1 of Exhibit A.  I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Rebuttal Expert Report of DeForest McDuff, Ph.D. dated November 11, 2016.  I swear that, to the best of my understanding, the content of Exhibit A is true and correct.

\*        \*        \*

I, DEFOREST MCDUFF, Ph.D., hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  January 26, 2017

Signature:

DeForest McDuff, Ph.D.

## CERTIFICATE OF SERVICE

I, David M. Fry, hereby certify that on January 27, 2017, this document was served on

the persons listed below in the manner indicated:

**BY E-MAIL**

Jeremy D. Anderson
Douglas E. McCann
W. Chad Shear
Elizabeth M. Flanagan
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
janderson@fr.com
shear@fr.com
eflanagan@fr.com
dmccann@fr.com

Craig Countryman
Robert M. Yeh
Ryan O'Connor
Michael A. Amon
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
countryman@fr.com
ryeh@fr.com
oconnor@fr.com
amon@fr.com

Limin Zheng
John M. Farrell
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
zheng@fr.com
jfarrell@fr.com

William R. Woodford
Michael J. Kane
Jonathan E. Singer
Phillip W. Goter
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070
kane@fr.com
singer@fr.com
goter@fr.com
woodford@fr.com

*/s/ David M. Fry*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva*
*Pharmaceuticals USA, Inc.*

# Exhibit A

# REDACTED IN ITS ENTIRETY