IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | REDACTED - PUBLIC VERSION |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-878-LPS-CJB |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| | ) | |
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 14-877-LPS-CJB |
| v. | ) ) | |
| GLENMARK PHARMACEUTICALS INC., USA, | ) ) ) | |
| Defendant. | ) ) | |

**EXPERT DECLARATION OF SUMANTH ADDANKI, PH.D.
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:
Ira J. Levy
Andrew E. Riley
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

Daryl L. Wiesen
Lana S. Shiferman
J. Anthony Downs
Christopher T. Holding
Robert Frederickson, III
Alexandra Lu
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
(617) 570-1000

OF COUNSEL:
George C. Lombardi
Kurt A. Mathas
Alison S. Cooney
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Dated:  January 27, 2017

Richard W. Riley (No. 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 657-4928
rwriley@duanemorris.com
*Attorneys for Defendant Glenmark*
*Pharmaceuticals Inc., USA*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.  14-877-LPS |
| | ) | |
| GLENMARK PHARMACEUTICALS INC., USA., | ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.  14-878-LPS |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EXPERT DECLARATION OF SUMANTH ADDANKI, PH.D. IN SUPPORT OF**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Sumanth Addanki, Ph.D. declare as follows:

1. My qualifications are listed in Section I. A. of Exhibit A.  I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Sumanth Addanki dated November 11, 2016.  I swear that, to the best of my understanding, the content of Exhibit A is true and correct.

\*       \*       \*

     I, SUMANTH ADDANKI, Ph.D., hereby declare under penalty of perjury under the laws

of the United States of America that the foregoing is true and correct.

Executed on:  January 26, 2017

                   Signature:

                   Sumanth Addanki, Ph.D.

## CERTIFICATE OF SERVICE

I, David M. Fry, hereby certify that on January 27, 2017, this document was served on

the persons listed below in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jeremy D. Anderson | Limin Zheng |
| Douglas E. McCann | John M. Farrell |
| W. Chad Shear | FISH & RICHARDSON P.C. |
| Elizabeth M. Flanagan | 500 Arguello Street, Suite 500 |
| FISH & RICHARDSON P.C. | Redwood City, CA 94063 |
| 222 Delaware Avenue, 17th Floor | (650) 839-5070 |
| Wilmington, DE 19801 | zheng@fr.com |
| (302) 652-5070 | jfarrell@fr.com |
| janderson@fr.com | |
| shear@fr.com | |
| eflanagan@fr.com | |
| dmccann@fr.com | |
| | |
| Craig Countryman | William R. Woodford |
| Robert M. Yeh | Michael J. Kane |
| Ryan O'Connor | Jonathan E. Singer |
| Michael A. Amon | Phillip W. Goter |
| FISH & RICHARDSON P.C. | FISH & RICHARDSON P.C. |
| 12390 El Camino Real | 3200 RBC Plaza |
| San Diego, CA 92130 | 60 South Sixth Street |
| countryman@fr.com | Minneapolis, MN 55402 |
| ryeh@fr.com | (612) 335-5070 |
| oconnor@fr.com | kane@fr.com |
| amon@fr.com | singer@fr.com |
| | goter@fr.com |
| | woodford@fr.com |

*/s/ David M. Fry*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva*
*Pharmaceuticals USA, Inc.*

# Exhibit A

# REDACTED IN ITS ENTIRETY