# Exhibit 80

# REDACTED
# IN ITS ENTIRETY

# Exhibit 81

# The Drug Discovery and Development Process: A Case Study with Carvedilol for the Treatment of Heart Failure

**Robert R. Ruffolo, Ph.D., D.Sc.(*h*), D.Eng.(*h*), FCCP**

**Retired President, Research & Development**
**Retired Corporate Senior Vice President**
**Wyeth Pharmaceuticals**

**Pharmacology Research Associate Training Program**
**National Institute of General Medical Sciences**
**National Institutes of Health**

GSK00983204

GSK00983204

**But there was one big problem: All β-blockers, and drugs with β-blocking activity, were Contraindicated in CHF**

GSK00983249

GSK00983249

# And the Reaction from My Colleagues was Mostly Negative

- "Ruffolo, you're going to kill a lot of people with that drug" *Vice President, Worldwide Medical Affairs*

- In a Letter to the CEO: "I feel the need to protest the studies that Dr. Ruffolo is proposing with carvedilol in CHF.  They resemble the studies done by the Nazi scientists in the death camps of World War II" *Unknown Source*

- "Over my dead body" *Senior Vice President, Clinical Research & Development*

- "Carvedilol is being terminated" *COO*

- "Ruffolo you idiot!" *Vice President, Discovery*

# However, Based on the Strength of the Pre-Clinical Data:

- **University and Hospital Internal Review Boards, Ethical Review Boards, the FDA and EMEA, and the my Boss's Boss (President of R&D) Agreed That the Clinical Trials Could be Initiated; But with one major Caveat:**

- **An Independent DSMB Needed to Oversee the Trials**

- **Placebo would consist of the current standard of care (ACE, Diuretic & Digoxin)**

GSK00983251

GSK00983251

# Exhibit 82



GSK00983284

GSK00983284



# Contents

Introduction ............................................................................................................v

The Discoverers Award 2007 ...........................................................................vi

    Robert R. Ruffolo, Jr., Ph.D.
    Eliot Ohlstein, Ph.D.
    Tian-Li Yue, Ph.D.

COREG®: A LONG SHOT TRIUMPHS .............................................................1

Clinical Trial Exceptional Service Award .....................................................18

2007...........................................................................................................................20

    Steven J. Brickner, Ph.D.
    Michael R. Barbachyn, Ph.D.
    Douglas K. Hutchinson, Ph.D.

2006...........................................................................................................................23

    Harry R. Davis, Jr., Ph.D.
    Margaret van Heek, Ph.D.
    Kevin B. Alton

2005...........................................................................................................................26

    Ronald J. Eby, Ph.D.
    Dace V. Madore, Ph.D.
    Velupillai Puvanesarajah, Ph.D.

2004...........................................................................................................................28

    Elisabeth Buchdunger, Ph.D.
    Juerg Zimmermann, Ph.D.

2003...........................................................................................................................30

    George Ellestad, Ph.D.
    Philip Hamann, Ph.D.
    Janis Upeslacis, Ph.D.

i

GSK00983285

COREG®

DISCOVERERS
AWARD 2008

2002 ...........................................................................31

    Peter Isakson, Ph.D.
    Jaime Masferrer, Ph.D.
    Karen Seibert, Ph.D.
    John Talley, Ph.D.

2001 ...........................................................................33

    Craig A. Smith, Ph.D.
    Raymond G. Goodwin, Ph.D.

2000 ...........................................................................35

    Jiban Chakrabarti, Ph.D.
    David Tupper, Ph.D.
    Terry Hotten, GRSC

1999 ...........................................................................37

    David Peter Clough, Ph.D.
    Ian Buchanan Duncan, Ph.D.
    Noel Roberts, Ph.D.
    Dale J. Kempf, Ph.D.
    Daniel W. Norbeck, Ph.D.
    Joel R. Huff, Ph.D.
    Bruce D. Dorsey, Ph.D.
    Joseph P. Vacca, Ph.D.
    Stephen W. Kaldor, Ph.D.
    Siegfried H. Reich, Ph.D.

1998 ...........................................................................39

    Gareth J. Sanger, Ph.D.
    Michael B. Tyers, Ph.D.

1996 ...........................................................................41

    John A. Clements, M.D.

1995 ...........................................................................42

    Fu-Kuen Lin, Ph.D.

1994 ...........................................................................43

    Ken Richardson, Ph.D.

1993 ...........................................................................44

    Brian B. Molloy, Ph.D.
    Ray W. Fuller, Ph.D.
    David T. Wong, Ph.D.

1992 ...........................................................................45

    Alfred W. Alberts
    Georg Albers-Schönberg, Ph.D.
    Arthur A. Patchett, Ph.D.

1991 ...........................................................................46

    Gideon Goldstein, M.D., Ph.D.
    Patrick Kung, Ph.D.
    Hans-Jürgen Hess, Ph.D.
    Ross C. Terreli, Ph.D.

1990 ...........................................................................49

    David W. Cushman, Ph.D.
    Gertrude B. Elion, D.Sc., DMS
    Howard H. Schaeffer, Ph.D.

1989 ...........................................................................51

    William C. Campbell, Ph.D.
    Jackson B. Hester, Ph.D.
    Max Tischler, Ph.D.

ii

iii

GSK00983286

GSK00983286

COREG®

1988.................................................................................................54

    Karl Henry Beyer, Jr., M.D., Ph.D.
    Sir James Black, M.D., ChB., FRCB, FRS
    Jean-Francois Borel, Ph.D.
    Carl Djerassi, Ph.D.

1987.................................................................................................58

    George H. Hitchings, Ph.D.
    Paul A.J. Janssen, Ph.D.
    Robert B. Morin, Ph.D.
    Miguel A. Ondetti, Ph.D.
    Leo H. Sternbach, Ph.D.

# INTRODUCTION

The Pharmaceutical Research and Manufacturers of America presents the Discoverers Award each year to scientists whose research and development of pharmaceuticals have greatly benefited humankind, and whose dedication and interest in improving the quality of life exemplify the best in the research industry today.

The Discoverers so honored are presented on the following pages. We commend and congratulate them on their outstanding contributions.

GSK00983287

GSK00983287

COREG®



Robert R. Ruffolo, Jr., Ph.D.



Eliot Ohlstein, Ph.D.



Tian-Li Yue, Ph.D.

# COREG®: A LONG SHOT TRIUMPHS

"Oh, my God," Dr. Robert R. Ruffolo, Jr. blurted out.

The transatlantic caller had just told him, "The Data and Safety Monitoring Board stopped the heart failure trial." To the jetlagged scientist, alone and in unfamiliar surroundings in a London hotel room, that could only mean his worst fears had come true.

"No, let me finish — the DSMB stopped the trial because the reduction in death was so high that it was unethical to maintain the placebo arm," Ruffolo recalls George Poste, his boss at GlaxoSmithKline, saying.[1]

Thinking back, Poste's words were rather matter-of-fact. It is this quality that rendered them significant. "If we use common words on a great occasion, they are the more striking, because they are felt at once to have a particular meaning," the British novelist George Eliot wrote.

Thus it was in February of 1995. It took Ruffolo just seconds to grasp the enormity of the moment. Against great odds, he and his colleagues had achieved a major medical breakthrough. Typically, DSMBs, which are often recommended by the U.S. Food and Drug Administration, stop clinical trials because the drugs are hurting patients or, in some cases, killing them.

> This year's award is the twenty-first given since 1987. The winners are chosen for "the research and development of medicines that have greatly benefited humankind and for their dedication to improving the quality of life."

In this case, the drug in question, carvedilol, was a beta blocker, which had been considered contraindicated in heart failure patients for decades. Every pharmacy student and first-year medical student knew not to prescribe beta blockers for heart failure.

[1] In 2000 Glaxo-Wellcome merged with SmithKline Beecham Pharmaceuticals (previously SmithKline and French Laboratories), where work on COREG (carvedilol) began in 1985.

GSK00983288

GSK00983288

COREG®

In fact, colleagues inside and outside the company had suggested that he was crazy to be putting a contraindicated drug into very sick people, even in a well-controlled investigational setting. The odds of success were against him.

Just as extraordinary were the trial's other dimensions. Heart failure was the number one killer worldwide, more lethal than all cancers combined and the only major heart disease on the rise. Additionally, the placebo in the trial was not an inert substance, but the existing standard of care for heart failure: digitalis, a diuretic and an angiotensin-converting enzyme (ACE) inhibitor. The odds of success were indeed long.

To Ruffolo that day, and soon many others, the clinical trial's results were more than astonishing. Carvedilol, when added to the existing standard of care, *had decreased all-cause mortality by 65 percent* in patients with moderate to severe congestive heart failure (CHF), as compared to placebo.

On top of that, the DSMB's action in stopping the trial could hardly have been more unequivocal, given its clarity and finality, or more momentous, given the import: The continuation of the existing standard of care

**Heart Failure** occurs when the heart muscle is damaged to the point where it can no longer pump oxygen-rich blood to the tissues around the body. Symptoms include shortness of breath with exertion, fatigue, and fluid accumulation in the legs, lungs or abdomen.

The damage to the heart that sets heart failure in motion has several possible causes:

• Coronary artery disease (atherosclerosis) — the most frequent cause

• Myocardial infarction (heart attack) — fast growing cause because of increased survivability of MIs

• Hypertension — which increases the force of contraction needed to pump blood

• Diabetes and arrhythmias, among others.

in the placebo arm had been deemed unethical. Indeed, a major medical breakthrough had occurred.

By 1997, COREG® (carvedilol) would receive FDA approval and be on its way to becoming not only the new standard of care for heart failure, but one of the most celebrated drug discoveries in decades. In recognition of this discovery and its contribution to humankind, Drs. *Robert R. Ruffolo, Jr., Eliot Ohlstein,* and *Tian-Li Yue,* the co-inventors of COREG, are receiving the 2008 Discoverers Award.

## THE PATH TO DISCOVERY

COREG, as it is known today, is a treatment for heart failure and high blood pressure — it has become the standard of care for CHF. To be precise, COREG is a beta and alpha blocker with unique antioxidant properties that produces peripheral arterial vasodilation, scavenges reactive oxygen species that cause myocardial damage, and inhibits proliferation of cells involved in cardiac and vascular remodeling. It is also used after a heart attack to improve the chance of survival.

The story of its discovery is an extraordinary tale and a true measure of Drs. Ruffolo, Ohlstein and Yue's achievement.

When development of carvedilol began in the mid-1980s, the

**Heart Failure Today**

• The only major cardiovascular disease on the increase

• Nearly 5 million Americans with heart failure

• Estimated 550,000 new cases each year

• Most costly hospitalization in the U.S.

• Most common diagnoses in patients over age 65

• Afflicts 1 in 10 of those over age 75

• Kills 250,000 Americans every year

• More people die from heart failure than from all forms of cancer combined

GSK00983289

GSK00983289

**COREG®**

standard of care for heart failure included digitalis, ACE inhibitors, diuretics, and restrictions on the patient's physical activity. The aim of drug therapy was to decrease fluid accumulation, improve myocardial contractility and reduce the workload of the heart. At the time, there was nothing on the market that reduced mortality to the extent observed with carvedilol. This is significant given that the mortality rate for patients with heart failure was an alarming 50 percent in 5 years.

At least two problems were manifest. First, digitalis was ineffective in reducing mortality in patients with serious heart failure. Second, even with the best medicines, heart failure patients typically got sicker. We know now that the body's neurohormonal compensatory mechanism, including the sympathetic nervous system, creates a vicious cycle. At the time, however, heart failure was considered primarily to be a hemodynamic disorder, involving deterioration in the heart's pumping ability. What became increasingly clear was that the sympathetic nervous system is activated in patients with CHF. As one medical journal described:

> When the heart is failing, various neurohormonal systems, including the sympathetic nervous system, are collectively activated. The alpha and beta activity of the sympathetic pathways increases contractility, heart rate, venous tone and venous return. The sympathetic nervous system also stimulates the renin angiotensin system, which increases peripheral vascular resistance, also supporting the failing heart. Unfortunately, these compensatory mechanisms are detrimental when prolonged. This chronic increase in preload and afterload contributes to hypertrophy and dilatation, which can lead to progressive myocardial damage.[2]

[2] Bryan, Rebecca Hilgen, "RX Extra: COREG® (carvedilol)," *ADVANCE* for Nurses.

4

## THE PATH BECOMES PERSONAL

For this year's winners of the Discoverers Award, COREG was a long time in the making. Each made a unique contribution to the discovery of its pharmacological properties. Each too, possessed a uniquely personal connection to the compound turned drug they brought to market.

"I wanted to be a scientist for as long back as I can remember," Robert Ruffolo said. "I was always fascinated with medicine and wanted to discover a drug."

Before joining what was then SmithKline and French Laboratories, the Yonkers native received a pharmacy degree and Ph.D. in pharmacology from The Ohio State University, and then did his post-doctorate work at the National Institutes of Health under Nobel Laureate Marshall Nurenberg. During his 17 years at GSK, Ruffolo led a team of 400 scientists, many of them involved in the discovery of COREG's novel properties. From the first day to the last, Ruffolo masterminded both the science and the politics of its discovery.

Ruffolo is a man of many passions: science, the pharmaceutical industry, World War II generals and football. The latter two are noteworthy because of the possible role they played in shaping the strategy he used to get COREG to market. Today, Ruffolo is President of Research & Development of Wyeth Pharmaceuticals and Senior Vice President of Wyeth.

For Eliot Ohlstein, his life's work in pharmacology has familial roots. "My father was a pharmacist and I worked in his drugstore," he explained. "My grandfather was a pharmacist and I worked in his drugstore."

"Ever since I was a child, I had an interest in understanding and discovering drugs. As a teen, I knew I wanted to become a pharmacologist."

With an undergraduate degree in pharmacy, Ohlstein attended Tulane Medical School, where he received a Ph.D. in pharmacology under the

5

DISCOVERERS
AWARD 2008

tutelage of Nobel Laureate Lou Ignarro. Although Ohlstein began working in vascular pharmacology when he joined SK&F in 1982, his work took on an even more personal cast when his father died from CHF in 1988 — the same year his work on carvedilol began.

Today, Ohlstein is Senior Vice-President and CEDD Leader in the Cardiovascular-Urogenital Centre of Excellence in Drug Discovery within GSK's Research and Development organization.

When Tian-Li Yue arrived in the United States in 1988, he had a dream. This dream, what he calls his American Dream, was to discover a new drug.

"I was interested in doing drug research, because I saw it as being closer to what society needs urgently," the native of Shanghai said. "Nothing could have made me happier than to bring a new drug to society that relieves suffering and saves lives."

When Yue arrived on our shores, his work took on added urgency. His mother had recently died from a stroke. After teaching at a medical school in China, Yue joined what was then SmithKline Beecham in the late 1980s. "When I came to the United States, I had a dream," Yue said, and what he found there was a very good environment in which to find a new drug.

"In this environment I can achieve it," he recalls thinking. "I can't waste time — I knew time was important, because heart failure was so serious."

Yue today is manager in GSK's Cardiovascular-Urogenital Centre of Excellence in Drug Discovery.

## THREE YARDS AND A CLOUD OF DUST

Carvedilol had existed for a few years when GSK licensed it from Boehringer Mannheim in 1985. The German company's scientists were stymied in their effort to fully understand the mechanism of action of the drug. Ironically enough, carvedilol was all but the proverbial player-to-be-named-later in a three-drug deal that brought it to GSK.

"To be honest, the company really didn't want carvedilol," Ohlstein said. "It was really interested in two thromboxane receptor antagonists, and carvedilol was added to the deal late in the negotiations as the lowly step-brother of the other two drugs."

Little was known about the molecule, and none of its now-famous novel properties had been discovered. Carvedilol was not without promise, however. "A small study by Swedish scientists in the early 1970s had shown that certain heart failure patients under certain conditions might benefit from beta blockers," Ohlstein said, and he and his colleagues were aware of it. They believed there was something special about this particular beta blocker.

But a major obstacle stood in their way. According to then decades-old dogma, developing carvedilol for heart failure might harm patients. Considering that beta blockers were considered contraindicated in heart failure, how could Ruffolo get the green light to develop carvedilol?

"I decided I'd never be able to get them to agree to take the drug to market," Ruffolo said. "I just needed to convince them to take it the next checkpoint, of which there were many."

Ruffolo and his colleagues, one might say, eschewed the Hail Mary pass and turned to the running game — one made famous by his alma mater's teams of the 1960s and 1970s under legendary coach Woody Hayes: three yards and a cloud of dust. Or was it Ruffolo's study of Eisenhower, Bradley and Clark that inspired his war of attrition to get COREG to market?

Whatever the inspiration, the strategy worked. Between 1987 and 1995, the scientists at GSK studied the molecule — "one of the most complicated molecules I've ever worked on," according to Ruffolo — in endless detail, and despite repeated moves to terminate the project, the data generated by Ruffolo, Ohlstein and Yue was always compelling enough to advance carvedilol to the next stage of development.

6

7

According to Ruffolo, one experiment in particular — Ohlstein's research in the area of restenosis — kept COREG alive, even though it had nothing to do with heart failure. While the company was skeptical about carvedilol's potential for heart failure, it had a keen interest in its potential use in preventing restenosis after coronary artery angioplasty. The data generated by Ohlstein's research was so promising that Ruffolo was able to use it to advance carvedilol through several stages of development. "Without Eliot Ohlstein's restenosis studies on carvedilol, I'm sure that there would have been insufficient interest in the drug to continue its development," Ruffolo commented.

## RESEARCH BEARS FRUIT

The work done by this year's winners during this period of time was extraordinarily productive. Several patents have been awarded to these researchers for their work on COREG, including a patent on a method of decreasing mortality resulting from CHF, and the drug has been the subject of no less than 50 peer-reviewed papers and review articles. Ohlstein was especially instrumental "in putting all the pieces together," Ruffolo said. Ohlstein also led early efforts to profile the molecule, against similar and competing compounds, to understand its pharmacology. The knowledge gained contributed significantly to the team's later work in identifying carvedilol's novel mechanisms of action. Finally, the importance of Yue's contribution to understanding carvedilol's antioxidant activity is all but immeasurable, according to Ruffolo.

## COREG'S UNIQUE PHARMACOLOGY

Virtually all of COREG's novel properties were discovered between 1987 and 1992. All of them justified the use of the drug in heart failure, which helped achieve the team's two major goals: First, the data convinced the company to let carvedilol move from in vitro to clinical trials in humans. Next, the data convinced the FDA not only to allow carvedilol to be studied in humans with heart failure, but also to approve the initiation of what was then the largest heart failure study ever done.

**Carvedilol Is Both a Beta and an Alpha Blocker** — Ruffolo's discovery that carvedilol, long understood to be a beta blocker, is also an alpha blocker was one of two watershed moments for the molecule. This dual blockade distinguished it from other beta blockers, and largely explained why this particular beta blocker might not be contraindicated for heart failure. Essentially, as a beta and alpha blocker, carvedilol was able to inhibit the sympathetic nervous system's response to heart failure — thereby *reducing blood pressure, heart rate, contractility and wall tension*, all factors that contribute to the heart's workload. Its alpha blockade activity is also associated with *enhanced arterial vasodilation*. All of which means the heart doesn't have to pump as hard.

As a beta blocker, carvedilol also inhibits the body's hormonal response to myocardial stress, which includes the production of angiotensin II and norepinephrine. Inasmuch as both these neurohormones cause vasoconstriction and increased vascular resistance, with norepinephrine also increasing heart rate, they make the already sick heart work harder, thereby making the patient sicker.

**Antioxidant Effects** — Yue's discovery of carvedilol's antioxidant activity was the second watershed moment. As an "exquisitely potent antioxidant," as Ruffolo describes it, "carvedilol possesses unique activities that distinguish it from other beta blockers, which, again, were considered contraindicated for heart failure." Moreover, it is the collection of these various activities that make carvedilol uniquely effective in the treatment of heart failure, as compared to other beta blockers.

Yue first got involved in COREG research in the late 1980s. The debate was still raging over the effects of beta blockers in patients with heart failure. He had a hunch that it might be effective against oxidative stress, a syndrome occurring in heart failure that further damages the heart.

8                                                                 9

During heart failure, the production of oxygen-free radicals increases (possibly in response to angiotensin II and the sympathetic nervous system) to such an extent that they likely overcome the body's natural ability to scavenge these free radicals. Oxidative stress was known to be detrimental to cardiovascular tissues, and was associated with myocardial dysfunction. Using a methodology he had developed for another purpose, Yue discovered carvedilol's unique ability to scavenge oxygen-free radicals before they can do the heart more harm.

**Prevents Apoptosis** — Building on Yue's work, Ohlstein demonstrated that the drug's antioxidant property *prevents apoptosis*, or programmed cell death. It too happens in heart failure, making the patient sicker.

**Prevents Remodeling** — Carvedilol's antioxidant effect prevents a change in the size, shape, and function of the heart (after an injury) that results in increased pressure or volume overload on the heart.

**Prevents the Synthesis of Endothelin** — Ohlstein, who was a leader in the field of endothelin research, discovered how carvedilol inhibits the biosynthesis of endothelin, which is an extremely potent vasoconstrictor and was believed to be correlated with the severity of heart failure.

**Prevents Vascular Smooth Muscle Cell Proliferation** — Ohlstein's work demonstrated that carvedilol prevents vascular smooth muscle growth that is associated with the development and progression of atherosclerosis, as well as acute vascular wall injury induced by angioplasty or coronary artery bypass grafting. (As described above, it was this work that kept the development of carvedilol alive at a time when there was little interest in developing the drug for heart failure.)

The generation of data demonstrating these novel activities sustained carvedilol's advance from a molecule directed primarily toward hypertension to a drug with far more important indications, such as heart failure and myocardial infarction. According to Ruffolo, in every phase, the company was understandably reluctant to proceed with the development of carvedilol for heart failure. On at least two occasions, the project was scheduled for termination. Unique data convinced wary executives, however, to let the promising drug proceed through the stages of drug development. Ruffolo acknowledged that at the end of the day, senior R&D management and corporate management in SmithKline Beecham had the courage to stand behind the data and fund these risky studies in heart failure. Finally, the data convinced the FDA that carvedilol was ready to be carefully tested in humans.

Another three yards. Another battle won.

## "THE DEATH SENTENCE FOR PATIENTS WITH HEART FAILURE HAS BEEN REMOVED"

It was the U.S. Carvedilol Heart Failure Study Group that generated the 1995 transatlantic call from George Poste to Ruffolo. Begun in 1993, the trial revealed that carvedilol, when added to the existing standard of care, *decreased all-cause mortality by 65 percent* in patients with *moderate to severe* CHF, as compared to placebo. Which, again, led to the DSMB's extraordinary decision to declare that the placebo's (standard of care's) continued use in heart failure patients was unethical.

The risk of hospitalization for any cardiovascular cause was also significantly lower in patients treated with carvedilol, according to the trial's results. Moreover, carvedilol was equally effective in Black and non-Black patients, a truly important breakthrough because heart failure was more prevalent in Blacks and more lethal in Black patients. Existing treatments for heart failure were less effective in Black patients.

A trial conducted in Australia and New Zealand evaluated the effects of carvedilol in patients with mild- to-moderate CHF *who were already being treated with a diuretic and an ACE inhibitor.* After 18 months or more of treatment, the rate of death or hospitalization was 26 percent lower in the carvedilol group than the placebo group. Most critically, this study demonstrated that carvedilol had the ability to inhibit the progression

GSK00983293

GSK00983293

of heart failure, which no other drug had been shown to do.

COPERNICUS was the largest trial ever conducted in patients with advanced heart failure (many requiring a heart transplant to survive), and involved over 2,200 patients in over 300 hospitals in 21 countries on six continents. The results were also extraordinary. They prompted the DSMB to stop a carvedilol trial for the second time and for the same reason — it was deemed unethical to continue treating patients with placebos. Consider these results: COREG decreased mortality by 35 percent, decreased all-cause mortality or heart failure hospitalizations by 31 percent, all-cause mortality or cardiovascular hospitalizations by 27 percent, and all-cause mortality or hospitalizations for any reason by 24 percent.

"The COPERNICUS trial showed that Carvedilol has the potential to save as many as 50,000 lives annually, offering new hope for patients with the most advanced stage of heart failure," said Milton Packer, M.D., then Director, Heart Failure Center and Professor of Medicine, Columbia University College of Physicians and Surgeons.

> **About COPERNICUS**
> *"Carvedilol is the first beta blocker to have so clearly shown to improve survival in such a wide spectrum of heart failure patients, and really in a very dramatic fashion."*
>
> Dr. Jean Rouleau
> University Health Network
> and Mount Sinai Hospital,
> Toronto

> **About COMET**
> *"Carvedilol's significant survival benefit could mean thousands of lives saved each year."*
>
> Professor Philip Poole-Wilson,
> Chairman of the COMET Steering
> Committee

The results of the Carvedilol or Metoprolol European Trial (COMET) in 2003 went a long way towards establishing COREG as the new standard of care for heart failure. This trial, involving 3,000 patients with mild-to-severe heart failure from 341 centers in 15 countries, showed that heart failure patients lived longer on carvedilol than on metoprolol, a traditional selective beta blocker.

Specifically, mortality was 6 percent lower in patients treated with carvedilol compared to patients treated with metoprolol.

The 2003 CAPRICORN trial was conducted in patients *after an acute heart attack combined with left ventricular dysfunction.* Even with current treatments, these patients were at a very high risk of dying. The results: COREG significantly lowered the incidence of cardiovascular mortality by 25 percent, reduced recurrent nonfatal myocardial infarction by 41 percent, and decreased the combined endpoint of all-cause mortality or nonfatal myocardial infarction by 29 percent, versus a placebo.[3]

More recently, COREG has been associated with improved survival rates among patients with heart failure who began therapy at *the time of their hospital discharge.*

Few medicines are backed by such panoply of clinical trials. Looking back, Ruffolo says he'll never forget the words of his former boss, when the results of 1995 heart failure trial were first made public.

