IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 14-878-LPS-CJB |
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GLENMARK PHARMACEUTICALS INC., USA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 14-877-LPS-CJB |

**DECLARATION OF ANDREW E. RILEY IN SUPPORT OF DEFENDANTS'
OBJECTIONS TO MAGISTRATE JUDGE BURKE'S REPORT AND
RECOMMENDATION REGARDING DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT OF INVALIDITY DATED MAY 2, 2017</u>**

I, Andrew E. Riley, hereby declare as follows:

　　1.　　I am an associate at the law firm of Goodwin Procter LLP, counsel for defendant Teva Pharmaceuticals USA, Inc. ("Teva").

　　2.　　I am a member in good standing of the Bar of the State of New York, the Bar of the United States Court of Appeals for the Federal Circuit, and before the U.S. Patent and Trademark Office.

3. I submit this Declaration in support of Defendants' Objections to Magistrate Judge Burke's Report and Recommendation Regarding Defendant's Motion for Summary Judgment on Invalidity.

4. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

5. I submit this Declaration to authenticate and provide to the Court certain documents cited to and referenced in Defendants' Objections to Magistrate Judge Burke's Report and Recommendation Regarding Defendant's Motion for Summary Judgment on Invalidity and to provide any other information relevant thereto.

6. Attached hereto as Exhibit 1 is a true and correct copy of Garg, et al., *Current and Ongoing Randomized Trials in Heart Failure and Left Ventricular Dysfunction,* J. Am. Coll. Cardiol. 22(4):194A-197A (1993).

7. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Rebuttal Expert Report of Peter A. McCullough, M.D., M.P.H. dated November 11, 2016

8. I, Andrew E. Riley, hereby declare, under penalty of perjury as set forth by the laws of the United States of America that the foregoing is true and correct.

Dated: May 12, 2017

Andrew E. Riley