IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 14-878-LPS-CJB<br>:<br>:<br>:<br>:<br>: |

**FINAL JUDGMENT**

This action between Plaintiffs GlaxoSmithKline, LLC and SmithKline Beecham (Cork) Limited (collectively, "GSK") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") came before the Court for trial beginning on June 12, 2017, before a duly empaneled and sworn jury. The jury rendered a verdict on June 20, 2017. (*See* D.I. 448) Teva's defenses of equitable estoppel, unpatentable subject matter under 35 U.S.C. § 101, indefiniteness of claim 8, and improper dependency of claim 8 were reserved to be tried to the Court at a later date. (*See* D.I. 452 at 16-17; D.I. 451)

On August 25, 2017, the parties filed post-trial motions. (D.I. 464; D.I. 466) On March 28, 2018, the Court granted in part Teva's motion for judgment as a matter of law and denied as moot GSK's motion for enhanced damages, attorney fees, and interest. (D.I. 489; D.I. 490)

Therefore, pursuant to Federal Rules of Civil Procedure 50, 54, and 58, FINAL JUDGMENT is hereby entered in this matter as follows:

It is ORDERED AND ADJUDGED that final judgment be and hereby is entered in favor

1

of Teva and against GSK on GSK's claims that Teva induced infringement of the asserted claims of the '000 patent.

It is ORDERED AND ADJUDGED that final judgment be and hereby is entered in favor of GSK and against Teva on Teva's affirmative defenses that the asserted claims of the '000 patent are invalid as anticipated or obvious under 35 U.S.C. §§ 102 or 103, or for lack of written description under 35 U.S.C. § 112.

It is ORDERED AND ADJUDGED that all remaining claims and affirmative defenses are DISMISSED WITHOUT PREJUDICE, and any further proceedings with respect to these claims and affirmative defenses will be dependent on all applicable legal principles, including any remand order from the Court of Appeals.

SO ORDERED this 25th day of April, 2018.

---
CHIEF JUDGE LEONARD P. STARK