NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED,**
*Plaintiffs-Appellants*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Cross-Appellant*

---

2018-1976, 2018-2023

---

Appeals from the United States District Court for the District of Delaware in No. 1:14-cv-00878-LPS-CJB, Chief Judge Leonard P. Stark.

---

**ON PETITION FOR REHEARING**

---

Before PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges.*

PER CURIAM.

# O R D E R

Teva Pharmaceuticals USA, Inc. petitions for en banc rehearing. The petition is presumed to request relief that

2    GLAXOSMITHKLINE LLC v. TEVA PHARMACEUTICALS USA, INC.

can be granted by the panel that heard these appeals.  *See* Internal Operating Procedure 14(2)(a).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The petition is granted to the extent that the October 2, 2020 judgment is vacated, the October 2, 2020 opinions are withdrawn, and the panel will rehear these appeals on the merits.

(2) Oral argument is set for February 23, 2021, at 10:00 a.m.  Oral argument shall be limited to the following issue raised in Teva Pharmaceuticals USA, Inc.'s petition for en banc rehearing: whether there is substantial evidence to support the jury's verdict of induced infringement during the time period from January 8, 2008 through April 30, 2011.  We find all other issues to be sufficiently briefed.  Oral argument will be telephonic.

FOR THE COURT

February 9, 2021  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court