IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, | ) | |
| SMITHKLINE BEECHAM (CORK) | ) | |
| LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-878-GBW-CJB |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
RENEWED MOTION FOR JMOL OR A NEW TRIAL**

Pursuant to Federal Rules of Civil Procedure 50(b) and 59, Teva Pharmaceuticals USA, Inc. ("Teva") respectfully moves for judgment as a matter of law or, in the alternative, for a new trial. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

|  |  |
|---|---|
| | */s/ Karen E. Keller* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Daryl L. Wiesen | Karen E. Keller (No. 4489) |
| Elaine H. Blais | SHAW KELLER LLP |
| Alexandra Lu | I.M. Pei Building |
| Christopher T. Holding | 1105 North Market Street, 12th Floor |
| Lana S. Shiferman | Wilmington, DE 19801 |
| Robert Frederickson, III | (302) 298-0700 |
| GOODWIN PROCTER LLP | jshaw@shawkeller.com |
| 100 Northern Avenue | kkeller@shawkeller.com |
| Boston, MA 02210 | *Attorneys for Defendant* |
| (617) 570-1000 | *Teva Pharmaceuticals USA, Inc.* |

Jaime Ann Santos
GOODWIN PROCTER LLP
1900 N St NW
Washington, DC 20036
(202) 346-4000

Dated: January 27, 2025