IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>        Plaintiffs,<br><br>        v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 14-878-GBW-CJB<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This _____ day of _____, 2025, upon consideration of Teva Pharmaceuticals USA, Inc's Renewed Motion for JMOL or a New Trial; and all responses and replies thereto, and having determined that good cause exists for the requested relief;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

_____

United States District Judge