"The death sentence for patients with heart failure has been removed," George Poste declared.

## COREG'S "FIRSTS"

- COREG is the first and only novel treatment in the last twenty-five years that improves the *multifaceted* components of heart disease.

- When the FDA approved COREG in 1997 for patients with *mild-to-moderate CHF,* it was the *first new treatment for heart failure in the U.S.* in 14 years.

[3] Packer M, Coats AJS, Fowler MB, et al. Effect of carvedilol on survival in severe chronic heart failure. *N Engl J Med* 2001; 344:1651-1658.

12

13

COREG®

DISCOVERERS AWARD 2008

- When the FDA approved COREG for severe CHF, it became the first and still the only beta blocker proven to be effective and well tolerated in severe heart failure patients.

- More significantly, it's the first drug whose primary benefit is to slow the progression of heart failure, that is, to *reduce the risk of death* in mild, moderate, and severe heart failure. "The amazing thing we see is that [COREG] almost reverses the heart disease process," commented Dr. Peter Liu, director of cardiology research at Toronto Hospital.

- COREG is the only beta blocker approved to reduce the risk of death among *patients who have had a recent heart attack and have impaired cardiac function.*

- It was named one of the Top 10 Heart and Stroke Research Advances for 1996 by the American Heart Association.

- Today, COREG is the "standard of care" for CHF.

> **An "important breakthrough" in CHF Therapy**
>
> *"Perhaps the most exciting recent development in the treatment of chronic heart failure is the use of β-adrenergic receptor blockers, such as carvedilol"*
>
> *"Therapy of heart failure," Kidney International (2000)*

> **COREG Receives FDA Approval**
>
> *"This is a big day," said Michael B. Fowler, a heart-failure expert at Stanford University. The drug has the potential to "raise the whole standard of care" for the disease.*
>
> *The Wall Street Journal Europe 2 June 1997*

Another first is COREG's economic benefits. Primarily by reducing the need for hospitalization, COREG has significantly reduced health care costs, benefiting society and individual patients. This is no small feat.

"CHF is the most expensive medical problem in the United States," reports the American Heart Association. According to the *American Druggist*, the annual cost of treatment of heart failure in 1999 was an estimated $21 billion, reflecting "more than 11 million physician visits and 3.5 million hospitalizations" for the Medicare population alone.

Specifically, COREG has been shown to reduce the per-patient costs per year of treating heart failure by more than $5,000. An analysis of data from the COPERNICUS trial showed that patients treated with COREG were estimated to have lower hospitalization costs as well as lower overall costs of care following discharge.

Since its launch, COREG has experienced exponential growth in sales. In a broadcast of "Wall Street Week" shortly following its launch, financial expert Louis Rukeyser referred to COREG as "one of three of the most important medical breakthroughs of all time." Since then the drug has become a highly successful product, with gross sales in excess of $1.5 billion dollars in 2007.

## FAITH AND VISION CHANGED THE PARADIGM

*In response to the growing epidemic of congestive heart failure and the lack of effective treatment, Drs. Ruffolo, Ohlstein and Yue discovered the major activities of COREG that justified its use in the treatment of heart failure and challenged the conventional wisdom that such a drug might hurt patients with CHF. This major medical breakthrough not only has reduced mortality in CHF by an unprecedented 65 percent, but has also dramatically improved the quality of life for patients with CHF and reduced the need for hospitalization by nearly 30 percent — thereby significantly reducing the health care costs borne by patients and society. Now the "standard of care" for the treatment of CHF, COREG has also changed the paradigm and improved clinical outcomes for the treatment of CHF specifically, and heart disease generally.*

14

15

GSK00983295

Few discoveries over the last 20 years have so transformed an area of medicine as much as COREG. If all it had done is lift the death sentences for tens of thousands of people suffering from heart failure, it would be worthy of the industry's recognition. It has accomplished far more than that. The quality of life for millions is no longer compromised. Patients suffer less, do more and live fuller lives. Heart attack victims and people with high blood pressure too are better off because of COREG. Health care costs also are lower for individuals, families and society.

Drs. Ruffolo, Ohlstein and Yue had the vision to champion COREG, which took them and their families on an odyssey that lasted well over a decade. "It takes champions to get a new drug to market," Ohlstein said. "People have to believe in it, have to be vocal — it took the persistence of a few people to keep COREG going."

Besides this persistence, the courage of others played an important part. Ruffolo considers his bosses during those 17 years at GSK to be "brave."

"As much as they were frightened that COREG might actually hurt patients and at times didn't want to develop the drug," he said, "in the end they trusted me and my team enough to let us do it, even though their better judgment was to say no."

"As result of the brave decisions made by individuals like George Poste, J.P. Garnier, Jan Leschly and Jerry Karabelas who supported us in the end, people with heart failure don't have to die."[4]

What further distinguishes this year's winners then, beyond their dedication to science, to their research mission and to humankind, is their spirit and courage. Undaunted by the odds, they set out to create a new drug that would make a difference to humanity. Through their diligence and deft maneuvers, COREG got to live another day. And another day. And then another. Until clinical trial results could not be ignored by the company, by the medical community or by the FDA, and most importantly by physicians who care for people with heart failure.

[4] George Poste was Chairman of Research & Development; J.P. Garnier was Chief Operating Officer; Jan Leschly was Chief Executive Officer; and Jerry Karabelas was President of the Pharmaceutical Sales and Marketing Division for SmithKline Beecham.

Thirteen years later the words, "The DSMB stopped the trial because the reduction in death was so high that it was unethical to maintain the placebo arm," still have power. No doubt, they should, considering the odds these three scientists overcame.

So, for being champions as well as discoverers, Drs. Ruffolo, Ohlstein and Yue are receiving the Pharmaceutical Research and Manufacturers of America's highest scientific honor.

GSK00983296

GSK00983296

COREG®

# CLINICAL TRIAL EXCEPTIONAL SERVICE AWARD 2008



Michael Bristow, M.D., Ph.D.



Mary Ann Lukas, M.D., F.A.C.C.



Milton Packer, M.D.



Lacey Angioletti

## THREE RESEARCHERS AND PATIENT RECOGNIZED FOR COREG CLINICAL RESEARCH

In its second year the Clinical Trial Exceptional Service Award honors three research scientists for their roles in helping make extraordinary advances in the clinical trials that were essential to the development of COREG. Recognized as well was a patient for her participation in the clinical trials of the life-saving cardiovascular medicine.

The 2008 Award recipients are, as follows:

- Michael Bristow, M.D., Ph.D., Co-Director, University of Colorado Cardiovascular Institute

- Mary Ann Lukas, M.D., F.A.C.C., Senior Director, Cardiovascular Medicine Development Centre at GlaxoSmithKline

- Milton Packer, M.D., Director, Center for Biostatistics and Clinical Science and Professor at the University of Texas Southwestern Medical Center

- Lacey Angioletti, a clinical trial participant who was only 21-years old when she was diagnosed with heart failure. Now at age 34, Angioletti is an actress and thankfully leading a healthy life, due in large part, to this prescription medicine.

"The recipients played an incredible role in advancing health care, here in the United States as well as around the world," PhRMA's President and CEO Billy Tauzin said. "They too are heroes behind the miracle medicine that has helped patients like Lacey win their battle against life-threatening heart diseases."

18          19

GSK00983297

GSK00983297



# 2007

## STEVEN J. BRICKNER, PH.D.
## MICHAEL R. BARBACHYN, PH.D.
## DOUGLAS K. HUTCHINSON, PH.D.

Drs. Steven J. Brickner, Michael R. Barbachyn and Douglas K. Hutchinson discovered Zyvox® (linezolid), the first member of the oxazolidinone class of antibacterial agents to gain regulatory approval. Even more noteworthy, Zyvox was the first member of *any* entirely new class of antibacterial agents to reach the market in more than 35 years.

This year's winners began their work two decades ago, just after multi-drug resistant infections such as methicillin-resistant *Staphylococcus aureus* and vancomycin-resistant strains first emerged. At a 1987 scientific conference, Dr. Steven Brickner learned about an extraordinary new class of antibiotics discovered by Dupont. The *oxazolidinone* compounds possessed not only excellent pharmacokinetic properties, but also a unique mechanism of action. He understood their potential in treating MRSA and other serious bugs.

Back in Kalamazoo, Brickner's lab developed several compounds that were similar in activity. After DuPont stopped its research because of their compounds' toxicity, Upjohn made a crucial finding: Its compound (U-82965) was relatively nontoxic.

Brickner, Barbachyn and Hutchinson formed the Oxazolidinone Working Group, led by Brickner; its mission was to develop a vancomycin equivalent that had a different mechanism of action and could be taken orally. No oral therapy for MRSA or other multi-resistant strains existed, complicating treatment, lengthening hospital stays and increasing risks of infections.

Hutchinson's role involved a major contribution to the discovery of eperezolid, Upjohn's first clinical oxazolidinone. His initial focus was on exploring ways to make structure activity relationship refinements, eventually settling on a piperazine ring. From research on AIDS medicines, Hutchinson was aware of piperazine's solubility. It was also generally available, so that synthesis and manufacture was easier.

Brickner was responsible for identifying its hydroxyacetyl side-chain. He also personally prepared the first samples of eperezolid and linezolid, served as the Chemistry Team Leader, and was the discovery chemistry representative on the Phase I clinical development team.

Barbachyn's most important contribution was his realizing the potency, solubility and pharmacokinetic benefits of incorporating one or two strategically positioned fluorine substituents on the oxazolidinone's phenyl ring. Fluorination of the phenyl ring is a common structural feature of both eperezolid and linezolid.

In late 1992 the three scientists selected the compound series with the most promise: the piperazinyl oxazolidinone series, which ultimately led to the discovery of eperezolid.

In April 1993 Barbachyn persuaded his colleagues to replace the piperazine moiety (found in eperezolid) with a morpholine or thiomorpholine residue. Subsequent testing of these analogs, which included linezolid, led the team to select the morpholine derivative — remarkably, linezolid was synthesized just days after eperezolid.

Zyvox's major distinction is its novel mechanism of action. It works by inhibiting the first step of bacterial protein synthesis, thereby inhibiting the production of bacterial toxins. One benefit is that Zyvox does not demonstrate cross-resistance with any known antibiotics; it also induces resistance at a very slow rate.

20

21

GSK00983298

Since its approval in 2000, Zyvox has proven to be a major breakthrough in the treatment of MRSA and vancomycin-resistant *Enterococcus faecium* (VRE).

Zyvox is approved for use against serious Gram-positive infections, including those caused by MRSA and VRE. It is used to treat community- and hospital-acquired pneumonia and bloodstream, skin and soft tissue infections, including diabetic foot infections (without concomitant osteomyelitis). Zyvox is the *only oral medicine* approved for use against hospital-borne infections caused by MRSA and VRE.

Zyvox is also the *only approved treatment* for pneumonia caused by multi-drug resistant *S. pneumoniae* in the hospital setting.

An estimated two million people have been treated with Zyvox.

In 2007 PhRMA established a new award to recognize the crucial role that clinical research plays in new drug discovery. Its first recipients made significant contributions to the development of Zyvox and included the following:

- Donald H. Batts, M.D., Professor of Medicine at Michigan State University College of Human Medicine-Kalamazoo Campus

- Sharon Nachman, M.D., Professor of Pediatrics and Division Chief of Pediatric Infectious Diseases, Stony Brook University Medical Center

- Maryam Imam, who as an infant participated in compassionate use clinical trials.

# 2006

### HARRY R. DAVIS, JR., PH.D.
### MARGARET VAN HEEK, PH.D.
### KEVIN B. ALTON

For their discovery of Zetia™ (Ezetimibe), the first breakthrough in cholesterol-lowering therapies since statins were discovered twenty years ago, Dr. Harry R. Davis, Jr., Dr. Margaret van Heek, and Kevin B. Alton of the Schering-Plough Research Institute were awarded the 2006 Discoverers Award.

Introduced in 2002, Zetia is the first in a new class of lipid-lowering drugs that inhibits the absorption of cholesterol in the intestine. Rather than working in the liver to decrease cholesterol production, as statins do, Zetia works in the small intestine to block its absorption.

In 1987, Davis and his team set out to discover an acyl-CoA cholesterol acyl-transferase, or ACAT, enzyme inhibitor, but their search bore dead ends. Davis began animal testing of hybrid versions of known ACAT inhibitors that had shown limited enzyme-blocking potency in test-tube experiments. A series of compounds, though ineffective ACAT inhibitors, lowered cholesterol in animals. One compound (SCH 48461) was extremely potent.

In the meantime, Dr. Margaret van Heek had been studying the effects of SCH 48461 on cholesterol absorption in rats. The longer the compound was "on board" in the rats, she found, the more effective it was. After bile from a rat's intestine was reintroduced, the drug-related molecules secreted into bile were more powerful in blocking cholesterol than the original compound.

Working together, van Heek and Kevin Alton discovered that rats metabolized SCH 48461 in a way that made several metabolites more

22

23

GSK00983299

GSK00983299

active, not less. One of the metabolites was a glucuronide conjugate that itself was far more active than the original compound, SCH 48461.

A second major finding explained much about how Zetia works. Basically, SCH 48461, and later Zetia, circulates several times through the body. When the compound enters the intestine, it is absorbed immediately and converted into a glucuronide. This metabolite, which finds its way into bile, is redeposited into the intestine (where it blocks cholesterol uptake in the intestinal wall), only to be reabsorbed, metabolized, excreted into bile and dumped into the intestine again (where it again blocks cholesterol uptake). Even a small dose is extremely effective in blocking cholesterol uptake; it's also well tolerated because activity is localized in the digestive system.

Five years and after hundreds of structural permutations later, chemists discovered a compound 400 times more potent than SCH 48461. Zetia was born.

Why exactly Zetia worked remained unknown until 2003. For seventy-five years scientists had been trying to figure out how cholesterol was transported into intestinal cells. Davis, van Heek and Alton discovered that a single transporter (called Niemann-Pick C1-Like 1) is responsible for how cells in the intestine absorb cholesterol.

Upon its introduction in 2002, Zetia was called "very effective," "important," a "triumph," "the ideal complement to statin therapy"—its results, "truly amazing." While Zetia taken alone reduced LDL cholesterol by 18 percent, its full potential lay elsewhere: The combination of Zetia with any statin was not only more effective at reducing lipid levels than either one alone, it was significantly so. Later on, Zetia was found to provide *more than twice* the reduction of C-reactive protein compared to simvastatin alone. Combination therapy was also found to increase HDL-C cholesterol and reduced triglycerides.

Since 2002 Zetia has been prescribed more than 10 million times. Marketed by Merck/Schering-Plough Pharmaceuticals, an independent joint venture company, the therapy is also available in several countries in Europe and throughout the world.

GSK00983300

GSK00983300

# 2005

### RONALD J. EBY, PH.D.
### DACE V. MADORE, PH.D.
### VELUPILLAI PUVANESARAJAH, PH.D.

Fifteen years in the making, and millions of doses later, Prevnar® is considered one of the most important advances in pediatric medical history, having systematically removed the risk of *Streptococcus pneumoniae* infections in children. Drs. Eby, Madore and Puvanesarajah, all of Wyeth Pharmaceuticals, are honored for the discovery of Prevnar.

Work on Prevnar began in the mid 1980s. At the time, thousands of cases of pediatric pneumonia and millions of ear infections worldwide were being caused by *s. pneumoniae* bacteria. The bacteria were also responsible for meningitis and bacteremia.

Dr. Ronald J. Eby understood that the undeveloped immune systems of infants prevented adult vaccines against *s. pneumoniae* from working. These vaccines used the outer coat of bacteria to trigger an immune response; his approach linked a protein to the bacteria's outer coat that could be recognized by an infant's immune system. The vaccine also needed to prevent *s. pneumoniae's* seven main forms. So Dr. Eby created a separate compound for each and combined them into a unique seven-part vaccine.

Dr. Dace V. Madore led the complex clinical trials. She developed brand new methods for running the clinical testing to ensure that all seven compounds were effective and safe. Multiple trials on many different candidates later, Dr. Eby's team produced reliable results. In meetings and conferences around the country, she then convinced the medical community to accept these new testing methodologies. Her work, which began in 1988, ended a decade later.

The challenge of making enough quantities of the vaccine for children worldwide was left to Dr. Velupillai Puvanesarajah. He had already made up to 40,000 doses for clinical trials alone, and now 10,000 times that number would be needed. Large-scale production required an innovative multi-step process to ensure safety and consistency from batch to batch. The manufacturing process, equipment and facilities pioneered by Dr. Puvanesarajah have made more than 72 million doses to date.

Prevnar's impact on child health has been dramatic. Since its approval in 2000, Prevnar has all but wiped out invasive pneumococcal disease in young children, preventing 12,700 cases in the United States in 2002 alone. According to Jeffrey Baker and Samuel Katz of Duke University Medical Center, the development of this type of vaccine has "represented the greatest vaccine breakthrough of the late 20th century."

GSK00983301

GSK00983301

DISCOVERERS
AWARD 2008

# 2004

## ELISABETH BUCHDUNGER, PH.D.
## JUERG ZIMMERMANN, PH.D.

In early 1990, Dr. Elisabeth Buchdunger and Dr. Juerg Zimmerman, both of Novartis, accepted a challenge: find a molecule that blocks the enzyme that triggers chronic myeloid leukemia (CML) without harming other members of the same family, called kinases, that are needed for the body to function. Two years and some 400 molecules later, they came up with the molecule that became Gleevec, a medicine that has given life back to those suffering from this painful and usually fatal disease and hope to patients with other cancers.

The story of Gleevec began three decades earlier. In 1960, scientists at the University of Pennsylvania noticed that one chromosome in the blood cells of CML patients was shorter than normal, missing a big chunk of DNA. Thirteen years later, a researcher at the University of Chicago discovered that the missing end of the short chromosome had moved and fused with another chromosome. By the 1980s, scientists were able to show that the two ends of the broken chromosomes produced a cancer-causing protein that jammed the signal that tells the body to stop producing white blood cells. As a result, CML patients often have 10 to 25 times the amount of white blood cells as a healthy person, a condition which causes debilitating pain and near certain death.

Until Gleevec, which is a daily pill, the only treatment options available for CML were a high-risk bone marrow transplant or a daily infusion of interferon, whose side effects have been described as similar to "having a bad case of the flu every day of your life."

With the groundbreaking discovery that a single enzyme could cause CML, medical researchers had a clear target. Like locksmiths attempt-ing to make a key fit, Dr. Zimmerman would design and synthesize molecules that Dr. Buchdunger, in turn, would test for their blocking abilities against the cancer-causing enzyme. Nearly as important to Drs. Zimmerman and Buchdunger was finding a molecule that could be taken orally—a treatment that could be administered in the patient's home—and would not produce any serious side effects.

The compound that would become Gleevec was synthesized in 1992 and the first clinical trial began in June 1998. The results of the preliminary studies were dramatic: Nearly every CML patient who took the drug was responding and most patients experienced a significant reduction in the number of white blood cells and a reduction or disappearance in the number of cells containing the cancer-triggering chromosome. Of equal note was that patients were reporting only minimal side effects.

Word of the trial's success spread quickly, and on May 10, 2001, only ten weeks after Novartis submitted a New Drug Application, the U.S. Food and Drug Administration (FDA) approved Gleevec for treatment of CML. It was immediately hailed as a major breakthrough by public health officials and scientists. Some patients were experiencing absolute normalization of their blood counts and many reported no side effects.

Patients with another kind of cancer soon began benefiting from Drs. Zimmerman and Buchdunger's discovery. In 2002, after further clinical trials, the FDA approved Gleevec as therapy for a rare form of intestinal cancer. But the Gleevec story continues, as Novartis has teamed with the National Cancer Institute to conduct studies on whether Gleevec works against other cancers, including brain cancers, soft-tissue sarcomas, acute lymphocytic leukemia, ovarian cancer and hypereosinophilic syndrome.

28

29

GSK00983302

GSK00983302



# 2003

GEORGE ELLESTAD, PH.D.
PHILIP HAMANN, PH.D.
JANIS UPESLACIS, PH.D.

Drs. George Ellestad, Phillip Hamman and Janis Upesclacis of Wyeth Pharmaceuticals were honored for developing Mylotarg, the first approved product in a new class of anticancer therapies called "antibody-targeted chemotherapy" to treat relapse acute myeloid leukemia in patients over 60. Mylotarg specifically targets cancer cells and represents a new approach to treating cancer relying on an innovative "linker" technology that combines a potent anti-tumor antibiotic with an antibody that binds to a protein on a cancer cell.

Beginning in 1981, a Wyeth researcher isolated the powerful anti-cancer agent calicheamicin. However, calicheamicine was both too toxic and unstable to be used for treating cancer. A method had to be found to both stabilize the toxic cancer-killing agent as it traveled through the bloodstream and deliver it directly to the cancer cell.

Research lead by Drs. Ellestad, Hamann and Upeslacis developed an innovative method to link calicheamicin to monoclonal antibodies without inactivating the calicheamicin. This was crucial because it allowed the toxic calicheamicin to be delivered directly to the cancer cell without releasing it in the bloodstream. Clinical trials demonstrated increased remission rates of about 30% for acute myeloid leukemia sufferers. Additionally, because the cancer-killing drug is delivered mostly to cancer cells, incidence of many side-effects associated with traditional chemotherapies—such as hair loss, nausea, oral and gastrointestinal tract sores—are significantly reduced.

# 2002

PETER ISAKSON, PH.D.
JAIME MASFERRER, PH.D.
KAREN SEIBERT, PH.D.
JOHN TALLEY, PH.D.

Honorees Peter Isakson, Ph.D., Jaime Masferrer, Ph.D., Karen Seibert, Ph.D., and John Talley, Ph.D. of Pharmacia created the molecule celecoxib, the basis for the medicine Celebrex, which blocks the inflammation-triggering action of the COX-2 enzyme, bringing relief to millions of people around the world who suffer from osteoarthritis, rheumatoid arthritis, and pain.

Until the 1980s, the conventional wisdom held that there was only one COX, or cyclooxygenase enzyme, which both protected the stomach lining and caused inflammation. For that reason, most medicines for arthritis also caused gastrointestinal problems in many patients. But these scientists and their colleagues hypothesized that there were two COX enzymes, and set out to block the enzyme involved in inflammation without affecting the enzyme that protects stomach lining. In 1991, after the gene sequence for the COX-2 enzyme was published, the scientists looked for a molecule that would selectively block the COX-2 enzyme.

Dr. John Talley and his team of medicinal chemists manipulated molecules and made thousands of different analogs. Promising compounds were given to the biologists who set up a system to evaluate compounds quickly for their pharmacological profiles. They finally found a compound that was a strong selective inhibitor of COX-2, but it had a long half-life—it lingered in the body too long. The molecule was sent back to the laboratory and modified, and the scientists synthesized the compound that eventually became Celebrex.

GSK00983303

GSK00983303

Clinical trials of Celebrex began in 1995. In all, some 13,000 volunteers in countries all over the world took part in the trials. In June 1998, the company submitted an application to the Food and Drug Administration (FDA) to market the drug. The FDA gave the application an accelerated review, and on December 30, 1998, Celebrex was approved for the treatment of osteoarthritis and rheumatoid arthritis. It has also been approved for familial adenomatous polyposis, a rare and devastating disease that often leads to colon cancer.

# 2001

## CRAIG A. SMITH, PH.D.
## RAYMOND G. GOODWIN, PH.D.

Craig A. Smith, Ph.D., and Raymond G. Goodwin, Ph.D., were honored for the development of ENBREL (etanercept), the first of a new class of drugs for rheumatoid arthritis known as biologic response modifiers. It was approved by the FDA in 1998 and is currently helping some 70,000 adults and children, many of whom led lives limited by crippling pain before the medicine was available.

The drug is a fusion protein that binds tumor necrosis factor, or TNF, which kills cancer cells. TNF wasn't developed for cancer because it turned out to be too toxic, but research by Drs. Smith, Goodwin, and others confirmed that it is a primary mediator of the body's immune system.

In rheumatoid arthritis, the immune system, which normally helps the body fight disease, turns on the body, attacking joints, causing pain, stiffness and, often, deformity. The process is triggered when TNF, circulating in the body, lands on a receptor on the surface of a cell and signals the cell to set off an inflammatory cascade.

Drs. Smith and Goodwin set out to stop this destructive process by cloning a soluble receptor that could be injected into the patient. "It was a daunting undertaking," Dr. Smith recalled. Once they identified the receptor, they set out to clone the soluble TNF receptor. "What we made was a fusion protein," Dr. Goodwin said. "This increases the affinity of the binding and, thus, increases the ability of the receptor to block TNF."

The scientists applied for a patent and published their work in the May 25, 1990 issue of Science. After clinical trials were conducted, the New Drug Application for ENBREL was submitted to the FDA in May 1998.

32

33

GSK00983304

GSK00983304

DISCOVERERS
AWARD 2008

In November 1998, 10 years after the long process of cloning a TNF receptor began, the agency approved the drug to treat adults who failed to respond to other disease-modifying therapies. In May 1999, it was approved for children with juvenile rheumatoid arthritis who had not been helped by other treatments. In June 2000, the drug was approved as first-line therapy for adults with rheumatoid arthritis, and on January 16, 2002, it was approved to treat psoriatic arthritis. The medicine is currently in clinical trials for psoriasis, ankylosing spondylitis and Wegener's granulametosis.

# 2000

## JIBAN CHAKRABARTI, PH.D.
## DAVID TUPPER, PH.D.
## TERRY HOTTEN, GRSC

Honorees Drs. Jiban Chakrabarti and David Tupper and research chemist Terrence Hotten, all of Eli Lilly and Company, invented—rather than discovered—the Zyprexa (olanzapine) molecule, a safe and effective medicine to treat schizophrenia, the terrible mental illness that typically strikes during late adolescence and lasts a lifetime.

The Zyprexa story began in 1974, when Chakrabarti attended a conference in Prague, and heard two scientists discuss the best treatment at that time for schizophrenia: a very effective but potentially dangerous drug. "I had this sixth sense," Chakrabarti recalls, "that we could produce a safer, better version." When he returned to the Lilly laboratories, he, Tupper, and Hotten attempted to make that better drug.

It took 12 years, false starts, and commitment, and the production of 83 separate molecules before one was proven safe and effective in their laboratory. The first compound tested caused blood disorders; the second, six years later, caused liver problems. Dr. Tupper and Hotten synthesized five more compounds, and kept them in bottles in their lab.

While their chances of success were looking slim, the scientists were given one more opportunity, and brought out those five bottles for testing. One contained olanzapine. It worked beyond their greatest hopes, both for safety and effectiveness, against many of schizophrenia's worst symptoms.

The slow, cautious pace that had characterized olanzapine development to this point now sped up dramatically, with an Eli Lilly and Company "heavyweight team" developing innovative methods to gather informa-

GSK00983305

GSK00983305

DISCOVERERS
AWARD 2008

tion, design large clinical trials to answer many questions, anticipate regulatory concerns and meet them, and provide regulatory agencies with the best possible applications. Manufacturing facilities prepared for all contingencies; the first Zyprexa prescription was dispensed less than 24 hours after the Food and Drug Administration had approved the drug. In all, it took 22 years to bring Zyprexa to market. Since Zyprexa became available in 1996, nearly four million schizophrenia patients have benefited from Chakrabarti's, Tupper's and Hotten's product, and another 125,000 take it for the first time each month.

For these patients, Zyprexa has proved an awakening. According to Dr. Ralph Aquila, whose New York City facility treats the mentally ill, "Some of the old drugs for schizophrenia merely blunted the senses. Many patients on these drugs stopped hearing voices, but they still didn't want to get out of bed. With Zyprexa, we're seeing a sort of awakening among patients. Some are re-establishing contact with their families; some are finding jobs for the first time in their lives."

# 1999

DAVID PETER CLOUGH, PH.D.
IAN BUCHANAN DUNCAN, PH.D.
NOEL ROBERTS, PH.D.
DALE J. KEMPF, PH.D.
DANIEL W. NORBECK, PH.D.
JOEL R. HUFF, PH.D.
BRUCE D. DORSEY, PH.D.
JOSEPH P. VACCA, PH.D.
STEPHEN W. KALDOR, PH.D.
SIEGFRIED H. REICH, PH.D.

Ten scientists who developed protease inhibitors helped cut AIDS deaths by almost half in a single year and gave many AIDS patients what they thought they had lost a future. The researchers, who work for five pharmaceutical companies, discovered and developed four different protease inhibitors, which help prevent the AIDS virus from reproducing. These medicines are key ingredients in the combination drug therapy that has revolutionized the treatment of AIDS.

Proteases act as molecular scissors. They cut proteins, the molecules that perform a multitude of useful functions in the body. Pharmaceutical researchers had already discovered the role of a protease enzyme in high blood pressure and developed a medicine to stop its action. In 1986, they started building on that knowledge to decipher the protease that helps the AIDS virus reproduce. HIV-1 protease cleaves apart viral proteins, allowing them to assemble into functional virus particles. The structure of the HIV protease—a molecule that has been described as looking like "a schematic drawing of a bug's head with two pincers protecting the mouth cavity"—was published in the journal Nature by researchers from one company in 1989. In reproducing, the virus grows new strands of proteins. The pincers of the protease enzyme chemically

GSK00983306



cut off pieces of the strands, allowing the virus to grow and spread. The trick was to stop the pincers from working, thereby stopping the reproduction of the virus.

It took researchers, chemists, engineers, and others several more years to turn scientific theory into effective medicines. The HIV protease enzyme had to be cloned and purified. The target site for interfering with the enzyme had to be identified. Assays, or methods to determine whether the compound was in fact stopping the virus, had to be developed. The right dosage—strong enough to stop the virus but tolerable to the patient—had to be determined. Laboratory and clinical trials had to be conducted, regulatory barriers surmounted and production facilities put into place.

In December 1995 the first protease inhibitor—Hoffmann-La Roche's Invirase®—was approved by the Food and Drug Administration. Abbott Laboratories' Norvir® was approved March 1, 1996, followed closely by Merck's Crixivan® on March 13, 1996. A year later, Viracept®, jointly discovered by Eli Lilly and Company and Agouron Pharmaceuticals and tested and developed by Agouron, was approved and brought to market.

Used in combination with other anti-viral drugs, protease inhibitors had an almost immediate impact. Between January 1994 and June 1997, the death rate from AIDS declined about 75 percent, according to the Centers for Disease Control and Prevention. The drop was particularly noticeable starting in early 1996, after protease inhibitors became available and patients began combination therapy. In 1997 alone, the death rate from AIDS dropped by nearly half—the biggest single-year decline in history for a major cause of death. Nearly 16,000 fewer Americans died of AIDS in 1997 than the year before, and AIDS was knocked off the list of the top 10 causes of death in the United States.

# 1998

## GARETH J. SANGER, PH.D.
## MICHAEL B. TYERS, PH.D.

Teams from two pharmaceutical companies based in England came up with drugs in the early 1990s that have changed the course of cancer therapy. The drugs they discovered treat emesis, the severe vomiting and nausea that follow administration of powerful anti-cancer drugs.

Michael B. Tyers, Ph.D., headed the team at Glaxo Wellcome that discovered Zofran®, which won UK approval in 1990 and U.S. approval in 1991. In his position as International Director of Group Therapeutic Research, he provides leadership to Glaxo Wellcome research activities in seven countries. He followed the discovery of Zofran with discovery of a second 5-HT$_3$ drug, alasetron, to treat irritable bowel syndrome, currently in investigational status.

Gareth J. Sanger, Ph.D., headed the team at SmithKline Beecham that discovered Kytril®, which won UK approval in 1991 and U.S. approval in 1994. He is Team Director, Neuroscience Research, at Harlow, UK. SmithKline Beecham is building on Dr. Sanger's work to investigate the role of the 5-HT$_4$ receptor in irritable bowel syndrome.

Zofran, the Glaxo Wellcome discovery, grew out of that company's 16-year research focus on the brain neurotransmitter, serotonin. During the course of that research another team discovered Imitrex®, the migraine drug. The team that discovered Zofran knew that their compound was a potent antagonist at one of the serotonin receptors, known as 5-HT$_3$. What was unclear at the time, however, was what therapeutic effect could be achieved by blocking that receptor. The team had a drug in search of a disease. They tested it against schizophrenia and migraine before discovering its power to prevent emesis.

GSK00983307

GSK00983307

The SmithKline Beecham team, on the other hand, had no drug, but they did discover that the therapeutic effect of blocking the 5-HT$_3$ receptor was to prevent severe vomiting and nausea from powerful anti-cancer drugs. In other words, this team had a breakthrough understanding of how to prevent emesis, but no drug for it. They used rational drug design methods to come up with Kytril.

In addition to the extensive relief these drugs provided to cancer patients, they also permitted the development and use of more powerful anti-cancer drugs, and therefore have been essential elements in recent advances in cancer treatment.

# 1996

## JOHN A. CLEMENTS, M.D.

The discoverer of Exosurf®, Dr. Clements, and the scientists who helped to develop Exosurf at Glaxo Wellcome Inc., were honored with the 1996 Discoverers Award. Exosurf, a therapy for infant respiratory distress syndrome, has helped save the lives of thousands of babies in this country and abroad. The impact of Exosurf and, later, other surfactant substitutes can be best shown in the startling decline of United States infant mortality after the introduction of Exosurf. Between 1988 and 1993, this country's infant mortality rate dropped by 16 percent, a remarkable figure for so short a time.

Dr. Clements is a professor at the University of California San Francisco medical school who had devoted much of his career to research on the physiology of respiration. After contributing to the discovery of the role of surfactant in lung function, Dr. Clements designed a synthetic surfactant, the present Exosurf. Burroughs Wellcome, before the merger, licensed the discovery from UCSF and developed the drug. Many Wellcome scientists assisted in resolving problems of quantity product of the surfactant, as well as pre-clinical studies and clinical trials necessary to obtain approval from the Food and Drug Administration.

The Exosurf story is an excellent example of the value and power of academic/industry collaboration.

GSK00983308

GSK00983308



# 1995

## FU-KUEN LIN, PH.D.

Dr. Fu-Kuen Lin's discovery restored what kidney patients had lost: the energy to enjoy life.

Accomplishing one of the great early feats of genetic engineering, Dr. Fu-Kuen Lin of Amgen has literally energized the lives of people on kidney dialysis.

Kidneys produce a hormone called erythropoietin, or EPO. It controls the production of red blood cells which transport oxygen to all cells of the body, and determine the amount of energy available for the body's use. People with kidney failure suffer from diminished production of EPO—a condition which dialysis does not correct. This lowers the output of red blood cells, reduces oxygen, and leaves patients chronically fatigued.

Dr. Lin was able to clone the gene that produces EPO, making possible the production of the medicine EPOGEN® (Epoetin alfa). It has vastly improved the quality of life for people on kidney dialysis—some two hundred thousand Americans. Many can now return to their daily routine and enjoy their families more actively.

# 1994

## KEN RICHARDSON, PH.D.

Ken Richardson's discovery of Diflucan® (fluconazole) in 1981, revolutionized the treatment of anti-fungal diseases. Vastly more effective than its predecessors, fluconazole works equally well against superficial and severe fungal infections. Unlike amphotericin B, Diflucan has minimal side effects, and can be taken orally as well as intravenously. The new drug's convenience and its once-daily dosage have also increased patient compliance and reduced the need for hospitalization.

The discovery of Diflucan came at a particularly opportune time—just when the incidence of life-threatening fungal infections was increasing exponentially. This increase resulted from the growing number of people—recipients of organ transplants, burn victims, those on chemotherapy, and AIDS patients—with the weakened immune systems that make them susceptible to deadly fungal diseases.

Ken Richardson earned his first degree in chemistry from Trent Polytechnic in 1965, and his Ph.D. from the University of Nottingham three years later. In 1969, after a postdoctoral fellowship at Harvard in the laboratory of Robert B. Woodward, who later won the Nobel Prize for his outstanding contributions to organic chemistry, Dr. Richardson began his career at Pfizer, first at the company's Central Research Laboratories in Groton, Connecticut, and later at Pfizer's research center in Sandwich, England.

Although Dr. Richardson's discovery was one of the most important breakthroughs in the history of anti-fungal research, those gravely ill with fungal diseases consider their own recovery of life and health the true legacy of Ken Richardson and of the Pfizer team that discovered Diflucan.

GSK00983309

GSK00983309



# 1993

BRYAN B. MOLLOY, PH.D.
RAY W. FULLER, PH.D.
DAVID T. WONG, PH.D.

Drs. Molloy, Fuller and Wong are honored for their contributions in developing the antidepressant fluoxetine (Prozac®). Each year, more than 12 million Americans are clinically depressed, often undergoing overwhelming feelings of melancholy, hopelessness and despair. For thousands, up to 15 percent of its victims, clinical depression leads to suicide. Medical researchers have long suspected a biological cause of depression—an imbalance of natural brain chemicals called neurotransmitters, which are stored in the brain's nerve cells and secreted into open spaces between the cells to carry electrochemical impulses from one nerve cell to another. Although tricyclic antidepressant drugs have effectively treated depression since the 1950s, they also block the function of other transmitters, such as acetylcholine and histamine, which causes many undesirable side effects. These antidepressants can also be extremely toxic, even lethal, in overdoses. Finding an effective anti-depressant drug with improved safety and without unwanted side effects became a quest at Eli Lilly. The search by Drs. Molloy, Wong, and Fuller for a drug that selectively enhanced the function of one neurotransmitter—serotonin—without blocking the others led to fluoxetine, the first of a revolutionary new class of antidepressants that has helped millions of people throughout the world. In 1990, Prozac was featured on the cover of *Newsweek* as a "breakthrough drug for depression."

# 1992

ALFRED W. ALBERTS
GEORG ALBERS-SCHÖNBERG, PH.D.
ARTHUR A. PATCHETT, PH.D.

Mr. Alberts and Drs. Albers-Schönberg and Patchett are honored for their contributions to the discovery of Merck's cholesterol-lowering drug lovastatin (Mevacor®). In the early 1970s, Dr. Patchett's New Lead Discovery department tested over 4,000 extracts of organisms with known antimicrobial or other biological activity for a variety of pharmacologic uses. One of them, *Aspergillus terreus*, was chosen as a possible new sulfa drug for the treatment of a poultry disease. Although it failed for that purpose, extracts were sent to Mr. Alberts' group of biochemists, who assayed the substance for its ability to inhibit an enzyme required for the synthesis of mevalonic acid, one of the building blocks of cholesterol. The next critical step was to determine the chemical's structure, which Dr. Albers-Schönberg's chemists were able to accomplish within four days. Studies in Mr. Alberts' laboratory demonstrated that lovastatin was active in lowering cholesterol in animals. When tested in humans, the drug showed dramatic results. To the initial astonishment of the physicians conducting the trials, total cholesterol levels of 300 mg/dl and above dropped to around 200. The Food and Drug Administration approved lovastatin within nine months of Merck's filing a new drug application.

44

45

GSK00983310

GSK00983310



# 1991

## GIDEON GOLDSTEIN, M.D., PH.D.
## PATRICK KUNG, PH.D.

Drs. Goldstein and Kung are honored for their discovery of Ortho Biotech's monoclonal antibody to prevent transplant rejections, ORTHOCLONE OKT®₃. In the late 1970s, about half of all kidney transplants failed, even when patients were given standard immunosuppressive therapy to prevent rejection. To find out whether the therapy was actually reaching the white blood cells—called "T" lymphocytes—that were attacking the donated kidney, Drs. Goldstein and Kung of Johnson & Johnson's Ortho Pharmaceuticals Corp. created a series of synthetically created, identical antibodies known as the OKT® series that would tag and identify these "T"cells. They suspected that one of their novel antibodies, OKT®₃, might even clear these cells from the bloodstream and reverse the rejection. Although many in the scientific community doubted monoclonal antibodies could be used for therapy, in August 1981 the *New England Journal of Medicine* reported that transplant surgeons at the Massachusetts General Hospital in Boston had successfully treated two patients suffering acute rejection of their donor kidneys with the Ortho's experimental product, later trademarked ORTHOCLONE OKT®₃. When FDA received the product licensing application for ORTHOCLONE OKT®₃ in June 1986, the agency had approved only one biotechnology product—human insulin—as a therapeutic agent. Now, more than a dozen biotechnology drugs and vaccines are on the market.

## HANS-JÜRGEN HESS, PH.D.

Dr. Hess is honored for his discovery of Pfizer's prazosin (Minipress®), the first of an important new class of antihypertensives. In 1963, when Dr. Hess of Pfizer Central Research began research on prazosin, high blood pressure was one of the world's most serious undertreated diseases, threatening millions of people. Then-available agents suffered from adverse side effects or they soon stopped working as patients developed tolerance, leading some patients to drop out of treatment because hypertension itself is without symptoms. The major existing antihypertensives interfered nonselectively with blood-pressure control mechanisms of the sympathetic nervous system, which affects many areas of body function, including blood pressure. To avoid these effects, Dr. Hess decided to focus on an agent that would act selectively with these control mechanisms. The result was prazosin, the first agent that works by blocking a subpopulation of receptors called the alpha-1 adrenoreceptor, thus confining its action to the smooth muscle cells of the blood vessels. In addition to lowering blood pressure, prazosin does not adversely affect the blood lipid profile—a major risk in coronary heart disease.

GSK00983311

GSK00983311

## ROSS C. TERRELL, PH.D.

Dr. Terrell is honored for his discovery of BOC Healthcare's enflurane (Ethrane®) and isoflurane (Forane®), the most widely used inhalation anesthetics in the world. Along with 20th Century improvements, such as fluoroxene, methoxyflurone and halothane, anesthetics have changed the operating room from a chamber of horrors to a place where—today—some 25 million patients a year in the U.S. undergo even the most invasive surgery without experiencing pain. In 1961, Dr. Terrell's challenge was to find an inhalation agent without any of the serious disadvantages of existing agents—odor, narrow margin of safety, slow recovery, numerous side effects, or flammability. As an organic chemist, Dr. Terrell knew what he was looking for: a fluorinated ether to prevent cardiac arrhythmias, with less than four carbon atoms and not more than one oxygen to prevent vaporization. His group synthesized enflurane in 1963, which had nearly all of the properties they sought, and isoflurane in 1979. Since then, the two agents have been used in several hundred million surgeries, including eight out of ten surgical procedures in the U.S. requiring an inhalation anesthetic. In September 1992, the Food and Drug Administration approved desflurane (Suprane®), the third major agent discovered by Dr. Terrell's group before his retirement in 1987.

# 1990

## DAVID W. CUSHMAN, PH.D.

Dr. Cushman is honored for his discovery of Bristol-Myers Squibb's captopril (Capoten®), the first clinically useful A.C.E. inhibitor used in the treatment of high blood pressure. For nearly three decades, Dr. Cushman studied possible drug receptors on peptidase enzymes, focusing on an unusual peptidase known as angiotensin-converting enzyme, or A.C.E., that activates angiotensin, a hormone that causes constriction of blood vessels. Dr. Cushman learned that A.C.E. was inhibited by a mixture of peptides from the venom of the Braziliana viper. He joined forces with Dr. Miguel Ondetti, whose research complemented his own efforts, to characterize and synthesize a number of compounds, based on principles similar to the natural constituent of the venom, that had been shown to inhibit A.C.E. Dr. Cushman's hypothetical model for the active site on A.C.E., coupled with his manufactured peptide models, allowed the two scientists to precisely test the most potent and specific inhibitors for anti-hypertensive activity and effectiveness. The result was captopril, one of the first orally effective anti-hypertensive drugs which produces significant anti-hypertensive effects in more than 80 percent of its users and has no side effects on the central or autonomic nervous systems.

GSK00983312

GSK00983312



## GERTRUDE B. ELION, D.SC., DMS
## HOWARD H. SCHAEFFER, PH.D.

Drs. Elion and Schaeffer are honored for their complementary contributions to the discovery of Burroughs Wellcome's antiviral drug acyclovir (Zovirax®). At Burroughs Wellcome, Dr. Elion explored the metabolism of purines, the fundamental building blocks of the genetic code, while Dr. Schaeffer's research pursued the synthesis of purine analogues. Dr. Schaeffer's work produced a series of compounds with antiviral activity, including acyclovir, which was selective enough to combat a broad spectrum of herpes virus infections and had few side effects. Yet the therapeutic spectrum of acyclovir was not fully known until Dr. Elion's work on antiviral mechanisms was applied to Dr. Schaeffer's discovery. Dr. Elion's work on acyclovir identified a cellular enzyme, thymidine kinase, that would activate and modify the drug so its form could be mistaken by the virus as a compound it needed to reproduce. A lethal substitute had been designed by Dr. Schaeffer and applied by Dr. Elion, one which would sabotage the viral reproductive cycle, halt replication and alter the course of infection. By elucidating this mechanism, Dr. Elion literally opened the field of antiviral research and advanced the chemistry of purines and their effectiveness in chemotherapy. In 1988, Dr. Elion was the winner of the Nobel Prize in Medicine, which she shared with Dr. George Hitchings, an earlier Discoverers Award Recipient from the Burroughs Wellcome Co.

# 1989

## WILLIAM C. CAMPBELL, PH.D.

Dr. Campbell is honored for his contribution to the development of the tropical disease medication ivermectin (Mectizan®) for the prevention of onchocerciasis, also known as river blindness. River blindness, caused by filarial worms which form nodules in the human host, afflicts 18 million people with 85 million at risk in Africa and Latin America. Until recently, drugs capable of destroying the parasite produced severe side effects. But in 1975, Merck researchers began examining a microbial organism isolated from a soil sample in Japan. They discovered that it produced a substance with an unprecedented ability to destroy parasites. Under the guidance of Dr. Campbell, Merck's basic parasitology group found that two fractions of the original substance had the highest level of anti-parasitic activity, and were chosen as the basis for chemical modifications to improve effectiveness. The result was ivermectin. The drug was originally developed for veterinary use. But Dr. Campbell, with his understanding of ivermectin's action against parasites of animals and his extensive knowledge of parasites of people, suggested that ivermectin might be used to successfully treat human diseases caused by parasitic worms; in particular, river blindness. By the early 1980s, Dr. Campbell's conclusion was being tested in a series of clinical studies in the endemic regions of the developing world. The results were spectacular; the drug highly effective, but side effects were minimal.

GSK00983313

GSK00983313

## JACKSON B. HESTER, PH.D.

Dr. Hester is honored for his development of Upjohn's alprazolam (Xanax®) for panic attacks and triazolam (Halcion®) for insomnia. After joining Upjohn in 1960, Dr. Hester began to explore the relationship between pharmacological activity and chemical structure in several important classes of compounds, among them the benzodiazepines. These psychoactive drugs have become critical in the treatment of anxiety and other mental disorders. Working with the benzodiazepine nucleus, Dr. Hester identified a structural addition to the molecule which could both increase and modify the biologic effects of the compound. Having conceived this improvement, he then proceeded to implement it. The result was a new class of compounds designated triazolobenzodiazepines. Triazolam and alprazolam were developed from these compounds. Not content with his success, Dr. Hester synthesized an altered version of alprazolam which enhances the drug's antidepressant effect. This is the basis of the Upjohn product candidate Deracyn. Dr. Hester is still using his talent for matching chemical structure with biological activity, but his targets are now hypertension and ventricular fibrillation. The details are different, but the challenge is the same—to understand the workings of life at the innermost level, and to produce beneficial change.

## MAX TISCHLER, PH.D.

Dr. Tischler is honored for his many contributions to pharmaceutical science. Over the past 50 years, he virtually invented the concept of developmental research. Tischler joined Merck Laboratories in 1937, convinced that the quality of industry research could and should equal that of educational institutions. His contributions spanned every field of pharmaceutical endeavor. Among his early achievements was the synthesis of riboflavin, which led the way to the successful synthesis of other vitamins. Later, he developed techniques for the large-scale production of penicillin G and streptomycin, as well as a manufacturing process for the production of cortisone. By 1957, Dr. Tischler was president of the Merck Sharp & Dohme Research Laboratories. Under his direct guidance, important drugs to control hypertension and cardio-renal disease were discovered and developed. The renowned Merck virology group produced vaccines against measles, German measles, and mumps. Other milestones included the first chemical synthesis of an enzyme and the discovery and development of important antibacterial and antiparasitic agents. At the end of his tenure at Merck, Dr. Tischler returned to academia, becoming first professor of chemistry and then professor of sciences, emeritus, at Wesleyan University. In 1982, he was inducted into the Inventors Hall of Fame, and in 1987 was presented the National Medal of Science.

GSK00983314

GSK00983314



# 1988

## KARL HENRY BEYER, JR., M.D., PH.D.

Dr. Beyer is honored for his work leading to Merck's diuretic chlorothiazide (Diuril®), hailed as one of the great achievements in modern medicine. The primary responsibility for excreting liquid, and thereby maintaining the body's delicate interior balance, falls to our kidneys. Unfortunately, the kidneys sometimes falter, the balancing act is disturbed, with too much sodium and, therefore, water being retained. This can, and often does, lead to various afflictions, including high blood pressure, congestive heart failure, and stroke. Prior to the 1950s, millions whose kidneys were no longer capable of eliminating sufficient sodium had to endure these ailments as the inevitable consequence of kidney malfunction. The availability of a number of diuretics has made all the difference for those whose kidneys were not already severely damaged. These drugs not only reduce the body's total volume of water and salt by increasing their excretion into the urine but also are used as a first course of therapy for high blood pressure, and for other problems that involve increased fluid pressure, such as glaucoma. Among the most important of all diuretics are those of the thiazide type which stemmed from Dr. Beyer's creation of the first drug of this class, chlorothiazide. Unlike many past advances in pharmacology, Dr. Beyer's work exemplifies the newer tendency of "designed discovery"—putting together a highly capable team of chemists, biologists and others who focus on a common objective.

## SIR JAMES BLACK, M.D., CHB., FRCB, FRS

Sir James Black is honored not only because his research leadership led to the heart drug propranolol (Inderal®) and the anti-ulcer medication cimetidine (Tagamet®)—representing two major new classes, beta blockers and H2 receptor antagonists—but because his work represents a major step forward in the evolution of how therapeutic agents are developed. Antibodies, hormones or chemotherapeutic compounds produce certain actions because they resemble keys that fit into ("agonize") a lock or receptor on particular molecules or microorganisms. The heart has certain receptors—designated beta—that when stimulated cause it to work harder and beat faster. A chemical that could block the beta receptors would reduce the heart's workload, thereby decreasing blood pressure. Dr. Black and associates at ICI Pharmaceuticals Division in the U.K. subsequently produced the beta blocker, propranolol, whose success initiated a whole series of important beta-blocking drugs for treating hypertension, arrhythmia, and angina. Dr. Black then assembled a team at ICI to investigate why histamine failed to operate in the stomach. Eventually joining the Smith Kline and French Welwyn Research Institute, Dr. Black and his SKF group finally found the elusive chemical—cimetidine—capable of blocking the H2 histamine receptors that trigger gastric acid secretion—and peptic ulcers. In 1988, Sir James Black won the Nobel Prize in Medicine along with Gertrude B. Elion and George H. Hitchings.

GSK00983315

GSK00983315

DISCOVERERS
AWARD 2008

## JEAN-FRANCOIS BOREL, PH.D.

Dr. Borel is honored for his discovery of cyclosporine (Sandimmune®), a major milestone in transforming organ transplantation from an experimental procedure to one that is routinely performed throughout the world. The immune system, unable to distinguish between the benign insertion of a life-giving transplant and the harmful incursion of a dangerous microbe, systematically destroys kidney and other organ grafts. To surgeons, it was obvious that the immune system had to be kept from working so efficiently if there was to be any hope for transplantation success. The discovery of cyclosporine in 1972 and Dr. Borel's identification of its unusual immunosuppressive properties forever transformed transplantation medicine because the drug was capable of suppressing the immune system selectively—it controlled organ rejection without depressing the total immune system. In 1983, Sandoz's cyclosporine was approved for use in organ transplantation in the United States. Transplant-patient survival rates have increased dramatically. For kidney recipients, the most commonly transplanted organ, survival now exceeds 90%. This high survival rate also means that thousands of kidneys and other organs that might have been lost with earlier therapies are now saved. And this is critical, not only for the patients' well-being, but because demand for transplanted organs significantly outstrips the supply.

## CARL DJERASSI, PH.D.

Dr. Djerassi is honored for his work with progestational agents, which have had a profound effect on society. His synthesis of norethindrone (Nor-QD®) in 1951 produced an effective oral contraceptive agent, and originated the entire generation of progestational 19-norsteroid compounds. A major forward step was taken when a method was devised to transform the plant steroid diosgenin into cholesterol, which, in turn, was converted into various hormones, including the oral contraceptive norethindrone, made at the Syntex Laboratories under the direction of Dr. Djerassi. Oral contraceptives work by suppressing the two pituitary gland hormones that produce the formation and release of an egg by the ovary. This is accomplished because a combination of an estrogen and a progestin when taken regularly in sufficiently large dosage will begin to concentrate in blood and tissue, eventually reaching levels that resemble those occurring during pregnancy. In addition to his work with progestational agents, Dr. Djerassi has made significant contributions to the chemistry of natural products and the application of physical measurements and artificial intelligence to organic chemical problems.

56

57

GSK00983316

GSK00983316



# 1987

## GEORGE H. HITCHINGS, PH.D.

Dr. Hitchings, a scientist emeritus with Burroughs Wellcome Co. and president of the Burroughs Wellcome Fund, is honored for his contribution in developing three important drugs at Burroughs Wellcome. From his laboratory came the immunosuppressant azathioprine (Imuran®), the anti-leukemia drug mercap-topurine (Purinethol®), and the anti-gout drug allopurinol (Zyloprim®). Azathioprine has been described as the first practical drug to prevent rejection of transplanted kidneys. The importance of this medication is reflected in the number of transplants done yearly—9,000 and rising, according to the National Kidney Foundation. Mercaptopurine is one of the drugs used to treat leukemia patients, many of whom are children. It and other drugs have played a key role in improving survival rates among leukemia patients and made this type of cancer more treatable. Gout, one of man's most painful diseases, is caused by an excess of uric acid (a waste product) in the blood. The introduction of mercaptopurine marked a major advance in its treatment because it blocks the production of uric acid. Dr. Hitchings, who has been with Burroughs Wellcome for more than 40 years since receiving a Ph.D. in biochemistry from Harvard University in 1933, holds more than 80 U.S. patents. In 1988, Dr. Hitchings was the winner of the Nobel Prize in Medicine, which he shared with Dr. Gertrude B. Elion, a later Discoverers Award Recipient from the Burroughs Wellcome Co.

## PAUL A.J. JANSSEN, M.D., PH.D.

Dr. Janssen, founder and president of Janssen Pharmaceutica Inc. and president of Janssen Research Foundation Worldwide, is honored for his discovery of haloperidol (Haldol®), the first of a new class of antipsychotic medications. Psychosis is believed to be caused by chemical abnormalities in the brain. Haloperidol offers important advantages over phenothiazines, traditional therapy for psychotic disorders. With the help of drugs like haloperidol, many people with acute psychotic episodes are managed very well without being hospitalized. Dr. Janssen, who is also vice chairman of Johnson & Johnson International, is a native of Belgium, he received an M.D. and a Ph.D. in chemical pharmacology from the University of Ghent. He is the author of hundreds of scientific publications and holds more than 100 patents.

## ROBERT B. MORIN, PH.D.

Dr. Morin is honored for his method of modifying the penicillin molecule to create the cephalosporins, which led to the widespread production and use of cephalosporin antibiotics. In comparison to the parent penicillins, this newer generation of antibiotics has a broader spectrum of action and is more resistant to drug-degrading enzymes. Dr. Morin holds three major patents in this area. About 30 drugs based on the technology of Dr. Morin's first patent—a new way to convert cephalosporin C into an intermediate 7-aminocephalosporanic acid—are available for medicinal use or are in clinical trials. Dr. Morin's second patent is the ring-expansion of the penicillins into the cephalosporins. His third patent, based on the technologies of his earlier patents, is for a method of producing the first oral cephalosporin, a medicine used by millions of people. A technical coordinator, infectious diseases area, at Bristol-Myers since 1978, Dr. Morin was previously employed with Merck Sharp & Dohme Research Laboratories and Eli Lilly and Company. He received a Ph.D. from Rice University in 1959. Recent awards include the 1987 American Chemical Society Corporation Associates Award for Creative Inventions.

GSK00983317

GSK00983317



## MIGUEL A. ONDETTI, PH.D.

Dr. Ondetti, vice president, research, cardiopulmonary diseases, Squibb Institute for Medical Research, is honored for his pioneering role in the development of captopril (Capoten®), the first of the Angiotensin Converting Enzyme (A.C.E.) inhibitors for treatment of hypertension. Today, millions of Americans have high blood pressure. The introduction of a large number of drugs during the last 20 years has truly revolutionized its treatment. When captopril was introduced, for example, it offered effective treatment without the disruption of significant side effects. A.C.E. inhibitors act to block the formation of angiotensin, a substance naturally occurring in the body that constricts blood vessels. They also decrease the body's ability to retain salt and water, which lowers blood pressure. Dr. Ondetti, who has been with Squibb for 30 years, received a Ph.D. in chemistry from the University of Buenos Aires in 1957. His recent awards include the 1987 Claudius Galenus Prize in Germany.

## LEO H. STERNBACH, PH.D.

Dr. Sternbach, former director of medicinal chemistry at Hoffmann-La Roche, Inc., is honored for his discovery of the class of psychoactive drugs called benzodiazepines, which include the minor tranquilizers Librium and Valium. These drugs have broad application in treating anxiety, convulsive disorders, muscle spasms and sleep disorders. The introduction of the benzodiazepines for the treatment of anxiety was an important milestone for modern medicine since they offered distinct advantages over previously available medicines. Scientists continue to build on the work of Dr. Sternbach, developing more specific and even safer types of benzodiazepines. Dr. Sternbach joined Roche in 1940. He received a Ph.D. in organic chemistry from Cracow University in 1931 and holds more than 230 U.S. patents. Recent awards include 1987 Inventor of the Year from the New York Patent, Trademark, and Copyright Law Association. Dr. Sternbach, who retired from Roche in 1973, continues to work as a consultant.

GSK00983318

GSK00983318



**PhRMA**

Pharmaceutical Research and Manufacturers of America
950 F Street, NW
Washington, DC 20004
www.phrma.org

3/08

GSK00983319

GSK00983319

# Exhibit 83

# DORLAND'S
# ILLUSTRATED
# MEDICAL $\boxed{\mathit{31}^{ST}_{\text{EDITION}}}$
# DICTIONARY

  

## OVER ONE HUNDRED YEARS IN PRINT

SAUNDERS
ELSEVIER

# 31ST EDITION

DORLAND'S ILLUSTRATED MEDICAL DICTIONARY

2007

Recommended
Shelving Classification
**Medical Reference**

ISBN-13  978-1-4160-2364-7



9  781416  023647

SAUNDERS
ELSEVIER     www.elsevierhealth.com

# DORLAND'S ILLUSTRATED MEDICAL DICTIONARY

## SAUNDERS

*An Imprint of Elsevier*



# SAUNDERS
### ELSEVIER

1600 John F. Kennedy Blvd.
Ste 1800
Philadelphia, PA 19103-2899

DORLAND'S ILLUSTRATED MEDICAL DICTIONARY
31st edition

ISBN: 978-1-4160-2364-7 (Standard)
978-1-4160-4998-2 (Deluxe)
978-0-8089-2362-6 (International)

**Copyright** © 2007, 2003, 2000, 1994, 1988, 1985, 1981, 1974, 1965, 1957, 1951, 1947, 1944, 1941, 1938, 1935, 1932, 1929, 1927, 1923, 1921, 1919, 1917, 1915, 1913, 1911, 1909, 1906, 1903, 1901, 1900 by Saunders, an imprint of Elsevier Inc.

**All rights reserved.** No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 239 3804, fax: (+1) 215 239 3805, e-mail: healthpermissions@elsevier.com. You may also complete your request on-line via the Elsevier homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions'.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

---

**Notice**

Neither the Publisher nor the Editors assume any responsibility for any loss or injury and/or damage to persons or property arising out of or related to any use of the material contained in this book. It is the responsibility of the treating practitioner, relying on independent expertise and knowledge of the patient, to determine the best treatment and method of application for the patient.

The Publisher

---

**Library of Congress Cataloging-in-Publication Data**

Dorland's illustrated medical dictionary.
Philadephia: Saunders

v.: ill.; 27 cm.

Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73        610′.3′21—dc19        0-6383
                     AACR 2 MARC-S

Library of Congress        [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers:

Chinese (*28th Edition*)—Xi'an World Publishing Corp., Xi'an, China
Indonesion (*26th Edition*)—E.G.C. Medical Publishers, Jakarta, Indonesia
Italian (*28th Edition*)—Edizioni Scientifiche Internazionali (ESI), Milan, Italy
Japanese (*28th Edition*)—Hirokawa Publishing Company, Tokyo, Japan
Portuguese (*28th Edition*)—Editiora Manole Ltda., São Paulo, Brazil
Spanish (*30th Edition*)—Elsevier España, S.A., Madrid, Spain
Ukrainian (*30th edition*)—Nautilus Publishing House, Lviv, Ukraine

*Chief Lexicographer:* Douglas M. Anderson, MA
*Senior Lexicographer:* Patricia D. Novak, PhD
*Lexicographer:* Jefferson Keith, MA
*Assistant Lexicographer:* Michelle A. Elliott, BA
*Publishing Services Manager:* Linda Van Pelt
*Project Manager:* Joan Nikelsky
*Design Direction:* Gene Harris

Printed in the United States of America

Last digit is the print number:  9  8  7  6  5  4  3  2

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER   BOOK AID International   Sabre Foundation

failure .................................................... famciclovir

**fail·ure** (fāl′yər)  inability to perform or to achieve a desired outcome.

  **acute congestive heart f.**  rapidly occurring deficiency in cardiac output marked by venocapillary congestion, hypertension, and edema, usually pulmonary edema.

  **acute renal f. (ARF)**  renal failure of sudden onset, such as from physical trauma, infection, inflammation, or toxicity; symptoms include uremia and usually oliguria or anuria, with hyperkalemia and acidosis. Three types are distinguished: *prerenal*, associated with poor systemic perfusion and decreased renal blood flow, such as with hypovolemic shock or congestive heart failure; *intrarenal*, associated with disease of the renal parenchyma, such as tubulointerstitial nephritis, acute interstitial nephritis, or nephrotoxicity; and *postrenal*, resulting from obstruction of urine flow out of the kidneys.

  **backward heart f.**  a concept of heart failure stating that imbalance of performance of the ventricles due to dysfunction of one results in a rise in pressure behind that ventricle, with backward transmission of the increased pressure and consequent rise in venous pressure and distention. Cf. *forward heart f.*

  **bone marrow f.**  failure of the hematopoietic function of the bone marrow; see also bone marrow suppression, under *suppression.*

  **cardiac f.**  heart f.

  **chronic renal f. (CRF)**  chronic kidney disease.

  **congestive heart f. (CHF)**  a clinical syndrome due to heart disease, characterized by breathlessness and abnormal sodium and water retention, often resulting in edema. The congestion may occur in the lungs or peripheral circulation or both, depending on whether the heart failure is right-sided or general.

  **diastolic heart f.**  heart failure due to a defect in ventricular filling caused by an abnormality in diastolic function.

  **end-stage renal f.**  see under *disease.*

  **forward heart f.**  a concept of heart failure that emphasizes the inadequacy of cardiac output relative to body needs; edema is attributed primarily to renal retention of sodium and water, and venous distention is considered a secondary feature.

  **heart f.**  inability of the heart to pump blood at an adequate rate to fill tissue metabolic requirements or the ability to do so only at an elevated filling pressure. It can be defined clinically as a syndrome of ventricular dysfunction accompanied by reduced exercise capacity and other characteristic hemodynamic, renal, neural, and hormonal responses.

  **high-output heart f.**  heart failure in which the cardiac output remains high enough to maintain a brisk circulation with warm extremities but is inadequate to meet demand; it is most often associated with hyperthyroidism, anemia, arteriovenous fistulas, beriberi, osteitis deformans, or sepsis.

  **kidney f.**  renal f.

  **lactation f. in swine**  a variable syndrome in sows with agalactia occurring during the first two days after they have given birth; it may be accompanied by mastitis with fever, anorexia, and increased respiratory and heart rates, and occasionally by metritis with a vaginal discharge. Called also *farrowing fever* and *mastitis-metritis-agalactia.*

  **left-sided heart f., left ventricular f., left ventricular heart f.**  failure of adequate output by the left ventricle despite an increase in distending pressure and in end-diastolic volume, with dyspnea, orthopnea, and other signs and symptoms of pulmonary congestion and edema.

  **low-output heart f.**  heart failure in which cardiac output is decreased, as in most forms of heart disease, leading to clinical manifestations of impaired peripheral circulation and peripheral vasoconstriction (cold, pale extremities, cyanosis, narrowed pulse pressure).

  **premature ovarian f.**  premature menopause.

  **renal f.**  the inability of a kidney to excrete metabolites at normal plasma levels under conditions of normal loading, or the inability to retain electrolytes under conditions of normal intake, so that waste products and metabolites accumulate in the blood. It is often accompanied by oliguria. See *acute renal f.* and *chronic kidney disease.*

  **respiratory f.**  a condition resulting from respiratory insufficiency, in which there is persistent abnormally low arterial oxygen tension ($Pa_{O_2}$) or abnormally high carbon dioxide tension ($Pa_{CO_2}$). Called also *ventilatory f.*

  **right-sided heart f., right ventricular f., right ventricular heart f.**  failure of proper functioning of the right ventricle, with venous engorgement, hepatic enlargement, and subcutaneous edema; it is often combined with left-sided heart failure.

  **systolic heart f.**  heart failure due to a defect in expulsion of blood that is caused by an abnormality in systolic function.

  **f. to thrive**  physical and developmental retardation in infants and small children, seen in those with a physical illness or suffering psychosocial effects such as maternal deprivation. Characteristics include lack of physical growth and below normal achievement in fine and gross motor, social-adaptive, and language skills as assessed by psychometric testing.

  **ventilatory f.**  respiratory f.

**faint** (fānt)  syncope.

**Fa·jer·sztajn crossed sciatic sign**  (fah-zher-stīn′) [Jean *Fajersztajn*, French neurologist, early 20th century]  see under *sign.*

---

**fal·cate** (fal′kāt)  falciform.

**fal·ces** (fal′sēz) [L.]  plural of *falx.*

**fal·cial** (fal′shəl)  pertaining to a falx.

**fal·ci·form** (fal′sĭ-form) [*falx + form*]  shaped like a sickle.

**fal·cu·lar** (fal′ku-lər) [*falx*]  falciform.

**fall·ing-out** (fawl′ing out)  a culture-specific syndrome occurring primarily in southern United States and Caribbean groups, characterized by an episode of sudden collapse, sometimes without forewarning, with temporary inability to speak, see, or move.

**fal·lo·pi·an** (fə-lo′pe-ən)  named for Gabriele *Fallopio* (L. *Fallopius*), Italian anatomist, pupil of Vesalius, 1523–1562, as *fallopian aqueduct, fallopian artery, fallopian ligament,* and *fallopian tube.*

**fal·lo·pos·co·py** (fa-lo-pos′kə-pe)  endoscopic visualization of the uterine tubes with a flexible hysteroscope, using a nonincisional transcervical approach to access the oviduct via the uterotubal ostium.

**Fal·lot's pentalogy, tetralogy (tetrad), trilogy**  (fə-lōz′) [Étienne-Louis Arthur *Fallot*, French physician, 1850–1911]  see under *pentalogy, tetralogy,* and *trilogy.*

**false-neg·a·tive** (fawls′ neg′ə-tiv)  1. denoting a test result that wrongly excludes an individual from a diagnostic or other category, e.g., one that labels a diseased person as healthy in screening for detection of that disease.  2. an individual so excluded.  3. an instance of a false-negative result.

**false-pos·i·tive** (fawls′pos′ĭ-tiv)  1. denoting a test result that wrongly assigns an individual to a diagnostic or other category, e.g., one that labels a healthy person as diseased in screening for detection of that disease.  2. an individual so categorized.  3. an instance of a false-positive result.

  **biologic f.-p. (BFP)**  a false positive result on a serologic test. *Acute BFP* is usually associated with an infectious disease such as bacterial pneumonia, mycoplasma pneumonias, subacute bacterial endocarditis, varicella, infectious mononucleosis, or scarlet fever. *Chronic BFP* is usually associated with immune complex diseases, systemic lupus erythematosus, and leprosy.

**fal·si·fi·ca·tion** (fawl″sĭ-fĭ-ka′shən)  an often deliberate misstatement or misrepresentation.

  **retrospective f.**  unconscious distortion of memories of past experiences to conform to present emotional needs.

**falx** (falks)  pl. *fal′ces* [L. "sickle"]  a general term in anatomical nomenclature for a sickle-shaped organ or structure.

  **aponeurotic f., f. aponeuro′tica**  f. inguinalis.

  **f. cerebel′li** [TA]**, f. of cerebellum**  cerebellar falx: the small fold of dura mater in the midline of the posterior cranial fossa, projecting forward toward the vermis of the cerebellum.

  **f. ce′rebri** [TA]**, f. of cerebrum**  cerebral falx: the fold of dura mater, sickle-shaped when viewed in sagittal section, that extends downward in the longitudinal cerebral fissure and separates the two cerebral hemispheres.

  **f. inguinal f., f. inguina′lis** [TA]  the united tendons of the transverse and internal oblique muscles going to the linea alba and pectineal line of the pubic bone; called also *Henle ligament, tendo conjunctivus* [TA alternate] and *conjoined* or *conjoint tendon.*

  **f. ligamentous f., f. ligamento′sa**  processus falciformis ligamenti sacrotuberosi.

  **f. sep′ti**  valvula foraminis ovalis.

**fam·ci·clo·vir** (fam-sĭ′klo-vir)  a prodrug of penciclovir that is converted to the active drug by cellular kinases following administration, used in the treatment of herpes zoster and herpes genitalis and of mucocutaneous herpes simplex in immunocompromised patients; administered orally.



Falx cerebri · Superior sagittal sinus · Inferior sagittal sinus · Straight sinus · Tentorium cerebelli

# Exhibit 84

INTENTIONALLY LEFT BLANK

# Exhibit 85

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>                     Plaintiffs,<br><br>      v.<br><br>GLENMARK PHARMACEUTICALS INC.,<br><br>                    Defendant. | Case No. 14-877-LPS/CJB |

## PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES (Nos. 1–15)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware, Plaintiffs GlaxoSmithKline LLC and SmithKline Beecham (Cork) Limited (collectively "GSK") hereby respond to Defendant Glenmark's First Set of Interrogatories (Nos. 1–15) served on March 4, 2016 as follows. Investigation and discovery are ongoing in this case. GSK's objections and responses are based upon information currently available to GSK, and are made without prejudice to GSK's rights to use or rely on any subsequently discovered information, and its right to supplement these objections and responses.

## GENERAL OBJECTIONS

The following General Objections are incorporated into and made a part of the response to each request below:

1.       GSK objects to Defendant's definition of "you," "your," "GlaxoSmithKline LLC," "GSK," "SmithKline Beecham," and "Plaintiff" as vague, ambiguous and overly broad

why the references identified by Defendants do not render the claimed inventions invalid as obvious.

GSK identifies the following persons as knowledgeable regarding the differences between the prior art and the inventions claimed in the '000 patent: Mary E. McCarthy; and Dr. Mary Ann Lukas.

### C.  The Asserted Claims of the '000 Patent are Not Invalid Under 35 U.S.C. § 112

Defendants have not demonstrated that the specification does not adequately describe "said maintenance period is greater than six months" as required by claims 1-9.  Skilled artisans would understand that six to twelve months is the duration of the intent-to-treat period in the Experimental section of the specification, with six months being the minimum intent-to-treat period.  As such, the mortality data summarized in Table 2 of the specification is based on a compilation of mortality data from patients who were on, at minimum, a six months intent-to-treat period. Hence, the limitation "said maintenance period is greater than six months" is well supported by at least the Experimental section of the specification of the '000 patent.

Defendants failed to demonstrate that claim 8 is invalid for lack of written description, for indefiniteness, for lack of enablement, or for improper dependency from claim 1. Defendant's contentions on these issues are conclusory and without factual support.  Thus, GSK responds as follows: (1) The specification, and in particular the Experimental section, amply describes "shown to statistically decrease the risk of mortality caused by congestive heart failure."  Hence, claim 8 is not invalid for lack of written description; (2) Skilled artisans would understand the concept of statistical significance in a clinical trial context, and thus would be reasonably certain as to what it means to have "shown to statistically decrease the risk of mortality caused by congestive heart failure."  Hence claim 8 is not indefinite; (3) Skilled artisans would be able to

optimize dosages by following the descriptions in the specification. Hence claim 8 is not invalid for lack of enablement; (4) Claim 8 adds a limitation to claim 1 and properly depends from claim 1.

### D.  The Asserted Claims of the '000 Patent are Not Invalid Under 35 U.S.C. § 251

The '000 patent is not a broadening reissue of the predecessor '069 patent. As Defendants recognized in their contentions, the claims of the '000 patent contain limitations in addition to those in the claims of the predecessor '069 patent. Addition of those limitations makes the claims narrower, not broader.

Investigation and discovery is ongoing in this case. The objections and contentions are based upon information currently available to GSK, and are made without prejudice to GSK's rights to use or rely on any subsequently discovered information. GSK specifically reserves the right to supplement, amend, modify, and/or correct this response over the course of fact and expert discovery and following receipt of the Court's claim construction order.

### INTERROGATORY NO. 4

For all Asserted Claims, identify whether Plaintiffs intend to raise or rely on any assertion of secondary considerations in connection with any allegation that such claims are not obvious and, if so, identify the specific secondary considerations on which Plaintiffs intend to rely (e.g., unexpected results, commercial success, long-felt unmet need, failure of others, skepticism of experts, etc.), all facts and documents supporting Plaintiffs' secondary consideration assertions (including, but not limited to, proof of nexus between the asserted secondary consideration and the merits of the claimed invention), and the persons most knowledgeable about such considerations and documents.

### RESPONSE:

GSK objects to the interrogatory as calling for a legal conclusion. GSK also objects to this interrogatory to the extent it seeks expert testimony prior to the expert discovery deadlines. GSK objects to this interrogatory as overly broad and unduly burdensome to the extent it requires GSK to identity "all facts and documents supporting Plaintiffs' secondary consideration

assertions." GSK also objects to this Interrogatory to the extent that it implicates issues of claim construction that have not yet been addressed by the Court. GSK further objects to this Interrogatory to the extent that it seeks discovery of information that is subject to the attorney-client privilege, work product immunity, and/or any other applicable privilege or immunity. GSK also objects to this Interrogatory on the grounds that it includes multiple subparts, which should be considered separate interrogatories, and reserves the right to count each subpart as a separate interrogatory against Defendant's interrogatory limit.

GSK objects to this Interrogatory as an improper attempt to create for GSK the burden of proving validity. Based on the Invalidity Contentions Glenmark has provided to date, Glenmark has failed to meet its burden of proving by clear and convincing evidence that any asserted claim of the patents-in-suit is obvious or even of establishing a *prima facie* case of obviousness.

Subject to and without waiving the foregoing Specific and General Objections, which are incorporated by reference as if fully set forth herein, GSK responds as follows:

Based on the Invalidity Contentions Defendants have provided to date, Defendants have failed to meet their burden of proving by clear and convincing evidence that any asserted claim of the patent-in-suit is obvious. Moreover, as discussed below, objective indicia of nonobviousness further show that no asserted claim of the patents-in-suit is invalid as obvious.

GSK identifies at least the following objective indicia in support of the non-obviousness of the claimed inventions: surprising and unexpected results, skepticism in the field for the claimed inventions, failure of others, fulfilment of a long-felt but previously unmet need, praise of the inventions, and the commercial success of COREG® that embodies the asserted claims.

All of the asserted claims contain the limitations "a method of decreasing mortality caused by congestive heart failure in a patient in need thereof" and "wherein the administering

17

comprises administering to said patient daily maintenance dosages for a maintenance period to decrease a risk of mortality caused by congestive heart failure, and said maintenance period is greater than six months." These limitations form the nexus between the objective indicia in support of the non-obviousness and the inventions of the '000 patent.

### **Surprising and unexpected results**

During prosecution of the '000 and predecessor '069 patents, the applicants stated that "[s]urprisingly and unexpectedly, carvedilol substantially decreases CHF mortality, by about 67% according to certain clinical studies, while other beta-blockers actually worsen mortality  and the standard therapy, ACE inhibitors, achieve only about 20% mortality reduction."  GSK  further elaborated as follows:

> As explained by Dr. Wehling and discussed further below, clinical testing of other beta-blockers had failed to show any significant decrease in mortality in CHF patients. (Wehling Declaration, ¶ 6.) Indeed, beta-blockers were contraindicated in patients suffering from CHF because they were known to have undesirable cardiodepressive effects. (Wehling Declaration, ¶ 7-9.) Thus, the use of carvedilol (a beta-blocker) to treat mortality would have been counter to the expectations and experience of one skilled in the art, and would not have been obvious. Further, as evidenced by Dr. Wehling's Declaration, it would have been unexpected for carvedilol to reduce mortality in CHF patients; the mortality reduction of about 67% being particularly unexpected and fulfilling a long-felt need. *(E.g.,* Wehling Declaration ¶ 7, 10, 14, 18.)

> Based on the evidence provided in Dr. Wehling's Declaration, including the teaching away from using beta-blockers for CHF patients for mortality reduction, Applicants respectfully submit that the reference combinations fail to render obvious the presently claimed invention. Further, even if the reference combination did establish a prima facie case of obviousness, the evidence of unexpected results and long-felt need attested to by Dr. Wehling compels a finding of non-obviousness. Additionally, however, Applicants provide below further evidence and reasons why the reference combinations fail to establish a prima facie case of obviousness as well as why the use of carvedilol to decrease mortality, as claimed, is objectively non-obvious.

> …

> Concerning the premise of the rejection, that "the primary function ... of administering a drug to a [CHF] patient ... is to decrease mortality," Applicants note that prior to the discoveries forming the basis of the present invention, the only recognized use of

carvedilol in CHF patients was for the treatment of the symptoms of CHF, particularly hypertension (high blood pressure). *(See, e.g.,* Affidavit of Dr. Mary Ann Lukas (March 7, 2002) at ¶ 21-29, Exhibit K of Applicants' December 28, 2004, IDS reference no. 128 ("Applicants' Record, Volume 3 of 7"), attached as Exhibit 2.) The treatment of symptoms, such as high blood pressure, is intended to enhance patient quality of life factors, such as exercise capacity. Symptomatic treatment, however, was not corrected [sic] with mortality treatment for CHF patients, and symptomatic treatment does not teach or suggest treatment for mortality. *(Id.* at 52; *see also* August 20, 1996, Examiner Interview Summary Record, from the prosecution leading to the '069 patent, attached as Exhibit 3.)

…

The known adverse effects of symptomatic treatment drugs, such as anti-hypertensives, in CHF patients reinforced the view that these were contraindicated for CHF patients. (*See, e.g.,* R. DiBianco *et al.,* "A Comparison of Oral Milrinone, Digoxin, and Their Combination in the Treatment of Patients with Chronic Heart Failure," New England J. Med., 320(11), 677-683 (March 1989), reference no. 115, exhibit H, in Applicants' December 28, 2004, IDS.) As clearly stated by DiBianco: "analysis of mortality from all causes [for moderately severe CHF patients] according to the intention to treat suggested an adverse effect of miliprone .... [O]ur data suggests that miliprone may aggravate ventricular arrhythmias." *(Id.* at pg. 1175 (emphasis added); *see also* M. Packer *et al.,* "Effect of Oral Milrinone on Mortality in Severe Chronic Heart Failure," New England J. Med. 325(21), 1468-75 (Nov. 21, 1991), reference no. 115, exhibit I, in Applicants' December 28, 2004, IDS ("Our findings indicate that despite its beneficial hemodynamic actions, long-term therapy with oral milrinone increase the morbidity and mortality of patients with severe chronic heart failure.").)

…

When carvedilol is administered to CHF patients with an intent to treat CHF mortality, the compound provides unexpectedly high rates of mortality reduction. As noted previously, the fact that there is any mortality reduction at all would have been surprising given the prior experience that other beta-blockers increased mortality. Compared to ACE inhibitors, the standard CHF therapy that yields a mortality reduction of only about 20%, the mortality reduction by carvedilol is also surprising and unexpectedly high. (September 25, 1996, Declaration of Neil H. Shusterman, M.D., ¶ 7-8, attached as Exhibit 5.)

Specifically, as discussed above, in the first clinical study (the "GSK carvedilol study") to examine carvedilol's effects on mortality, a dramatic mortality reduction of about 67% was found for all cases mortality in class II-IV CHF patients. A later larger-scale study (the "COPERNICUS Study") focusing on CHF patients with severe heart failure confirmed the surprising ability of carvedilol to reduce mortality in CHF patients, finding a 35% mortality reduction in these severe-heart failure patients.

19

The fact that mortality reduction by carvedilol was unexpected is well documented in the history and literature both prior and subsequent to the February 8, 1995 foreign priority date for the present reissue application. The "GSK Carvedilol Study" referenced above was designed and commissioned to study effects of carvedilol in CHF patients on exercise tolerance as measured with various walking tests. (Affidavit of Dr. Mary Ann Lukas (March 7, 2002), 61 (Exhibit 2).) Given concerns about the use of beta-blockers in CHF patients, an independent Data Safety Monitoring Board ("DSMB") was utilized to monitor the effect of carvedilol on mortality to determine if patient safety was being compromised. (*Id*. at 1 62.) However, rather than showing the mortality increase that had been worried about, the GSK Carvedilol Study instead showed a dramatic decrease in the risk of mortality by about 65%. (*Id*. at 64.)

Based on this dramatic and unexpected decrease in the risk of mortality, the DSMB prematurely terminated the study because it would have been unethical to withhold carvedilol from the placebo-controlled patients. (*Id*. at 65.) The DSMB specifically recommended that all patients on the placebo arm of the study be offered carvedilol. (*Id*.)

The unexpected success of the GSK Carvedilol Study is documented in various contemporaneous reports. For example, the February 20, 1995 edition of *Chemistry and Industry* (London), No. 4, page 123 contained an article titled "SmithKline Beecham: unexpected success halts drug trial." (Reference no. 41 of Applicants' December 28, 2004, IDS.) As reported in this article, "An independent monitoring group has told [GSK] to halt US trials of [carvedilol] because it's more effective than expected." (*Id*.) The article quotes the DSMB as having stated "to continue administering placebo would be unethical in view of ... preliminary reviews of the mortality data." (*Id*.)

The published results of the GSK Carvedilol Study further evidence the significant and unexpected mortality reduction that caused the DSMB to prematurely halt the study. (M. Packer et al., "The effect of carvedilol on morbidity and mortality in patients with chronic heart failure. U.S. Carvedilol Heart Failure Study Group," New England J Med. 334(21): 1349-55 (May 23, 1996), reference no. 70 of Applicants' December 28, 2004, IDS.) As reported by Packer, "[r]andomization [of patients for the study] began on April 29, 1994, and the study was stopped early on the recommendation of the [DSMB] of February 3, 1995. This decision was based on the finding of a significant effect of carvedilol on survival -- an effect that exceeded all conventional boundaries used to stop clinical trials." (*Id.* at pg. 1350 (citations omitted).) As reported by Packer, the mortality reduction for patients having mild to severe CHF was 65%. (*Id.* at pg. 1350.)

The surprising benefits of carvedilol for mortality reduction were confirmed in a subsequent, larger-scale study, the "COPERNICUS study," focusing on patients with severe CHF. (Affidavit of Dr. Mary Ann Lukas (March 7, 2002), ¶ 69 (Exhibit 2).) The results of this study were published in M. Packer *et al.* "Effect of Carvedilol on Survival in Severe Chronic Heart Failure," 344(22) New England J. Med., 1651-1658 (May 31, 2001) (Reference no. 99 of Applicants' December 28, 2004, IDS).) As reported therein, the only prior large-scale study of using a beta-blocker (bucindolol) in patients with severe heart failure suggested that beta-blockers may adversely affect patients at the

20

highest risk. (*Id.* at pg. 1651.) However, the COPERNICUS study showed that for patients with severe heart failure there was a 35% decrease in the risk of death using carvedilol as compared with placebo. (*Id.*) According to these results, "if physicians treated 1000 patients with severe heart failure similar to that our in [the COPERNICUS study] with carvedilol for one year, approximately 70 premature deaths would be prevented." (*Id.* at 1657.)

These exemplary passages from the file history of the '000 patent show the claimed treatment method's ability to reduce the risk of mortality at all was surprising and unexpected to skilled artisans,  and it was even more surprising that they worked better than existing ACE inhibitor therapies.

### Skepticism

"To say there was enormous skepticism is an understatement."  [McCullough (GSK00941575) (quoting Dr. Milton Packer).]  "[F]or more than a generation, doctors were taught that beta blockers could make heart failure worse—if not kill the patient."  [*Id.*]  Indeed, "[a]ll medical students and physicians [knew], and all pharmacology textbooks stated, that beta-blockers were strictly contraindicated in patients with CHF."  [Ruffolo (GSK00941628) at 86; *see also* '069 File History (GSK00009439-9869), Dec. 4, 1997 Response to OA, Ex. 14 (labeling  for propranolol, a known beta-adrenergic blocker), Ex. 15 (Goodman and Gilman's, The Pharmacological Basis of Therapeutics, (8th ed., 1990) ("β-Adrenergic antagonists may induce congestive heart failure in susceptible patients, since the sympathetic nervous system provides critical support for cardiac performance in many individuals with impaired myocardial function. Thus, β-adrenergic blockade may cause or exacerbate heart failure in patients with compensated heart failure, acute myocardial infarction, or cardiomegaly. It is not known if β-adrenergic antagonists that possess intrinsic sympathomimetic activity of peripheral vasodilating properties are safe in these settings."); Abraham Affidavit (GSK00003220-3377) at ¶ 71 ("[T]he Physician's Desk Reference, which represents a compilation of labeling material for all approved drugs, listed

no beta-blocking agents for use in the treatment of heart failure.  Furthermore, all  commercially available beta-blockers at that time, indicated for use in hypertension or angina,  carried cautions against their use in patients with heart failure."); *id.* at ¶ 81 ("Cardiologists as  well as other clinicians in the arenas of internal medicine, general practice, family practice, and  others were clearly taught that beta-blockers were contraindicated (not allowed) in the treatment  of heart failure."); Parker Affidavit (GSK000005106-5280) at ¶¶ 75-76 ("Beta-blockers were  traditionally contra-indicated for use in CHF for two main reasons. First, there was no 'logical'  reason for beta-blockers to be effective in heart failure. Until recently, it was felt that increased  adrenergic drive was supportive of the failing heart and medical students were told that beta-  blockers were absolutely contraindicated in the therapy of congestive heart failure.  In other  words, because these drugs decrease the ability of the heart muscle to contract (negative inotropic  effect) it was thought that treatment with such drugs would aggravate the CHF condition.  Furthermore, the acute administration of beta-blockers led to a deterioration of cardiac function and symptoms, not an improvement, and thus most concluded they would be  harmful.").]  "Many important experiments from leading authorities at the time lead to this broad contraindication of beta-blockage in heart failure." [Abraham Affidavit (GSK00007356) at ¶ 73.]

Not using beta-blockers in heart failure patients "was considered one of the 'golden rules' of cardiology practice.  Beta-blockers were viewed as beneficial in the treatment of high blood pressure and in the treatment of angina and heart attack.  However, they were viewed as dangerous in the patients who developed congestive heart failure.  This lead to the withdrawal of beta-blockers in hypertensive or post-MI patients who subsequently developed heart failure.  The thinking was that the beta-blocker contributed to the onset of the heart failure in these patients." [*Id.* at ¶ 83.]

22

As a result, "some of the most prominent clinicians and researchers in cardiology, such as Eugene Braunwald, MD from Harvard University, spoke out loudly against the use of beta-blockage in heart failure patients." [Abraham Affidavit (GSK00007356) at ¶ 83.]  And publications that proposed using beta blockers for CHF were "ridiculed" by the academic and practicing communities.  [*See, e.g*., McCullough (GSK00941575-577) ("[I]n the early 1970s, when Swedish cardiologists led by Karl Swedberg first proposed using beta blockers, they were ridiculed."); Dietz (GSK00941538-543) at 84 ("The cardiac community reacted with skepticism when, in 1975, the pioneering report of Waagstein et al. appeared in the British Heart Journal. … When the first reports from this group on the beneficial effects of beta-blockers in heart failure appeared, skepticism prevailed."); Lee (GSK00941567-574) at 67 ("[W]hen beneficial effects of beta-blocker therapy were reported in patients with CHF more than two decades ago there was a great deal of controversy and skepticism."); Abraham Affidavit (GSK00007356) at ¶ 114 ("These conclusion were soundly rejected by the academic and practicing communities."); Parker Affidavit (GSK00005106) at ¶74 ("It is important to recognize that [Swedberg's] suggestion that these agents would lead to an improvement in mortality was met with significant disagreement at, at the time, open academic hostility concerning the potential danger of beta-blocker therapy in the management of patients with congestive heart failure."); Lukas Affidavit (GSK00000160) at ¶ 104 (explaining that Hjalmarson, A. and Waagstein, F., The Role of β- blockers in the Treatment of Cardiomyopathy and Ischemic Heart Failure, Drugs 47 (Suppl. 4):31-40, 1994 "recognizes that the earlier Waagstein and Swedberg studies suggesting the beta-blocker metoprolol might be beneficial for the improvement of mortality were skeptically  received by the medical community.").]

Moreover, "[p]rior to February 1995, there were only three reported large scale, randomized double blind studies measuring the effect of beta-blockers on mortality. These were as follows:

      i.     Xamoterol Trial [Lancet 1990, Vol:336 1-6]

     ii.     MDC Trial [Lancet, 1993 Vol 342] and

    iii.     CIBIS I Trial [Circulation 1994].

… [The] Xamoterol [Trial] … was stopped early by its Data and Safety Monitoring Board because of harm to patients. This result provided additional concern about the safety and tolerability of beta-blockade in CHF patients. … The MDC Trial … determined that metoprolol had no effect on mortality…. In fact, there were slightly more deaths in patients randomized to metoprolol as compared with placebo. … [And] The CIBIS I study was … unable to demonstrate a statistically significant reduction in mortality after treatment with bisoprolol over a two-year time period." [Lukas Affidavit (GSK00000144-46) at ¶¶ 53-57.]

"These studies did nothing to reverse the prevailing belief through February 8, 1995 (and later) that agents with beta-blocking activity did not improve survival in heart failure patients and even suggested that beta-blockers would increase this risk. Practicing cardiologists continued to consider beta blockers as contra-indicated in patients with heart failure." [Lukas Affidavit (GSK00000144-46) at ¶ 58; *see also* '069 File History (GSK00009439-869), Dec. 4, 1997 Response to OA (explaining that known drugs used for treating CHF improved the symptoms of the disease, but they either increased mortality or had no effect); Abraham Affidavit (GSK00003220) at ¶ 76 ("[M]any clinicians remained concerned that beta-blockers would have an overall adverse effect on survival in patients with chronic heart failure.").]

24

Thus, at the time of GSK's invention, administering carvedilol for CHF seemed to many to be "absurd, ludicrous, and even unethical." [Ruffolo (GSK00941628) at 86; *see also* Dietz (GSK00941538) at 84 ("In the not so distant past, the idea of using beta-blockers as a primary therapy for congestive heart failure to improve symptoms and prognosis seemed paradoxical.").] In fact, at the time GSK was developing its heart failure program, at least one physician in GSK's Medical Department argued that "conducting studies of carvedilol in heart failure resemble[s] the studies performed by the Nazis in the death camps of Europe during World War II." [Ruffolo (GSK00941628) at 86.]  "So strong was the bias against the use of beta-blockers in heart failure that highly charged divisions within the company arose, and development of the drug was put on hold on more than one occasion." [*Id.*]

Given this environment, the inventors of the '000 patent "were so concerned about an increase in mortality in carvedilol-treated CHF patients that [their] representatives negotiated the type of labeling for such a result during the End-of-Phase II meeting with the [U.S.] Food and Drug Administration (FDA)." ['069 File History (GSK00009439), Dec. 4, 1997 Response to OA.]  "Additionally, because of the concern about an increase in mortality in carvedilol-treated CHF patients, an independent drug safety monitoring board was established to monitor the mortality of patients involved in the CHF clinical trials with carvedilol." [*Id.*; *see also* Ruffolo at 87 ("[B]ecause of the potentially fatal outcome that would result if [GSK's] hypothesis was wrong, a DSMB was established to monitor the trial and empowered to stop the trial if carvedilol had a negative effect on these seriously ill patients.").]

Moreover, like the GSK physician who compared the carvedilol studies to experiments conducted by the Nazis in World War II, "[m]ost clinicians remained highly skeptical and expected [the] trials to fail." [Abraham Affidavit (GSK00007356) at ¶ 84.]  And "[m]any

25

community clinicians refused to refer patients into these studies.  They were certain, based on conventional wisdom, that participation in such trials would do more harm than good."  [*Id.* at ¶ 84 (noting that Dr. Abraham was "an investigator in some of these beta-blocker trials [and] can clearly remember the medical community's response."); Parker Affidavit (GSK00005106) at ¶ 66 ("There was continued skepticism [in 1995] about [carvedilol's] beneficial effects and many cardiologists continued to believe that they were potentially harmful, particularly with patients suffering from severe CHF."); Krum (GSK00941552) ("Despite these encouraging results, physicians remained concerned that beta-blockers may be detrimental to patients with established heart failure.").]

The FDA was also skeptical. Even after the DSMB stopped the U.S. Carvedilol Heart Failure Program prematurely due to "a remarkable benefit provided by the drug to patients—a 65% reduction in mortality—and the belief [] that the benefits were so strong that it was no longer ethical to maintain a placebo arm in the study…. A senior FDA official [(Dr. Ray Lipicky), publicly] declared [] that the carvedilol results 'were too good to be true,' and so he [] chose not to believe in the outcome of what was at the time the most sophisticate heart failure clinical program[] ever performed, and which had been conducted to the prespecified standards of the FDA."  [Ruffolo (GSK00941628) at 87.]  As a result of this skepticism, "[t]he outcome of the initial presentation of carvedilol to the Cardiorenal Drugs Advisory Panel at the U.S. Food and Drug Administration [] was a vote for non-approval of the drug for the treatment of heart failure."  [Abraham Affidavit (GSK00007356) at ¶ 81.]

"Critics of the trial [also] noted several limitations in its design, including the open-labeled run-in phase; the limited number of deaths (53); the limited time of follow-up (6.5 months); and most significantly, the fact that mortality was pre-defined as a safety, not as an

efficacy, end point." [GSK00806717; *see also* Lukas affidavit (GSK00002081) at ¶¶ 67-68 and Ex. O (NEJM article by Pfeffer and Stevenson in 1996); Abraham Affidavit (GSK00007356) at ¶¶ 74, 81; Giannetti Affidavit (GSK00003525) at ¶ 42; Parker Affidavit (GSK00005106) at ¶ 77; GSK00823585; GSK00786733-34; GSK00941578; GSK00941544.]

Despite the wealth of scientific evidence generated by GSK demonstrating that it reduces the risk of death caused by CHF and the subsequent guidelines recommending carvedilol for CHF patients, "most primary-care physicians [] held on to [] fears about the drugs' safety." [GSK00941575; *see also* GSK00806761 ("[C]oncerns remain about the tolerability of these agents. These concerns relate to … risk of worsening heart failure clinical status…."); GSK00806745 ("Concern existed that early initiation of even a low dose of β- blocker in patients during hospitalization could destabilize the patient."); Abraham Affidavit (GSK00007356) at ¶ 74 ("[T]his fearfulness persisted even after February 1995. Many clinicians did not believe the morbidity and mortality results of the U.S. Carvedilol Heart Failure Trials Program. … To this day, the utilization of beta-blockers for the treatment of heart failure is only 20-25% in the US and in Canada. The reason for this poor rate of utilization undoubtedly relates to the fact that most physicians had been taught during medical school and during their post-graduate training that beta-blockers were definitely contraindicated for use in heart failure patients."); *id.* at ¶ 83 ("Serious concerns regarding the safety of beta-blockade in heart failure were held by the typical community practitioner."); *id.* at ¶ 115 ("To underscore just how contrary the use of beta-blockage was to conventional wisdom, the average cardiologist did not accept the result of the U.S. Carvedilol Heart Failure Trials Program that was stopped in February 1995…."); Giannetti Affidavit (GSK00003525) at ¶¶ 41-42 ("[Packer] reported that carvedilol reduced mortality in heart failure, but this was viewed with a great deal of skepticism by the scientific community in

1996.  The controversy surrounding the use of carvedilol to reduce mortality associated with CHF only lessened with publication of the results of the COPERNICUS study in 2001."); GSK00941619 at 38 ("[T]he clinical application of these drugs in congestive heart failure remains controversial, mainly because their negative inotropic effects may negate any beneficial effects and may even precipitate pulmonary oedema.").]

Several studies from 1999-2001 documented and confirmed the resulting low treatment rates in this patient population.  [*E.g.*, GSK00806745; *see also* GSK00811935 ("[D]espite the extensive clinical trial data supporting their use in [the CHF] setting, the uptake of β blocker has been relatively low. It is usually said that β blockers are contraindicated for the treatment of systolic chronic heart failure because of the possibility that they might cause deterioration of cardiac function.  Furthermore, certain β blocking drugs such as carvedilol also possess vasodilator properties, which may add to physicians' concerns over the use of these agents in chronic heart failure.").]  For example, in September 2000, more than four years after the US Carvedilol Heart Failure study was published, fewer than 20 percent of heart failure patients were taking beta blockers.  [GSK00941575.]  And in 2002, "the utilization of beta-blockers for the treatment of heart failure [was still] only 20-25% in the US and in Canada."  [Abraham Affidavit (GSK00007356) at ¶ 74.]  This uptake, which was well below GSK's expectations, was also reflected in GSK's initial sales after launch.

To combat this skepticism, GSK spent substantial resources re-printing and re-distributing various heart failure treatment guidelines, sponsoring additional studies, and sponsoring cardiologist-led conferences designed to educate the physician community on the use of carvedilol to treat CHF patients and to improve utilization of carvedilol in heart failure patients.  Yet, even in 2004, carvedilol remained underutilized, due, at least in part, to (1) historical emphasis on its

28

contraindication, (2) concerns regarding worsening CHF, and (3) fear of side effects attributable to β-blocker introduction.  [GSK00813614; GSK00810384.]

GSK further responds pursuant to Fed. R. Civ. P. 33(d), that at least the documents bearing the following production numbers contain information responsive to this interrogatory: GSK00854205; GSK00833297; GSK00830232; GSK00868076; GSK00941602; GSK00941535; GSK00941586; GSK00941595; GSK00941550; GSK00941634; GSK00009439-9869; GSK00000015-387; GSK00941575; GSK00941628; GSK00003220; GSK00007356; GSK000005106; GSK00941538; GSK00941567; GSK00000144; GSK00000160; GSK00002081; GSK00941552; GSK00806717; GSK00003525; GSK00823585; GSK00786733; GSK00941578; GSK00941544; GSK00806761; GSK00806745; GSK00941619; GSK00811935; GSK00813614; GSK00810384.

### Failure of others

In the years leading up to the '000 invention, at least three β-blockers, xamoterol, metropolol, and bisoprolol, were shown to have either negative impact or no impact on survival of CHF patients.  (Lukas affidavit GSK00000144-146.)  During prosecution of the '000 and predecessor '069 patents, GSK described some of those failures by others:

> Further, as explained by Dr. Lukas, the prevailing dogma throughout the 1980's and until about 1997 was that beta-blockers were contraindicated for the treatment of CHF patients. (*Id*. at ¶ 28, 44-45.)  This view was supported by early clinical results where patients with angina and CHF worsened or did not improve with beta-blockers.  (*Id*. at ¶ 28, 44-45, 55 (beta-blocker xamoterol was shown to worsen survival in patients with severe heart failure), 56 (beta-blocker metropolol was shown to improve exercise tolerance and cardiac function, but had no beneficial effect on mortality), 57 (no statistically significant decrease in mortality with beta-blocker bisoprolol). The state of the art is also addressed by the October 1994, CIBIS publication, which states that "a progressively increasing dose of β-blocker in severe heart failure confers functional benefit. ... However, improvement in survival while on 1-blockade remains to be demonstrated." (CIBIS Investigators and Committees, "A Randomized Trial of Beta-Blockade in Heart Failure - The Cardiac Insufficiency Bisoprolol Study (CIBIS)," 90(4)

29

Circulation, Vol. 1765-1773, at 1765 (1994), reference no. 33 in Applicants' December 28, 2004, IDS.)

Carvedilol succeeded where all previous beta-blockers failed.  It was the first beta-blocker to be approved by the FDA for the treatment of CHF patients, including to reduce mortality caused by CHF.

### Fulfilment of a long-felt but previously unmet need

There was long-felt need for better CHF therapy.  "The realization that conventional treatment of established clinical heart failure with digitalis and diuretics is associated with very poor prognosis prompted the search for newer therapeutic modalities that might have the potential to correct the hemodynamic abnormalities of heart failure, improve ventricular function, relieve symptoms, and improve survival."  (GSK00983193-200 at abstract).  Before the inventions of the '000 patent, treatment options for CHF that had a proven record of lowering mortality were very limited and inadequate.  There was "persisting poor prognosis for patients with congestive heart failure despite the application of modern treatment including angiotensin converting-enzyme (ACE) inhibitors."  (GSK00983357-360 at 39).  "These controlled prospective randomized studies therefore suggest that although vasodilators such as hydralazine-isosorbide dinitrate or ACE inhibitors improve symptoms and reduce the risk of mortality of patients with heart failure and should be considered essential therapy for their management, the long-term prognosis still remains poor once clinical heart failure develops. Thus, *any newer therapeutic modality that has the potential to improve prognosis further than can be achieved with this current standard therapy should be welcome*."  (*Id.*) (emphasis added)  "ACE inhibitors have become mandated therapy because of their efficacy in reducing mortality and their physiological rationale to inhibit diuretic-induced renin-angiotensin-aldosterone stimulation that contributes to unwanted vasoconstriction and potassium loss.  However, symptom relief has

30

been an elusive and inconsistent result from ACE inhibitor therapy, and the modest magnitude of the mortality reduction leaves treated patients with a persistently poor prognosis.  In addition, short-term symptom relief has been demonstrated to be independent of long-term outcome; several drugs appear to exert favourable haemodynamic, symptom and exercise effects while shortening life expectancy.  All of these trial data have left us with a standard drug regimen, but the ***clear need for additional pharmacotherapy to improve quality of life and life expectancy***." (GSK00983201-3 at 1610) (emphasis added).

The '000 patent claims treatment methods that work better than existing ACE inhibitor treatment and therefore fulfilled a long-felt but previously unmet need for more and better treatment options in the battle against high death rates in congestive heart failure patients.

## Praise

The invention of the '000 patent is the subject of numerous accolades and awards.  In 2008, for example, the Pharmaceutical Research and Manufacturers of America (PhRMA), a trade organization representing "the country's leading biopharmaceutical researchers and biotechnology companies," presented Dr. Robert Ruffolo with the Discoverers Award and Dr. Mary Ann Lukas with the Clinical Trial Exceptional Service Award.  [GSK00983345; GSK00983284; GSK00983361; GSK00983347.]  "The winners are chosen for 'the research and development of medicines that have greatly benefited humankind and for their dedication to improving the quality of life.'"  [GSK00983284 at 1.]  PhRMA explained that "the DSMB's action in stopping the trial could hardly have been more unequivocal, given its clarity and finality, or more momentous, given the import: The continuation of the existing standard of care in the placebo arm had been deemed unethical.  Indeed, a major medical breakthrough had occurred."  [*Id.* at 2-3.]  "By 1997, COREG® (carvedilol) would receive FDA approval and be

on its way to becoming not only the new standard of care for heart failure, but one of the most celebrated drug discoveries in decades." [*Id.* at 3.] "Few discoveries over the last 20 years have so transformed an area of medicine as much as COREG. If all it had done is lift the death sentences for tens of thousands of people suffering from heart failure, it would be worthy of the industry's recognition." [*Id.* at 15.] PhRMA touts many COREG® "firsts" in its 2008 brochure accompanying the awards, including:

- COREG is the first and only novel treatment in the last twenty-five years that improves the multifaceted components of heart disease.

- When the FDA approved COREG in 1997 for patients with mild-to moderate CHF, it was the first new treatment for heart failure in the U.S. in 14 years.

- When the FDA approved COREG for severe CHF, it became the first and still the only beta blocker proven to be effective and well tolerated in severe heart failure patients.

- More significantly, it's the first drug whose primary benefit is to slow the progression of heart failure, that is, to reduce the risk of death in mild, moderate, and severe heart failure. "The amazing thing we see is that [COREG] almost reverses the heart disease process," commented Dr. Peter Liu, director of cardiology research at Toronto Hospital.

- COREG is the only beta blocker approved to reduce the risk of death among patients who have had a recent heart attack and have impaired cardiac function.

- It was named one of the Top 10 Heart and Stroke Research Advances for 1996 by the American Heart Association.

- Today, COREG is the "standard of care" for CHF.

32

[*Id.* at 13-14.]

Dr. Ruffulo was also given an internal GSK "Risky Business Award" for his perseverance in taking the business risk to push COREG® through the CHF clinical trials despite many doubters both within and outside the company. [GSK00983344.] He also received numerous recognitions for his work on COREG®, including the Lorenzini Gold Medal for Biomedical Research, the Perlman Lecture Award, Honorary Doctorates from the University of Catania in Italy and West Virginia University, and recognitions from the governments of the states of Pennsylvania and Delaware. [GSK00983326, GSK00983331, GSK00983332, GSK00983335, GSK00983337, GSK00983338, GSK00983339, GSK00983342.]

Prominent cardiologists have praised COREG® for how it transformed CHF treatment. For example, Dr. Clyde Yancy wrote in 2001 to his hospital pharmacy director regarding available cardiovascular therapeutics. [GSK00788136.] He singled out COREG® as a drug that "fundamentally changes the need for preferred access" because of its "striking benefits" in both non-African American and African American patients. [*Id.*]

"In a broadcast of "Wall Street Week" shortly following its launch, financial expert Louis Rukeyser referred to COREG® as "one of three of the most important medical breakthroughs of all time." [GSK00983284 at 15.]

COREG® has also been praised for its enormous economic benefits. "Specifically, COREG® has been shown to reduce the per-patient costs per year of treating heart failure by more than $5,000. An analysis of data from the COPERNICUS trial showed that patients treated with COREG® were estimated to have lower hospitalization costs as well as lower overall costs of care following discharge." [*Id.* 14-15.]

33

GSK further responds pursuant to Fed. R. Civ. P. 33(d), that at least the documents bearing the following production numbers contain information responsive to this interrogatory: GSK00788136; GSK00805539; GSK00983193-GSK00983363.

## Commercial success

GSK's COREG® branded carvedilol—the first beta-blocker approved by the Federal Food and Drug Administration for the treatment of heart failure patients and the reduction of their risk of mortality—has been commercially successful.  GSK achieved sales success despite reluctance from many physicians who had been taught for decades that beta-blockers were contra-indicated for heart failure patients.  COREG® gained acceptance in the medical community despite its status as a first-in-class drug because it offered dramatic and unexpected benefits.  It was the only drug in its class at the time of its launch, and for the next several years, that was indicated for use in CHF patients.  It was much better at reducing mortality from CHF than the standard-of-care at the time, ACE inhibitors.

By the time generic carvedilol entered the market in 2007, COREG® branded carvedilol had sales of over $1.5 billion per year, making it resounding commercial success.  Generic carvedilol from various manufacturers, including Glenmark, rapidly took over the entire market for COREG® branded carvedilol such that by 2008, sales of the branded product was reduced to near zero.  Meanwhile, the number of prescriptions for carvedilol continued to increase upon generic entry, further cementing its commercial success, now in the hands of the generic carvedilol makers.  Carvedilol's commercial success is directly connected to the method of decreasing the risk of mortality caused by CHF claimed in the '000 patented.  The majority of patients who receive carvedilol are at risk of dying from CHF.  And doctors administer

34

carvedilol with the intent to reduce that risk.  Thus, there is a direct nexus between carvedilol's commercial success and the '000 patent.

Pursuant to Rule 33(d), GSK identifies the following additional documents as showing objective indicia of non-obviousness: *E.g.*, GSK00000001-9439; GSK00035935-937; GSK00983284; GSK00773609; GSK00773613; GSK00773628; GSK00773629; GSK00773632; GSK00773633; GSK00773635; GSK00773639; GSK00773640; GSK00773642; GSK00773643; GSK00773657; GSK00773659; GSK00773660; GSK00773663; GSK00773665; GSK00773668; GSK00773672; GSK00773673; GSK00035935; GSK00035936; GCARV000017.

GSK identifies the following individuals as most knowledgeable about the objective indicia of non-obviousness of the '000 patent: Dr. Mary Ann Lukas; and Dr. Robert Ruffolo.

Investigation and discovery is ongoing in this case. The objections and contentions are based upon information currently available to GSK, and are made without prejudice to GSK's rights to use or rely on any subsequently discovered information. GSK specifically reserves the right to supplement, amend, modify, and/or correct this response over the course of fact and expert discovery and following receipt of the Court's claim construction order.

## INTERROGATORY NO. 5

State in detail the facts supporting your position from your July 13, 2015 infringement contentions that the use of Carvedilol to treat hypertension, to treat left ventricular dysfunction following myocardial infarction, or for a maintenance period of less than 6 months are each not substantial non-infringing uses, and that each use is unusual, farfetched, illusory, impractical, occasional, aberrant, or experimental.

## RESPONSE:

GSK objects to this interrogatory to the extent it seeks a legal conclusion, which is ultimately for the fact finder in this case to determine.  GSK objects to this interrogatory to the extent the Court has not yet construed the terms of the patent-in-suit.  GSK objects to this

Dated:  April 12, 2016

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (#4515)
     Douglas E. McCann (#3852)
     Elizabeth M. Flanagan (#5891)
     222 Delaware Avenue, 17th Floor
     P.O. Box 1114
     Wilmington, DE 19801
     Tel.:  (302) 652-5070
     Fax:  (302) 652-0607
     janderson@fr.com; dmccann@fr.com;
     eflanagan@fr.com

     OF COUNSEL:

     Jonathan E. Singer
     Michael J. Kane
     Phillip W. Goter
     3200 RBC Plaza
     60 South Sixth Street
     Minneapolis, MN 55402
     Tel.: (612) 335-5070
     Fax: (612) 288-9696
     singer@fr.com; kane@fr.com; goter@fr.com

     W. Chad Shear (#5711)
     Michael A. Amon
     Craig Countryman
     Ryan O'Connor
     Robert M. Yeh
     FISH & RICHARDSON
     12390 El Camino Real
     San Diego, CA 92130
     shear@fr.com; amon@fr.com;
     countryman@fr.com; oconnor@fr.com;
     ryeh@fr.com;

     **ATTORNEYS FOR PLAINTIFFS**
     **GLAXOSMITHKLINE LLC AND SMITHKLINE**
     **BEECHAM (CORK) LIMITED**

# Exhibit 86

# Curriculum in cardiology: Integrated diagnosis and management of diastolic heart failure

Kavitha M. Chinnaiyan, MD,[a] Daniel Alexander, DO,[a] Michael Maddens, MD,[b] and Peter A. McCullough, MD, MPH, FACC, FACP, FAHA, FCCP[a,c] *Royal Oak, MI*

Among the general heart failure (HF) population, over half have diastolic HF (DHF). The proportion of DHF increases with age, from 46% in patients younger than 45 years to 59% in patients older than 85 years. The diagnosis of DHF is made by the combination of signs and symptoms of HF with preserved systolic function (left ventricular ejection fraction >50%), and evidence of diastolic dysfunction obtained by echocardiographic Doppler examination, invasive hemodynamic evaluation, or an elevation of serum B-type natriuretic peptide. The most common risk factors for the development of diastolic dysfunction and DHF include long-standing hypertension, older age, female sex, obesity, diabetes, chronic kidney disease, and coronary artery disease. Acute decompensation occurs in the setting of pressure overload, volume overload, or superimposed cardiac ischemia. The cornerstones of in-hospital management include blood pressure and volume control, heart rate control, and correction of precipitating factors. Priorities in the outpatient clinic include optimal blood pressure control, maintenance of euvolemia with minimal or no diuretics, and, potentially, use of disease-modifying drugs including angiotensin-converting enzyme inhibitors, angiotensin II receptor blockers, aldosterone receptor blockers, β-blockers, and digoxin. Long-term regression of left ventricular hypertrophy, improvement in diastolic filling parameters, and sustained reductions in B-type natriuretic peptide may be future treatment targets for this condition. (Am Heart J 2007;153:189-200.)

Heart failure (HF) is a commonly encountered hemodynamic and neurohormonal syndrome whose prevalence is increasing as the population ages and medical and surgical therapies for coronary artery disease improve.[1] The clinical diagnosis of the HF syndrome synthesizes information gathered from a carefully obtained history and physical examination, coupled with diagnostic testing (eg, electrocardiogram [ECG], echocardiography, B-type natriuretic peptide (BNP) levels, and/or cardiac catheterization). The symptoms of HF are provoked by both mechanical failure (eg, increased pulmonary pressures and pulmonary edema, skeletal muscle fatigue) and neurohormonal activation, leading to increased fluid retention and edema. Often, HF is divided pathophysiologically into systolic HF (SHF) and diastolic HF (DHF), because each has independent etiologies, prevalence, treatments, and prognoses. Our focus throughout this review is on diastolic abnormalities leading to HF.

From the Divisions of [a]Cardiology, [b]Geriatric Medicine, and [c]Nutrition and Preventive Medicine, William Beaumont Hospital, Royal Oak, MI.
Submitted August 2, 2006; accepted October 23, 2006.
Reprint requests: Peter A. McCullough, MD, MPH, FACC, FACP, FAHA, FCCP, Division of Nutrition and Preventive Medicine, William Beaumont Hospital, 4949 Coolidge Highway, Royal Oak, MI 48073.
E-mail: pmc975@yahoo.com
0002-8703/$ - see front matter
© 2007, Mosby Inc. All rights reserved.
doi:10.1016/j.ahj.2006.10.022

## Pathophysiology

The similarities in clinical symptoms characterizing SHF and DHF belie significant pathophysiologic differences between the 2. The pathophysiology of chronic SHF is characterized by progressive eccentric remodeling of the left ventricular (LV) chamber leading to progressive dilatation and resultant decrease in LV ejection fraction (LVEF).[2] Diastolic HF has been characterized by predominantly concentric remodeling with normal LV end-diastolic volume.

The primary abnormality in patients with DHF is diastolic dysfunction (DD). This syndrome has been defined as impaired LV filling capacity because of abnormalities of active relaxation and passive stiffness of the myocardium. Hemodynamically, these changes present as an upward- and leftward-shifted end-diastolic pressure-volume relationship[3] (Figure 1), and abnormalities in mechanical function during diastole lead to increasing LV stiffness (Figure 2). These abnormalities can occur independently of the HF syndrome and with preserved or diminished systolic function. On the cellular level, diastole is an active adenosine triphosphate-dependent stage of the cardiac cycle, with unlinking of the actin-myosin cross-bridges that allows sarcomeric relaxation.[4] This process is dependent on the decrease of intracellular calcium mediated by enhanced sarcoplasmic calcium reuptake. With decreased adenosine triphosphate hydrolysis and/or impaired uptake of intracellular calcium, the actin-myosin interaction is prolonged with delay of sarcomeric expansion. Cellular



**Figure 1**



Left ventricular volume-pressure relationship in DHF. Reproduced with permission from *N Engl J Med* 2004;351:1097.

**Figure 2**



Left ventricular stiffness measured by LV pressure and geometric measurements in patients with DHF. Reproduced with permission from *N Engl J Med* 2004;350:1953.

abnormalities that impair active relaxation during diastole produce a less distensible ventricle and thereby increase LV end-diastolic pressure. The active phase of diastole occurs when the pressure within the left ventricle begins to decline (isovolumic relaxation phase). Left ventricular pressure continues to decline rapidly, resulting in opening of the mitral valve when the LV pressure falls below that of the left atrium (LA). Active LV relaxation normally ends after the first one third of filling, the remaining filling being dependent upon the compliance of the myocardium, interventricular interaction, and pericardial restraint as well as atrial contribution. Diastole is affected by the events occurring in systole, especially the pressure load to which the myocardium has been subjected.[5] The fall in LV pressure is exponential during the isovolumic phase. The normal value of the time taken for the pressure to fall to half its initial value ($t_{1/2}$) is 55 milliseconds.[6] Impaired relaxation refers to a prolonged $t_{1/2}$. This value decreases with exercise and is prolonged in LV hypertrophy (LVH) or acute ischemia. Despite practical limitations of this measure, prolonged $t_{1/2}$ is thought to be the entity of impaired relaxation, referring to the rate rather than the extent or timing of relaxation.[6]

There is a significant association between diabetes mellitus and DD leading to HF in the absence of SHF or atherosclerotic heart disease. The effects of increased nonesterified fatty acids, hyperinsulinemia, and hyperglycemia may cause the cardiac phenotype in diabetes.[7] Nonesterified fatty acids are thought to play an important role in altering cellular insulin, leading to insulin resistance. The hyperinsulinemia that ensues is a trigger to the development of cardiac hypertrophy.

Hyperglycemia alters expression and function of the ryanodine receptor and sarcoplasmic reticulum $Ca^{2+}$ ATPase (SERCA2), which may lead to systolic and DD.[7]

The diagnosis of DHF is typically made when a patient is found to have HF symptoms with LVEF >45% to 50%. However, DD is intertwined with SHF, and many patients with SHF frequently have DD. Also, LVEF alone may not be adequate to distinguish normal from abnormal systolic function. Left ventricular ejection fraction reflects endocardial shortening and radial contraction of the left ventricle, but it does not adequately assess the longitudinal forces of LV contraction. Some studies have suggested the presence of systolic abnormalities in isolated DD.[8,9] However, other studies have suggested that measurements of LV systolic performance including function (measured by LVEF) and contractility (measured by dP/dt, stress, shortening, and end-systolic elastance) are not significantly different in patients with DHF than in normal subjects.[5] The presence and extent of systolic abnormalities in DD remain to be established. It is clear, however, that a combination of structural and physiologic abnormalities contributes to the pathophysiology of DHF.

## Epidemiology

The largest population study of DHF to date is the REsource Utilization Among Congestive Heart Failure (REACH) Study.[10] Based on the Framingham criteria, 1811 patients (52%) had DHF, more than half being older than 65 years and female. The annual adjusted

American Heart Journal
Volume 153, Number 2

**Figure 3**



Risk factors, predisposing conditions, and hemodynamic determinants of DHF. Adapted from *Cardiovasc Res* 2000;45:813.

mortality of patients with DHF was lower than those with SHF (11.2% vs 13%), over 72 months in the REACH Study. In contemporary studies, however, mortality does not appear to differ significantly between systolic and DHF.[11] Older age and male sex have been shown to be adverse predictors of mortality in DHF. A schema depicting the risk factors and natural history of progression to DHF is illustrated in Figure 3.

## Physiologic changes with normal aging

Based on current epidemiologic studies, DHF is clearly associated with aging.[12] A number of changes in the cardiovascular system occur, which may contribute to the high prevalence of DHF in the elderly. Isovolumic

**Table I.** Vasan and Levy criteria for DHF[11]

1. Reliable evidence of congestive heart failure (Framingham or Boston Criteria)
2. Objective evidence of normal LVEF (ejection fraction >50% within 72 h of congestive heart failure event)
3. Evidence of LV DD (proved by cardiac catheterization).

If all 3 criteria are fulfilled, a definite diagnosis of DHF may be made. If cardiac catheterization data are not available, the diagnosis is downgraded to "probable" DHF. If no echocardiographic data are available concurrent with the HF episode, the diagnosis is regarded as possible.

relaxation time increases, partly because of a slower rate of calcium accumulation in the sarcoplasmic reticulum, and declines in sarcoplasmic reticulum $Ca^{2+}$ ATPase, phosphoenzyme product, and sarcoplasmic reticulum

**192** Chinnaiyan et al

American Heart Journal
February 2007

**Figure 4**



Doppler parameters supportive of the diagnosis of DHF (American Society of Echocardiography grades I-IV). *MVF,* mitral valve inflow; *PVF,* pulmonary venous flow; *TDI,* tissue Doppler imaging; *S,* systolic phase; *D,* diastolic phase; *Mo,* mitral opening; *Mc,* mitral closure.

$Ca^{2+}$ pump protein.[13] Although younger subjects fill nearly 50% of the ventricle in the first third of diastole, elderly subjects fill only 20%. Only 40% of ventricular filling is completed even after the middle third of diastole in the elderly, making them much more dependent upon atrial contribution to diastolic filling, resulting in a greater susceptibility to DHF in the setting of tachycardia or atrial fibrillation (AF). Also, normal increases in filling rates that result from β-adrenergic stimulation are typically absent in the elderly, with a decline in carotid baroreceptor function as well as a decline in β-adrenergic receptor-mediated vascular relaxation and chronotropic response.[14]

Aging impacts the entirety of the vascular system, and DHF may imply abnormalities of ventricular-arterial coupling. End-systolic elastance ($E_{es}$) and effective arterial elastance ($E_a$) are markedly elevated in patients with HF and normal LVEF compared with age-matched hypertensive and nonhypertensive controls.[15] This suggests that decreased arterial elastance as well as increased systolic pressures may play an equal role in producing HF symptoms in patients previously thought to have only diastolic abnormalities of the myocardium.

Age-associated decline in renal function is associated with several changes in vascular pathophysiology, including disruptions in the endothelial/nitric oxide balance and hyperactivation of the sympathetic nervous system (SNS) and renin-angiotensin aldosterone systems (RAAS) that may worsen cardiovascular outcomes.[16] Renal insufficiency has been found to be an independent prognostic factor in patients with diastolic and systolic dysfunction.[17]

## Neurohormonal abnormalities

Neurohormonal contributions to the development of clinical manifestations of DD are complex. The difference between clinical stability and decompensation is a balancing act between the actions of the RAAS axis, SNS activity, endothelin, and arginine vasopressin regulatory systems, and the counterregulatory hormones atrial natriuretic peptide, brain natriuretic peptide, and C-type natriuretic peptide.[18] Atrial natriuretic peptide and BNP are considered counter regulatory to the RAAS through their actions of vasodilation and natriuresis. The physiologic effects of C-type natriuretic peptide, found throughout the vasculature, are less studied. B-type natriuretic peptide, found in high concentrations in the ventricles, has been studied extensively as a serologic marker of volume overload and increased LV pressures.

As pulmonary capillary wedge pressure (PCWP) rises and systemic mechanoreceptors detect arterial underfilling, there is a homeostatic response leading to the activation of the SNS, the RAAS axis, and the nonosmotic

American Heart Journal
Volume 153, Number 2

**Figure 5**



Blood BNP levels and their relationship to increased wall tension. Reproduced with permission from *J Am Coll Cardiol* 2006 Feb 21;47(4):742.

**Figure 6**



Blood BNP levels in partially treated decompensated HF. Reproduced with permission from *J Am Coll Cardiol* 2006 Feb 21;47(4):742.

release of arginine vasopressin.[19] The RAAS has a varied role in the regulation of cardiac function, including early receptor-mediated effects such as second-messenger generation and delayed responses such as protein synthesis and cell growth.[20] Angiotensin II directly affects the myocardium, increasing LV wall tension in an attempt to improve contractility, and indirectly modulates cardiac function by its influence on central nervous system actions such as stimulation of thirst and SNS outflow, aldosterone synthesis and release, decreased renal excretion of sodium, and maintenance of vascular tone.[21] Angiotensin II is also one of several important stimuli for the adrenal glands to release aldosterone. Aldosterone, a mineralocorticoid that signals the kidneys to retain salt and water, elevates blood pressure. Aldosterone also has trophic effects on the myocardium, promoting LVH and fibrosis. Aldosterone may also play a direct role in the myocardium via mineralocorticoid receptors to modulate the extra cellular matrix and promote collagen deposition.[22]

The combined triggers of reduced renal function, activation of the RAAS, and often-superimposed ischemic heart disease cause activation of the SNS. Prolonged SNS activation causes increases in both chronotropic and inotropic effects on the heart, leading to increased myocardial oxygen demand. Early studies have shown that excess plasma norepinephrine in the HF setting is associated with increased morbidity and mortality.[25] Although the molecular mechanisms underlying norepinephrine toxicity is beyond the scope of this review, proposed mechanisms involve cyclic adenosine monophosphate–mediated changes in myocyte

intracellular calcium.[24] Novel agents that modulate $Ca^{2+}$ levels within the sarcoplasmic reticulum and cell membrane are currently in phase II trials involving patients with either systolic or DD.[25]

## Diagnosis

Although current thinking assumes that DHF is a consequence of aberrations intrinsic to the myocardium, acute changes in preload, and particularly afterload, and their affects on symptoms must be considered concurrently. Heart rate is particularly important; the increasing dependence of atrial contraction in LV filling in the face of preexistent elevated LV filling pressures may help explain acute dyspneic symptoms associated with AF (loss of atrial contribution to diastolic filling) and dyspnea on exertion (decreased LV filling time due to tachycardia).

Vasan and Levy[11] propose a set of criteria for DHF according to the degree of diagnostic certainty (Table I).

In general, 3 clinical factors may be used to subgroup patients with DHF.[26] These include the presence or absence of elevated blood pressure or a history of hypertension, the presence or absence of LVH (by ECG or echocardiography), and the presence or absence of increased LV size or volume, corrected for age, sex, and body size. Using these factors, Kliger et al[26] divide patients into 4 subgroups according to underlying pathophysiology: hypertrophic cardiomyopathy, infiltrative or restrictive cardiomyopathy, increased preload volume, and abnormal ventricular-arterial coupling. Left ventricular stiffness can be increased by 2 mechanisms. One is by altering the physical properties of the myocardium, thereby shifting the Starling curve to the left, "true" DD exemplified by idiopathic hypertrophic

American Heart Journal
February 2007

cardiomyopathy and infiltrative disorders. The other mechanism, characterized by overfilling of the left ventricle above the normal end-diastolic volume, shifts the Starling curve upward. Most patients with DD with long-standing hypertension and associated with increased circulating blood volume fall in this latter category. The diagnosis of DD/DHF is dependent on history, physical examination, ECG, and serology. It must be emphasized that it is virtually impossible to distinguish SHF from DHF at the bedside. Both entities are associated with venous congestion and cardiorenal syndrome. Hence, echocardiography is quintessential in the comprehensive evaluation of HF.

## Echocardiographic criteria for diagnosis

The initial echocardiographic evaluation of DD includes standard M-mode and 2-dimensional anatomical imaging, including assessment of LA diameter and volume, LV mass, LV relative wall thickness, and LV systolic dysfunction.[27] The most important variables are the Doppler mitral inflow velocity and pulmonary venous (PV) flow indices. Color M-mode and Doppler Tissue Imaging (DTI) have recently been introduced for diagnosis of DD to overcome limitations of load dependency.

Mitral flow velocity evaluated using pulsed wave Doppler consists of 4 variables including peak early diastolic transmitral flow velocity ($E$), peak late diastolic transmitral flow velocity ($A$), early filling deceleration time (DT), and A-wave duration (Adur)[28] (Figure 4). The normal $E/A$ ratio is 0.75 to 1.5, and the normal DT is <220 milliseconds. In mild DD (impaired relaxation), the $E/A$ ratio is <0.75, the tall A wave resulting from a significant contribution of atrial contraction to LV filling. Deceleration time is prolonged as a result of the relaxation abnormality. Stage II DD is characterized by reduced LV compliance, resulting in increased LA pressure. Mitral inflow velocity appears normal, but $E/A$ reversal occurs with Valsalva ("pseudonormal"). With progression to stage III, there is a severe decrease in compliance, causing further increase in LA pressure, resulting in a very high E wave, a low A wave (ratio >1.5), and a significantly decreased DT (<150 milliseconds). If this pattern remains fixed with Valsalva, DD is categorized as stage IV.

Pulmonary venous flow velocities, obtained by placing a pulsed Doppler volume in the PV from the apical 4-chamber view, are composed of 4 variables including peak systolic flow velocity ($S$), peak diastolic PV flow velocity ($D$), peak PV atrial reversal (AR) flow velocity, and AR duration (ARdur) (Figure 4). Flow patterns and interrelationships of these variables depend on LA pressure. When the LA pressure is normal, most of the flow from the PV occurs in systole, shifting to diastole with increasing LA pressure. Although the peak systolic

and diastolic PV velocities do not add an incremental value in assessment of DD, the AR and ARdur allow. Left atrium pressure of >15 mm Hg is predicted by an AR >35 cm/s and ARdur >30 milliseconds, seen in advanced stages of DD.[28]

Color M-mode displays the early diastolic flow propagation velocity, $V_p$ (velocity as the blood travels), from the mitral valve to the LV apex. A $V_p$ <45 cm/s is consistent with DD in patients older than 30 years.[29] Mitral annular DTI measures velocity of the myocardium during the cardiac cycle. The normal pattern of this variable is similar to the transmitral flow, characterized by a positive systolic signal (peak systolic myocardial velocity) and negative signal in early (Ea) and late (during atrial contraction) diastole. The $E/Ea$ ratio has been demonstrated to correlate with LV filling pressures. An $E/Ea$ ratio >15 indicates an elevated LA pressure, whereas an $E/Ea$ ratio <8 is sensitive for normal LA pressures.[30]

Mitral inflow interrogation remains the basis of the initial physiologic evaluation of DD. Pulmonary venous flow variables, Color M-mode, and DTI provide incremental and supportive information to aid in grading DD. A complete echocardiographic evaluation also includes valvular assessment and estimation of right ventricular pressures for assessment of the overall cardiac function as well as the cause of DD.

## The role of BNP in diagnosis

The role of BNP in the diagnosis of DHF has been examined in several studies. Diastolic HF results in elevation in BNP levels.[51] B-type natriuretic peptide levels are higher in SHF patients,[52] because the primary stimulus for production and release of BNP from ventricular myocytes is wall tension determined by LV pressure and chamber size. However, whereas BNP has been shown to be an excellent surrogate measure for LV wall tension in both SHF and DHF (Figure 5), BNP levels during HF decompensation are typically lower in DHF than SHF (Figure 6).

B-type natriuretic peptide levels have also been correlated to the New York Heart Association functional class and inhibition of the RAAS.[55] However, the utility of BNP measurements in the treatment of DHF is less well known. The ongoing European study, BATTLE-SCARRED (BNP Assisted TreaTment to LEssen Serial CARdiac REadmissions and Death), may provide an insight into using BNP levels to treat HF across a broad spectrum of LVEF. Until then, BNP must be considered an adjunct to clinical evaluation and echocardiography.

## Decompensation of DHF

The vital relationship between pressure and volume in the LV leads to a narrow window for balance in DHF.

Small changes in volume cause large changes in pressure, causing elevation of PCWP (Figure 1). Most patients with isolated DD are free of symptoms at rest. Symptoms are usually brought on by ischemia, anemia, cardiac arrhythmias, infection, anemia, or thyrotoxicosis. In the outpatient setting, common precipitants include increased sodium intake and noncompliance with medications (especially diuretics), resulting in volume overload followed rapidly by elevation of LV filling pressures and symptomatic pulmonary edema. In the inpatient setting, a common scenario is an elderly patient with little tolerance for volume expansion receiving an intravenous bolus of crystalloid solution and rapidly developing pulmonary edema. Cardiac ischemia is also a common trigger for DD decompensation. Thus, chest pain, ischemic ECG changes, and markers of myocyte injury should be sought in all patients with acutely decompensated DHF.

## Management of decompensated DHF

Because DHF has been recognized relatively late in our understanding of HF, there is a paucity of randomized treatment trials specifically addressing this syndrome. The only large, prospective, randomized, double-blind, placebo-controlled trial was the Candesartan in Heart Failure Assessment of Reduction in Morbidity and mortality in Preserved Systolic Function (CHARM)–Preserved Trial targeting the outpatient population.[34] Treatment allocation was candesartan titrated to a maximum dose of 32 mg daily, or placebo. A small number of patients were on angiotensin-converting enzyme inhibitor (ACEI) or β-blockers (BBs) at baseline. There was a trend in favor of candesartan toward fewer cardiovascular outcomes. However, the difference in the composite end point of cardiovascular mortality or HF hospital admissions between the 2 groups was moderate and of borderline significance.

There are few randomized controlled trials investigating the use ACEI in DHF. The Heart Outcomes Prevention Evaluation study[35] demonstrated significantly lower rates of death, myocardial infarction, and stroke in patients receiving ACEI. More importantly, this study also demonstrated that reduction of LVH, independent of reduction of blood pressure, prevented HF. These findings strongly underline reversal of LVH and prevention of progression of LVH as important therapeutic goals in patients with DD and DHF. Regression of LVH can also be achieved with calcium channel blockers (CCBs) and BBs. Interstitial collagen deposition and fibrosis, rather than LVH, may account for the development of DD in hypertension.[36] The use of ACEI for 6 to 12 months has been shown to decrease collagen content.[37] Spironolactone, an aldosterone antagonist, has also been shown to reduce myocardial fibrosis and thus may aid in the treatment of DD.[38] Treatment of the

underlying infiltrative process in disorders such as hemochromatosis and chemotherapy for infiltrating malignancies may result in regression of LVH and improvement in symptoms.

Given the absence of inpatient trials in acutely decompensated DHF, we must operate on basic principles of blood pressure control, volume maintenance, and treatment of exacerbating factors (Table II). Blood pressure control is thought to be the cornerstone of treatment because systemic blood pressure is a direct measure of afterload on the heart and is related to end-diastolic pressure, the key determinant of the pressure-volume relationship (Figure 7). The goal of therapy is a target systolic blood pressure <140 mm Hg.

Blood volume control is often more difficult than blood pressure control in the acute inpatient setting. Judicious use of diuretics is of paramount importance. In elderly patients, reduction in nephron mass necessitates higher doses of loop diuretics (furosemide, bumetanide, and ethracynic acid). Consequent risks of using higher doses of loop diuretics include precipitous blood pressure decline, overdiuresis, compensatory activation of the RAAS, and reduction in glomerular filtration rate leading to worsened azotemia. Hence, therapeutic goals are careful dosing and monitoring of response. Provided that pulmonary edema requiring mechanical ventilation can be avoided, the goal of diuresis should be gradual volume elimination with simultaneous blood pressure reduction.

Tachycardia is particularly dangerous in patients with DHF because an increase in heart rate shortens diastolic filling period, which in turn decreases the opportunity for LV relaxation and worsens compliance, placing the patient on the steepest component of the volume-pressure curve. Heart rate control can be achieved with BBs and nondihydropyridine CCBs in patients in sinus rhythm. In the setting of AF with rapid ventricular response, restoration of sinus rhythm with direct current cardioversion or control of the ventricular rate is warranted. In paroxysmal or chronic AF, cardioversion may not be an attractive option because of frequent recurrence of AF. Control of the ventricular response is accomplished with BB, nondihydropyridine CCB, or digoxin with the goal of a mean ventricular rate <80 beats/min over 24 hours. Atrial fibrillation with chronic ventricular rates of >80 beats/min worsens DHF and may also contribute to tachycardia-related cardiomyopathy.

Treatment of exacerbating factors is the final part of the treatment program. In elderly patients with cardiac ischemia where coronary revascularization may be an option, noninvasive or invasive diagnostic testing for coronary artery disease should be undertaken once the decompensated state is corrected. Given the high rates of contrast-induced nephropathy in the elderly with impaired renal function, a noninvasive diagnostic test such as a stress nuclear or stress echocardiographic

American Heart Journal
February 2007

**Figure 7**



Integrated diagnosis and management of acutely decompensated DHF. *SOB,* shortness of breath; *ASE,* American Society of Echocardiography; *LVEDP,* LV end-diastolic pressure; *NT pro-BNP,* N-terminal pro-BNP; *Aldo,* aldosterone; *fib,* fibrillation.

evaluation is a reasonable first step. Data from stress testing can be used for titration of therapy as well as counseling for physical activity. Dependent on the ischemic burden, cardiac catheterization with the goal of revascularization should be considered. In patients not considered to be candidates for revascularization therapy, conservative medical management with BBs, CCB, and nitrates is reasonable.

Another significant exacerbating factor includes valvular heart disease, most commonly presenting as aortic stenosis, aortic insufficiency, or mitral insufficiency.

Although treatment of underlying valvular disease is reasonable, there is no data suggesting reversal of DHF with correction of these lesions. An uncommon cause of DD in the elderly is pericardial disease (constrictive pericarditis or effusive constrictive pericarditis). It should be remembered that this condition is a secondary cause for DD. Referral for interventional/surgical treatment of pericardial disease is warranted when the diagnosis is confirmed. A less common exacerbating factor of DHF is significant bilateral renal artery stenosis or unilateral renal artery stenosis in a renal transplant

**Table II.** Treatment options for acutely decompensated DHF

| Therapeutic goal | Treatment options | Suggested daily medication dosages |
|---|---|---|
| Control intravascular volume | <2 g of sodium per day<br>Diuretics | Furosemide, 10-120 mg<br>Bumetanide, 2-4 mg<br>Torsemide, 5-10 mg |
| Control hypertension | Antihypertensive agents | Atenolol, 12.5-100 mg<br>Metoprolol, 12.5-200 mg<br>Carvedilol, 12.5-50 mg<br>Amlodipine, 2.5-10 mg<br>Felodipine, 2.5-20 mg<br>Perindopril, 4-8 mg<br>Ramipril 2.5-10 mg<br>Enalapril, 2.5-40 mg<br>Lisinopril, 10-40 mg<br>Candesartan, 4-32 mg<br>Losartan, 50-100 mg<br>Hydralazine, 30-300 mg<br>Sodium nitroprusside, up to 400 μg/min<br>Intravenous nitroglycerin, 5-200 μg/min |
| Prevent and treat myocardial ischemia | Nitrates<br><br>BBs<br>CCBs<br>Coronary artery bypass surgery, percutaneous | Isosorbide dinitrate, 30-180 mg<br>Isosorbide mononitrate, 30-90 mg<br>Atenolol, 12.5-100 mg<br><br>Metoprolol, 25-200 mg<br>Amlodipine, 5-10 mg<br>Diltiazem, 120-540 mg<br>Verapamil, 120-360 mg |
| Maintain sinus rhythm<br>Treat tachycardia<br>Radiofrequency ablation/modification of atrioventricular node and pacing | Cardioversion of AF<br>Sequential atrioventricular pacing<br><br>BBs<br>CCB<br>Digitalis | Atenolol, 12.5-100 mg<br>Metoprolol, 25-100 mg<br>Carvedilol 12.5-50 mg<br>Verapamil, 120-360 mg<br>Diltiazem, 120-540 mg<br>Digoxin, 0.125-0.25 mg |

recipient. Diagnostic evaluation in the appropriate clinical setting should be undertaken when the patient is clinically stable.

Once initially stabilized in hospital, elderly patients with DHF may benefit from a skilled nursing facility-based subacute HF rehabilitation program targeted at improving functional capacity. Significant improvements in 6-minute walk distances and Dyspnea, Fatigue, and Energy subscales of the Chronic Heart Failure Questionnaire can be achieved in this group.[39] This targeted intervention is also associated with lower 30-day rehospitalization rates compared with historical controls.[40]

## Integrated management

The goals of outpatient management include alleviation of pulmonary vascular congestion, improvement of exercise tolerance, and regression of LVH. The goals of applying these measures are to improve mortality and morbidity and prevent costly hospitalizations for acute HF exacerbations. The means to achieve these goals

include strict hypertension control, cardiac rehabilitation, avoidance of tachycardia, and use of pharmacologic agents aimed at regression of LVH and decrease of LV filling pressures. Adjunctive measures include structured weight loss in overweight or obese patients, maintaining euglycemia, and other lifestyle modifications.

Monitoring HF therapy in the outpatient setting is largely based on clinical assessment and a "gestalt" approach to the patient's fluid status. Several small studies have attempted to quantify HF symptoms and fluid status through the use of BNP. In patients with LVEF <40%, tailoring therapy indexed to achieving N-terminal pro-BNP level <200 pmol/L compared with therapy based on findings from a well-established clinical HF score is shown to diminish overall total mortality, cardiovascular events, and HF exacerbations.[41] The utility of this approach in DHF is not well studied.

β-Blockers have become the mainstay of therapy in HF management. The mechanisms of action include prolongation of diastole and improved coronary artery

perfusion, attenuation of the SNS effect on the myocardium, and $\alpha$-receptor blocking characteristics (eg, carvedilol, bucindolol, and labetalol). $\beta$-Blockers are primarily used in blood pressure control in hypertensive patients with DD. Nebivolol, a cardioselective BB with vasodilator activity, has been studied in patients with DHF and hypertension.[42] This agent addresses 3 of the measures used to attain therapeutic goals in HF. Nebivolol acts as an antihypertensive, with its nitric oxide donating capacity assisting in vasodilatation in skeletal muscle, thereby improving exercise tolerance, improving LV pressure-volume relationships, and improving pulmonary vascular congestion.

Inhibition of the RAAS is mediated by 3 agents: ACEI, angiotensin receptor blockers (ARBs), and aldosterone blockers (spironolactone and eplenerone). Theoretical benefits of RAAS blockade include prevention of myocardial fibrosis and improved LV remodeling. Losartan, an ARB, is demonstrated to decrease the $E/E'$ ratio and N-terminal BNP at 6 months in patients with DD because of nonobstructive hypertrophic cardiomyopathy.[43]

There are no long-term studies on the effects of aldosterone blockers in patients with DD. A National Institutes of Health and a National Heart, Lung, and Blood Institute–supported study, the Aldosterone Antagonist Therapy for Adults with Heart Failure and Preserved Systolic Function Trial (www.clinicaltrials.gov) is designed to evaluate cardiac outcomes of patients on spironolactone. Currently, the emphasis in the use of ARBs, ACEI, and aldosterone blockers is largely for their antihypertensive effects. Small studies suggesting regression of LVH and improved LV filling need to be ascertained by larger clinical trials focusing on morbidity and mortality differences.

Calcium channel blockers have a theoretical benefit in improving exercise tolerance because of vasodilatory properties. As with BBs, this theoretical benefit must be balanced with negative inotropic properties, although this might be of importance only in toxic doses. Calcium channel blockers, particularly of the nondihydropyridine group, are used frequently in hypertension associated with DD and may confer additional advantage by lowering the heart rate and increasing the diastolic period.

Finally, management of concomitant illnesses may have a profound effect on the symptoms of DHF. Obesity has been correlated with echocardiographic variables of DD in normotensive patients.[44] Sleep apnea associated with obesity provides an additional complication of pulmonary hypertension that may further diminish LV distensibility and filling through mechanisms of interventricular dependence. Noninvasive studies using cardiac magnetic resonance imaging may provide further insight into the mechanisms of obesity-related cardiomyopathy.[45]

This discussion has mainly addressed DD either as a result of long-term hypertension, effects of aging on the myocardium, or ischemic heart disease. Diastolic dysfunction and DHF are associated with a number of other pathophysiologic states, including hypertrophic and infiltrative cardiomyopathies and pericardial disease. The management of these conditions is beyond the scope of this article.

## Future directions

In addition to strict blood glucose control in diabetics, the role of advanced glycation end products (AGEs) and their relationship to the development of heart disease is a relatively new area of research. The proposed mechanisms of AGEs' effects on the myocardium are promotion of collagen cross-linking leading to increased myocardial and vascular stiffness, and possibly abnormal calcium metabolism leading to delayed myocardial relaxation during diastole.[46] Novel agents such as aminoguanidine, an AGE inhibitor, need more human studies to translate these proposed theoretical benefits into clinical improvement of morbidity and mortality.

The use of nitric oxide donors is also being studied in patients with DD. In a small patient population with DD due to aortic stenosis, there was a significant downward shift of the pressure-volume curve, indicating improved LV end-diastolic pressure with the study drug.[47] The use of NO donors is an area of potential research in patients with DHF.

A novel approach to the treatment of DD is partial correction of anemia in patients with chronic kidney disease, relative erythropoietin deficiency, and DHF. Studies indicate that forms of severe LVH improve with partial anemia correction, and there is a corresponding improvement in quality of life.[48]

## Conclusions

Diastolic HF is the most common form of HF seen by clinicians today in practice, and patients with DHF consume as many health care resources as those with reduced LVEF.[49] In general, the prognosis for DHF is slightly better than that of SHF, but it still carries an annual death rate of >10%. The criterion standard diagnostic technique for DHF is Doppler echocardiography demonstrating DD in the presence of preserved LVEF in a patient with HF symptoms. Invasive hemodynamic measurement of elevated LV end-diastolic pressure or PCWP and elevation in BNP can be helpful in confirming the diagnosis. Treatment includes control of blood pressure, blood volume, and heart rate combined with a search and treatment of superimposed cardiac ischemia and structural cardiovascular disease. Future trials are needed in this growing population of patients.

# References

1. Cowie MR, Mosterd A, Wood DW, et al. The epidemiology of heart failure. Eur Heart J 1997;18:208-25.

2. Francis GS. Pathophysiology of the heart failure clinical syndrome. In: Topol EJ, editor. Textbook of cardiovascular medicine. 2nd ed. Philadelphia (PA): Lippincott Williams and Wilkins; 2002. p. 1786.

3. Baicu CF, Zile MR, Aurigemma GP, et al. Left ventricular systolic performance, function, and contractility in patients with DHF. Circulation 2005;111:2306-12.

4. Ommen SR, Nishimura RA. A clinical approach to the assessment of left ventricular diastolic function by Doppler echocardiography: update 2003. Heart 2003;89(Suppl III):iii18-iii23.

5. Brutsaert DL, Housmans PR, Goethals MA. Dual control of relaxation. Its role in the ventricular function in the mammalian heart. Circ Res 1980;47:637-52.

6. Gibson DJ, Francis DP. Clinical assessment of left ventricular diastolic function. Heart 2003;89:231-8.

7. Poornima IG, Parikh P, Shannon RP. Diabetic cardiomyopathy: the search for a unifying hypothesis. Circ Res 2006;98:596-605.

8. Bruch C, Gradaus R, Gunia S, et al. Doppler tissue analysis of mitral annular velocities: evidence for systolic abnormalities in patients with DHF. J Am Soc Echocardiogr 2003;16:1031-6.

9. Yu CM, Lin H, Yang H, et al. Progression of systolic abnormalities in patients with "isolated" DHF and DD. Circulation 2002;105:1195-201.

10. McCullough PA, Khandelwal AK, McKinnon JE, et al. Outcomes and prognostic factors of systolic as compared with DHF in urban America. Congest Heart Fail 2005;11:6-11.

11. Vasan RS, Levy D. Defining DHF: a call for standardized diagnostic criteria. Circulation 2000;101:2118-21.

12. Vasan R, Larson MG, Benjamin EJ, et al. Congestive heart failure in subjects with normal versus reduced left ventricular ejection fraction. Prevalence and mortality in a population based cohort. J Am Coll Cardiol 1999;33:1948-55.

13. Fleg JL. Alterations in cardiovascular structure and function with advancing age. Am J Cardiol 1986;57:33C-44C.

14. Pan HYM, Hoffman BB, Pershe RA, et al. Decline in beta adrenergic receptor–mediated vascular relaxation with aging in man. J Pharmacol Exp Ther 1986;239:802-7.

15. Kawaguchi M, Hay I, Fetics B, et al. Combined ventricular and arterial stiffening in patients with heart failure and preserved ejection fraction: implications for systolic and diastolic reserve limitations. Circulation 2003;107:714-20.

16. McAlister FA, Ezekowitz J, Tonelli M, et al. Renal insufficiency and heart failure. Prognostic and therapeutic implications from a prospective cohort study. Circulation 2004;109:1004-9.

17. Dyadyk AI, Bagriy AE, Lebed NF, et al. ACE inhibitors captopril and enalapril induce regression of LVH in hypertensive patients with chronic renal failure. Nephrol Dial Transplant 1997;12:945-51.

18. Schrier RW, Abraham WT. Hormones and hemodynamics in heart failure. N Engl J Med 1999;341:577-8.

19. Baker KM, Booz GW, Dostal DE. Cardiac actions of angiotensin II: role of an intracardiac rennin-angiotensin system. Annu Rev Physiol 1992;54:227-41.

20. McCullough PA. Cardiorenal risk: an important clinical intersection. Rev Cardiovasc Med 2002;3:71-6.

21. Chinnaiyan KM, Alexander D, McCullough PA. Role of angiotensin II in the evolution of diastolic heart failure. J Clin Hypertens 2005;7:740-7.

22. Funck RC, Wilke A, Rupp H, et al. Regulation and role of myocardial collagen matrix remodeling in hypertensive heart disease. Adv Exp Med Biol 1997;432:35-44.

23. Swedberg K, Viqueret C, Rouleau J-K, et al. Comparison of myocardial catecholamine balance in chronic congestive heart failure and in angina pectoris without failure. Am J Cardiol 1984;54.

24. Zile M, Gaasch W, Little W, et al. A phase II, double blind, randomized placebo-controlled, dose comparative study of the efficacy, tolerability, and safety of MCC-135 in subjects with chronic heart failure, NYHA class II/III (MCC-135 GO1 study): rationale and design. J Card Fail 2004;10:193-9.

25. Sackner- Bernstein JD, Mancini DM. Rationale for treatment of patients with chronic heart failure with adrenergic blockade. JAMA 1995;274:1462-7.

26. Kliger C, King DL, Maurer MS. A clinical algorithm to differentiate heart failure with a normal ejection fraction by pathophysiologic mechanism. Am J Geriatr Cardiol 2006;15:50-7.

27. Kitabatake A, Inoue M, Asao M, et al. Transmitral blood flow reflecting diastolic behavior of the LV in health and disease—a study by pulsed Doppler technique. Jpn Circ J 1982;46:92-102.

28. Khouri SJ, Maly GT, Suh DD, et al. A practical approach to the echocardiographic evaluation of diastolic function. J Am Soc Echocardiogr 2004;17:290-7.

29. Dumesnil JG, Gaudreault G, Honos GN, et al. Use of Valsalva maneuver to unmask left ventricular diastolic function: abnormalities by Doppler echocardiography in patients with CAD or systemic hypertension. Am J Cardiol 1991;68:515-9.

30. Nagueh SF, Middleton KJ, Kopelen HA, et al. Doppler tissue imaging: a noninvasive technique for evaluation of left ventricular relaxation and estimation of filling pressures. J Am Coll Cardiol 1997;30:1527-33.

31. Wei T, Zeng C, Chen L, et al. Systolic and DHF are associated with different plasma levels of B-type natriuretic peptide. Int J Clin Pract 2005;59:891-4.

32. Maisel AS, McCord J, Nowak RM, et al. Bedside B-type natriuretic peptide in the emergency diagnosis of heart failure with reduced or preserved ejection fraction. Results from the Breathing Not Properly Multinational Study. J Am Coll Cardiol 2003;41:2010-7.

33. Lee S, Stevens TL, et al. The potential of brain natriuretic peptide as a biomarker for New York Heart Association Class during the outpatient treatment of heart failure. J Card Fail 2002;8:149-54.

34. Yusuf S, Pfeffer MA, Swedberg K, et al. for the CHARM Investigators and CommitteesEffects of candesartan in patients with chronic heart failure and preserved left-ventricular ejection fraction: the CHARM-Preserved Trial. Lancet 2003;362:777-81.

35. Heart Outcomes Prevention Evaluation Study Investigators. Effects of an angiotensin-converting-enzyme inhibitor, ramipril, on cardiovascular events in high-risk patients. N Engl J Med 2000;342:145-53.

36. Slama M, Susic D, Varagic J, et al. DD in hypertension. Curr Opin Cardiol 2002;17:368-73.

37. Brilla CG, Funck RC, Rupp H. Lisinopril mediated regression of myocardial fibrosis in patients with hypertensive heart disease. Circulation 2000;102:1388-93.

38. Brilla CG, Matsubara LS, Weber KT. Antifibrotic effects of spironolactone in preventing myocardial fibrosis in systemic arterial hypertension. Am J Cardiol 1993;71:12A-6A.

39. Fatigati M, Kowalski D, Maddens ME, et al. Clinical parameters predict outcomes of subacute cardiac rehabilitation in elderly heart

**200** Chinnaiyan et al

American Heart Journal
February 2007

failure patients (Abstract). Presented at the Annual Scientific Session of the Society of Geriatric Cardiology, March 6, 2004, New Orleans, LA.

40. Aboufakher R, Maddens M, Lontorfos D, et al. The impact of a multidisciplinary cardiac rehabilitation program in a skilled nursing facility on early readmission rates in elderly patients with heart failure (Abstract). Presented at the Annual Scientific Session of the Society of Geriatric Cardiology, March 2005, Chicago, IL.

41. Troughton RW, Frampton CM, et al. Treatment of heart failure guided by plasma aminoterminal brain natriuretic peptide (N-BNP) concentrations. Lancet 2000;355:1126-30.

42. Kuroedov A, Cosentino F, Luscher TF. Pharmacological mechanisms of clinically favorable properties of a selective beta1-adrenoceptor antagonist nebivolol. Cardiovasc Drug Rev 2004;22:155-68.

43. Araujo AQ, Arteaga E, et al. Effect of losartan on left ventricular diastolic function in patients with nonobstructive hypertrophic cardiomyopathy. Am J Cardiol 2005;96:1563-7.

44. Alpert MA, et al. Interrelationship of left ventricular mass, systolic function and diastolic filling in normotensive morbidly obese patients. Int J Obes Relat Metab Disord 1995;19:550-7.

45. Wynne J, Braunwald E. The cardiomyopathies. Braunwald's heart disease. Philadelphia: Elsevier; 2005. p. 1660.

46. Zieman SJ, Kass DA. Advanced glycation endproduct crosslinking in the cardiovascular system. Potential therapeutic target for cardio-vascular disease. Drugs 2004;64:459-70.

47. Matter CM, Mandinov L. Effect of NO donors on LV diastolic function in patients with severe pressure-overload hypertrophy. Circulation 1999;99:2396-401.

48. McCullough PA, Lepor NE. The deadly triangle of anemia, renal insufficiency, and cardiovascular disease: implications for prognosis and treatment. Rev Cardiovasc Med 2005;6:1-10.

49. Liao L, Jollis JG, Anstrom KJ, et al. Costs for heart failure with normal vs reduced ejection fraction. Arch Intern Med 2006; 166:112-8.

# Exhibit 87

# REDACTED
# IN ITS ENTIRETY

# Exhibit 88



Ads by Google related to: **congestive heart failure**

Feedback

pennmedicine.org ▾
(800) 789-7366

**Congestive Heart Failure**
Get the Info You Need From Penn.
Learn the Facts. Know Your Options.
Treatment Options
Heart Failure Guide

**4 Stages Heart Failure -**   Sponsored
**Search for 4 Stages Heart Failure.**
Feel Better. Your Health Search Engine for Finding
Better Medical Information.
www.health247.com/4 Stages Heart Failure

**Congestive Heart Failure**
Congestive Heart Failure. Find Articles on Health &
Symptoms.
Reference.com/Heart Failure



# congestive heart failure

Also found in: Dictionary, Thesaurus, Legal, Financial,
Acronyms, Encyclopedia, Wikipedia.

## failure [fāl´yer]

inability to perform or to function properly.

**adult failure to thrive** a NURSING DIAGNOSIS accepted by the
North American Nursing Diagnosis Association, defined as
a progressive functional deterioration of a physical and
cognitive nature. The individual's ability to live with
multisystem diseases, cope with ensuing problems, and
manage his/her care are remarkably diminished.

**bone marrow failure** failure of the hematopoietic function
of the bone marrow; see also **bone marrow** SUPPRESSION.

**congestive heart failure** see **congestive** HEART FAILURE.

**heart failure** see HEART FAILURE.

**kidney failure** renal failure.

**multiple organ failure** failure of two or more organ
systems in a critically ill patient; see also MULTIPLE ORGAN
FAILURE.

**renal failure** see RENAL FAILURE.

**respiratory failure** see RESPIRATORY FAILURE.

**failure to thrive (failure to thrive syndrome)** physical
and developmental retardation in infants and small

**My bookmarks**   ?

Please log in or register to use bookmarks. You
can also log in with

**TheFreeDictionary presents:**

**Write what you mean clearly and correctly.**

children. The syndrome can be seen in children with a physical illness, but the term is most often taken to mean failure to thrive due to psychosocial effects such as maternal deprivation. The syndrome was first noticed when European psychiatrists studied the development of babies who had spent the first five years of their lives in institutions where they were deprived of the emotional warmth of a mother, father, or other primary caregiver.

Characteristics of the failure to thrive syndrome include lack of physical growth (for example, weight and height below the third percentile for age) and below normal achievement in fine and gross motor, social-adaptive, and language skills as assessed by psychometric testing using a tool such as the Denver Developmental Screening Test. Additionally, the child with this syndrome displays withdrawing behavior, avoidance of eye contact, and stiffness or flaccid posture when held. These children often have a history of irritability, feeding problems, and disturbed sleep patterns.

Parents of infants with failure to thrive syndrome typically display feelings of concern and inadequacy. The infant who is feeding poorly and is irritable may elicit a response in the caregiver that reflects tension and frustration. The need for comfort and nurturing by the infant may not be met, and this may lead to a cycle that exacerbates feeding problems.

Intervention encompasses identification of infants and mothers at risk for the syndrome and care of both mother or primary caregiver and infant. The major goals are to encourage the mother to express her feelings without fear of rejection, to model the role of mother and teach her nurturing behaviors, and to promote her self-esteem and confidence. Important nursing goals in the care of the infant include providing optimal nutrition, comfort, and rest; meeting the infant's psychosocial needs; and supplying emotional nurturance and sensory stimulation appropriate to the assessed developmental level.

**ventilatory failure** **respiratory failure**.

---

# heart failure

inability of the heart to maintain cardiac output sufficient to meet the body's needs; it most often results from myocardial failure affecting the right or left ventricle.

**backward heart failure** a concept of heart failure emphasizing the resultant passive engorgement of the systemic venous system that.

**congestive heart failure** (CHF) that which occurs as a result of impaired pumping capability of the heart that is not keeping up with the metabolic needs of body tissues and organs; it is associated with abnormal retention of water and sodium. It ranges from mild congestion with few symptoms to life-threatening fluid overload and heart failure. Congestive heart failure results in an inadequate supply of blood and oxygen to the body's cells. The decreased cardiac output causes an increase in the blood volume within the vascular system. Congestion within the blood vessels interferes with the movement of body fluids in and out of the various fluid compartments, so that fluid accumulates in the tissue spaces, causing edema.

There are three general kinds of pathologic conditions that can bring about congestive heart failure: (1) *ventricular failure,* in which the contractions of the ventricles become weak and ineffective, as in myocardial ischemia from coronary artery disease; (2) *mechanical failure* of the ventricles to fill with blood during the diastole phase of the cardiac cycle, which can occur when the mitral valve is narrowed, as in rheumatic mitral stenosis, or when there is an accumulation of fluid within the pericardial sac (**cardiac** TAMPONADE) pressing against the ventricles, preventing them from accepting a full load of blood; and (3) an *overload* of blood in the ventricles during the systole phase of the cycle. High BLOOD PRESSURE, **aortic** STENOSIS, and **aortic** REGURGITATION are some of the conditions that can cause ventricular overload.

COMPENSATORY MECHANISMS. In an attempt to compensate for inadequate pumping of the heart, the body uses three basic adaptive mechanisms which, though they are effective for a brief period of time, will eventually become insufficient to meet the oxygen needs of the body. These mechanisms are also responsible for many of the symptoms experienced by the patient with congestive heart failure.

First, the failing heart attempts to maintain a normal output of blood by enlarging its pumping chambers so that they are capable of holding a greater volume of blood. This increases the amount of blood ejected from the heart, but it also leads to fluid overload within the blood vessels and excessive accumulation of body fluids in all of the fluid compartments.

Second, the heart begins to increase its muscle mass in order to strengthen the force of its contractions. This results in ventricular hypertrophy and a need for more oxygen. Eventually, the coronary arteries can no longer meet the oxygen demands of the enlarged myocardium

and the patient experiences angina pectoris owing to ischemia.

Third, there is a response from the sympathetic nervous system. The involuntary muscle of the heart is regulated by autonomic, or involuntary, innervation. In response to failing contractility of the myocardial cells, the sympathetic nervous system activates adaptive processes that increase the heart rate, redistribute peripheral blood flow, and retain urine. These mechanisms are responsible for the symptoms of diaphoresis, cool skin, tachycardia, cardiac arrhythmias, and oliguria.

The combined efforts of these three compensatory mechanisms achieve a fairly normal level of cardiac output for a period of time. During this phase of congestive heart failure, the patient is said to have *compensated* CHF. When these mechanisms are no longer effective the disease progresses to the final stage of impaired heart function and the patient has *decompensated* CHF.

Clinical Symptoms. Left-sided heart failure produces dyspnea of varying intensity. In the early stages, shortness of breath occurs only when the patient is physically active. Later, as the heart action becomes more seriously impaired, the dyspnea is present even when the patient is resting. In advanced cases, the patient must sit up in order to breathe (ORTHOPNEA). Attacks of breathlessness severe enough to wake the patient frequently occur during sleep (**paroxysmal nocturnal** DYSPNEA). These attacks usually are accompanied by coughing and wheezing, and the patient seeks relief by sitting upright. Orthopnea and paroxysmal nocturnal dyspnea are related to congestion of the pulmonary blood vessels and edema of the lung tissues. They are aggravated by lying down because in the prone position quantities of blood in the lower extremities move upward into the blood vessels of the lungs.

Fluid retention is another common symptom of congestive heart failure. In left-sided failure there is higher than normal pressure of blood in the pulmonary vessels. This increased pressure forces fluid out of the intravascular compartment and into the tissue spaces of the lungs, causing pulmonary edema. Right-sided failure causes congestion in the capillaries of the peripheral circulation and results in edema and congestion of the liver, stomach, legs, and feet, and in the sacral region in bedridden patients.

Decreased cardiac output also affects the kidneys by reducing their blood supply, which in turn causes a decrease in the rate of glomerular filtration of plasma from the renal blood vessels into the renal tubules. Sodium and water not excreted in the urine are retained in the vascular system, adding to the blood volume. The diminished blood supply to the kidney also causes it to secrete renin, which indirectly stimulates the secretion of aldosterone from the adrenal gland. Aldosterone in turn acts on the renal tubules, causing them to increase reabsorption of sodium and water, and thus to further increase the volume of body fluids.

TREATMENT. Medical management of congestive heart failure is aimed at improving contractility of the heart, reducing salt and water retention, and providing rest for the heart muscle. Drugs used to accomplish these goals include DIGITALIS glycosides to slow and strengthen the heartbeat, VASODILATORS such as nitroprusside and phentolamine to reduce resistance to the flow of blood being pumped from the heart, DIURETICS to assist in the elimination of water and sodium in the urine, and ANGIOTENSIN CONVERTING ENZYME INHIBITORS to reduce blood pressure, inhibit aldosterone release, and reduce peripheral arterial resistance. BETA-BLOCKERS are an important adjunct in treatment of heart failure, helping to decrease the sympathetic response. Electroconversion of **atrial FIBRILLATION** enlists the help of the atria to fill the ventricles to maximum capacity. **Biventricular PACING** or restoration of cardiac SYNCHRONY is helpful for patients with interventricular conduction delay and a wide **QRS COMPLEX**.

PATIENT CARE. Hospitalized patients with severe congestive heart failure present problems related to their needs for physical and mental rest, adequate aeration of the lungs and oxygenation of the tissues, prevention of circulatory stasis, maintenance of the integrity of the skin, restoration and maintenance of fluid and electrolyte balances, and adequate nutrition. The care plan should include frequent monitoring of the vital signs, intake and output, daily weight, serum electrolyte and blood gas levels, and nutritional intake. Patients are placed on sodium-restricted diets and limited fluid intake; they should have a good understanding of the reason for this before leaving the hospital. They should also have a plan for regular exercise as tolerated. Since it is likely that they will continue taking several kinds of medications after returning home, patients or family members should be taught about the pharmacologic action of each drug, the need for taking it exactly as

prescribed, any precautions to be taken, and untoward reactions that warrant notification of the physician, nurse practitioner, or physician's assistant.



Clinical portrait of congestive heart failure. (SOBOE=shortness of breath on exertion) From Jarvis, 1996.

**forward heart failure** a concept of heart failure emphasizing the inadequacy of cardiac output as the primary cause.

**high-output heart failure** that in which cardiac output remains high, associated with conditions such as hyperthyroidism, anemia, and emphysema.

**left-sided heart failure** (**left ventricular heart failure**) failure of the left ventricle to maintain a normal output of blood; it does not empty completely and thus cannot accept all the blood returning from the lungs via the pulmonary veins, which become engorged. Fluid seeps out of the veins through the pulmonary capillaries and collects in the interstitial tissue of the lung, causing pulmonary edema that eventually leads to right ventricular heart failure as well.

**low-output heart failure** that in which cardiac output is diminished, associated with cardiovascular diseases such as coronary artery disease, hypertension, and cardiomyopathy.

**right-sided heart failure** (**right ventricular heart failure**) failure of proper functioning of the right ventricle, with subsequent engorgement of the systemic veins, producing pitting edema, enlargement of the liver, and ascites.

"CITE" 👄 Miller-Keane Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health, Seventh Edition. © 2003 by Saunders, an imprint of Elsevier, Inc. All rights reserved.

# heart fail·ure

**1.** inadequacy of the heart so that as a pump it fails to maintain the circulation of blood, with the result that

congestion and edema develop in the tissues. See also: **forward heart failure, backward heart failure, right ventricular failure, left ventricular failure**. Synonym(s): **cardiac failure, cardiac insufficiency, congestive heart failure, myocardial insufficiency**

**2.** resulting clinical syndromes include shortness of breath, pitting or nonpitting edema, enlarged tender liver, engorged neck veins, and pulmonary rales in various combinations.

"CITE" ⊖ Farlex Partner Medical Dictionary ® Farlex 2012

## congestive heart failure

*n.*

See **heart failure**.

"CITE" ⊖ The American Heritage® Medical Dictionary Copyright © 2007, 2004 by Houghton Mifflin Company. Published by **Houghton Mifflin Company**. All rights reserved.

## congestive heart failure (CHF)

an abnormal condition that reflects impaired cardiac pumping and the inability to maintain the metabolic needs of the body. Its causes include myocardial infarction, ischemic heart disease, and cardiomyopathy. Failure of the ventricles to eject blood efficiently results in volume overload, ventricular dilation, and elevated intracardiac pressure. Increased pressure in the left side of the heart causes pulmonary congestion. Increased pressure in the right side causes systemic venous congestion and peripheral edema. See also **heart failure**.

"CITE" ⊖ Mosby's Medical Dictionary, 9th edition. © 2009, Elsevier.

## congestive heart failure   Congestive heart

disease Cardiology '... *a complex clinical syndrome characterized by abnormalities of left ventricular function and neurohormonal regulation, which are accompanied by effort intolerance, fluid retention, and reduced longevity*', an impairment of cardiac function in which failing ventricles cannot adequately perfuse tissue to meet metabolic demands; CHF usually develops over a long period, but may be abrupt in onset Epidemiology CHF is a major health problem which affects 2-3 million, US; 400,000 new cases are diagnosed/yr Clinical Low-output 'forward CHF'–weakness, fatigue, lethargy, light-headedness, and confusion; in decompensated CHF, cardiac cachexia ensues, characterized by exhaustion

and loss of lean muscle mass; low-output backward–
pulmonary congestion–fluids accumulate in lungs, causing dyspnea, initially only on exertion; also seen, peripheral and pedal edema, rales, S3 gallop, sinus tachycardia, hypotension, ↑ jugular venous pressure, and abdominojugular–hepatojugular reflux High-output heart failure–'non-cardiac' CHF Albright's disease–polyostotic fibrous dysplasia, anemia, carcinoid syndrome, arteriovenous fistulas–trauma, Paget's disease of bone, hemangiomatosis, glomerulonephritis, hemodialysis, liver disease–alcohol-related thiamin deficiency, ↓ peripheral arterial resistance, hyperkinetic heart syndrome, polycythemia vera, thyrotoxicosis CHF precipitants Alcohol, cor pulmonale, drug-related–inappropriate medications, non-compliance, ↑ fluid and/or sodium intake, fever, hypothyroidism, hypoxia, infection, obesity, pregnancy, pulmonary embolism, renal failure, uncontrolled HTN Workup-EKG–to exclude myocardial ischemia or infarction, and/or arrhythmia Workup-lab CBC–to exclude anemia, BUN and creatinine–to assess renal function, electrolytes–$K^+$ and magnesium, liver enzymes, cardiac markers including enzymes–eg, LDH isoenzymes and proteins–e.g., troponin T–to exclude recent MI or ischemia, thyroid function tests–to exclude thyrotoxicosis, a major cause of high-output heart failure Radiology Cardiac enlargement, interstitial and/or alveolar edema, and pulmonary vascular redistribution in acute CHF, findings which are *less* common in chronic CHF Echocardiography–M-mode, 2-D, & Doppler to determine the left ventricular ejection fraction; CHF typically has concentric left ventricular hypertrophy Management of precipitating factors Eliminate noncardiac factors–eg, alcohol, drugs, excess fluid and/or sodium intake, fever, hypothyroidism, hypoxia, infection, renal insufficiency, HTN, and other factors; control precipitating factors, which may eliminate the signs and symptoms of CHF Acute management Acute CHF with extreme respiratory distress is a medical emergency that requires immediate treatment to ↓ volume–preload and myocardial $O_2$ demand and ↑ forward blood flow Long-term management Once CHF develops, it requires continuous therapy to ↓ M&M–ie,

**1.** non-pharmacologic maneuvers–eg, salt restriction in the form of a 'no salt added' regimen, reduction of alcohol intake, exercise as tolerated and, for Pts with impaired renal function or psychogenic polydipsia, fluid restriction
.

**2.** drug therapy with multiple agents–diuretics, ACE inhibitors, digoxin, nitrates, CCBs, beta-blockers, inotropic agents that ↑ intracellular sodium–eg, vesnarinone–have a narrow therapeutic range Prognosis Poor; 5-yr mortality rate for CHF after the onset of Sx-per Framingham Heart data, is 62% for ♂;

42% for ♀; 200,000 deaths attributable to CHF
occur/yr–US; ↑ norepinephrine levels direct correlates
with hemodynamic severity and poor prognosis. See
Beta-blockers, Calcium channel blockers, Nitrates.

**Congestive heart failure–etiology**
**Dilated cardiomyopathy** Congestive
cardiomyopathy
 Infectious–eg viral, parasites
 Toxic–eg alcohol abuse, adriamycin,
cyclophosphamide
 Nutritional–eg carnitine, selenium, thiamin, or
protein deficiency
 Connective tissue disease
**Hypertrophic cardiomyopathy** Concentric left
ventricular hypertrophy
**Infiltrative cardiomyopathy** Amyloid,
hemochromatosis, sarcoidosis
Hypertensive heart disease
**Myocardial ischemia/infarction** Accompanied by
left ventricular dysfunction
**Valvular heart disease**

"CITE" McGraw-Hill Concise Dictionary of Modern Medicine. ©
2002 by The McGraw-Hill Companies, Inc.

# heart fail·ure  (hahrt fāl'yŭr)

**1.** Inadequacy of the heart so that as a pump it fails to
maintain the circulation of blood, with the result that
congestion and edema develop in the tissues.
See also: **forward heart failure, backward heart
failure, right ventricular failure, left ventricular
failure**
Synonym(s): **cardiac insufficiency, congestive heart
failure, myocardial insufficiency.**
**2.** Resulting clinical syndromes including shortness of
breath, pitting edema, enlarged tender liver, engorged
neck veins, and pulmonary rales in various
combinations.

"CITE" Medical Dictionary for the Health Professions and Nursing
© Farlex 2012

# congestive heart failure  See HEART
FAILURE.

"CITE" Collins Dictionary of Medicine © Robert M. Youngson 2004,
2005

# Congestive heart failure

A condition in which the heart cannot pump enough blood
to supply the body's tissues with sufficient oxygen and
nutrients; back up of blood in vessels and the lungs causes
buildup of fluid (congestion) in the tissues.

Mentioned in: **Cardiomyopathy**, **Endocarditis**, **Heart
Failure**

"CITE" ⊕ Gale Encyclopedia of Medicine. Copyright 2008 The Gale
Group, Inc. All rights reserved.

# heart failure ; congestive heart failure cardiac

insufficiency characterized by poor circulation of oxygenated
blood, shortness of breath, palpable jugular venous pulse and
pitting peripheral oedema

"CITE" ⊕ Illustrated Dictionary of Podiatry and Foot Science by Jean
Mooney © 2009 Elsevier Limited. All rights reserved.

# congestive heart failure,

*n* inability of the heart to sustain sufficient blood
circulation in the lungs and tissues; condition
characterized by shortness of breath, weakness, and
edema.

Congestive heart failure.

### StageSymptoms

| Stage | Symptoms |
|---|---|
| I | Patient is symptom-free at rest and with treatment |
| II | Patient experiences impaired heart function with moderate physical effort. Shortness of breath with exertion is common. There are no symptoms at rest |
| III | Even minor physical exertion results in shortness of breath and fatigue. There are no symptoms at rest |
| IV | Symptoms such as shortness of breath and signs such as lower extremity edema are present when the patient is at rest |

"CITE" ⊕ Jonas: Mosby's Dictionary of Complementary and
Alternative Medicine. (c) 2005, Elsevier.

# heart fail·ure (hahrt fāl'yŭr)

**1.** Inadequacy of the heart so that as a pump it fails to
maintain the circulation of blood, with the result that
congestion and edema develop in the tissues.
**2.** Resulting clinical syndromes including shortness of

breath, pitting edema, enlarged tender liver, and
pulmonary rales in various combinations.

"CITE" ⊖⊃ Medical Dictionary for the Dental Professions © Farlex
2012

## congestive heart failure (kənjes ´tiv),

*n* an abnormal condition characterized by circulatory
congestion (retention of fluids) caused by cardiac or
kidney disorders. It usually develops chronically in
association with the retention of sodium and water by
the kidneys. The acute form may result from myocardial
infarction of the left ventricle.

"CITE" ⊖⊃ Mosby's Dental Dictionary, 2nd edition. © 2008 Elsevier,
Inc. All rights reserved.

# Patient discussion about congestive heart failure

### Q. What Is the Treatment for Congestive Heart Failure?

My mother is 76 years ols and has been suffering from a heart
disease for many years. Lately she has developed congestive
heart failure. How is this situation treated?

**A.** In addition to everything else, she might try CoQ10, a
supplement available at most nutrition stores.

"Congestive heart failure has been strongly correlated with
significantly low blood and tissue levels of CoQ10 ....

[In numerous studies] treatment with CoQ10 significantly
improved heart muscle function while producing no
adverse effects or drug interactions."

http://faculty.washington.edu/ely/coenzq10.html

### Q. congestive heart failure how it works is it to do with fluid
built up in your body

**A.** Congestive heart failure (CHF), or heart failure, is a
condition in which the heart can't pump enough blood to
the body's other organs. The "failing" heart keeps working
but not as efficiently as it should. People with heart failure
can't exert themselves because they become short of
breath and tired.
As blood flow out of the heart slows, blood returning to the
heart through the veins backs up, causing congestion in
the tissues. Often swelling (edema) results. Most often
there's swelling in the legs and ankles, but it can happen in

other parts of the body, too. Sometimes fluid collects in the
lungs and interferes with breathing, causing shortness of
breath, especially when a person is lying down.
Heart failure also affects the kidneys' ability to dispose of
sodium and water. The retained water increases the
edema.

### Q. describe the symptoms of congestive heart failure

**A.** From my own expierience, EM24 gave an accurate
answer. My edema also affects my hands as well as
ankles. I was given a Xopenex HFA inhaler to use if lungs
are affected.

### More discussions about congestive heart failure

"CITE" ⊕ This content is provided by iMedix and is subject to iMedix
Terms. The Questions and Answers are not endorsed or recommended
and are made available by patients, not doctors.

Want to thank TFD for its existence? **Tell a friend about us,**
add a link to this page, or visit **the webmaster's page for free
fun content**.

Link to this page:

```
<a
href="http://medical-dictionary.thefreedictionary.com/conge
stive+heart+failure">congestive heart failure</a>
```



Ads by Google related to: **congestive heart failure**



### Congestive Heart Failure - Fluid In The Lungs?☐

Find Out If You Can Participate In Clinical Study By
Answering A Few Questions☐

## Mentioned in   ?

AbioCor Implantable Replacement Heart
ACE inhibitor
ACHIEVE
ACTIV in CHF
acute renal failure
Adentri
admission criteria
adria cell



grammarly

**Instant Grammar Checker**

Correct all grammar errors and enhance your writing.

**Try Now**

AF
amyloidosis of aging
angiotensin-converting enzyme
arrhythmogenic right ventricular cardiom
arterial calcification, generalised, of infar
ascites
atrial natriuretic factor test

## References in periodicals archive ?

Cardiome is currently conducting four clinical studies utilizing oxypurinol to treat patients with **congestive heart failure**.
*Cardiome obtains additional oxypurinol patent*

Another symptom observed in people with **congestive heart failure** is that the normally fist-sized heart more than doubles in size.
*The overworked heart: research suggest molecular mechanisms for heart failure*

Immediate treatment for **congestive heart failure** consists of bed rest with the patient sitting up, along with diuretic drugs to rid the body of excess fluid.
*Congestive heart failure*

Identify and understand important and diverse types of therapeutics under development for **Congestive Heart Failure** (Heart Failure).
*Research and Markets: Congestive Heart Failure (Heart Failure) - Pipeline Review, H2 2012*

## Medical browser ?

congestion
congestive
congestive atelectasis
congestive cardiomyopathy
congestive dysmenorrhea
► **congestive heart failure**
congestive splenomegalia
congestive splenomegaly
congius
conglobate
conglobate gland
conglobation
conglomerate
conglomerate silicosis
conglutinant

## Full browser ?

☐ Congestive heart disease
☐ Congestive heart disease
☐ Congestive heart disease
► ☐ **congestive heart failure**
☐ congestive heart failure (CHF)
☐ congestive heart failure (CHF)
☐ congestive heart failure (CHF)
☐ Congestive Heart Failure Survival Trial of Antiarrhythmic Therapy
☐ Congestive heart failure, Hypertension, Age, Diabetes, prior Stroke
☐ Congestive heart failure-etiology

 grammarly

**Instant Grammer Checker**

Corect all grammar errors and enhance you're writing.

More from  THE FREE DICTIONARY BY FARLEX

**Mobile Apps**

 Download on the App Store    GET IT ON Google play    kindle    Windows    Windows Phone

**Free Tools**

For surfers: Free toolbar & extensions | Word of the Day | Word Finder | Help
For webmasters: Free content | Linking | Lookup box

Terms of Use | Privacy policy | Feedback | Advertise with Us | Copyright © 2003-2017 Farlex, Inc

Disclaimer

All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.

# Exhibit 89

# REDACTED
# IN ITS ENTIRETY