IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE LLC and SMITHKLINE BEECHAM (CORK) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 14-878-GBW |

**JOINT STIPULATION TO DISMISS AND
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs GlaxoSmithKline LLC and SmithKline Beecham (Cork) Limited (collectively, "GSK), and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, GSK and Teva are the "Parties"), having resolved their disputes being litigated in the above-titled action and having entered into a Confidential Settlement Agreement, now, through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims, counterclaims, defenses, motions, and petitions asserted between GSK and Teva in this suit are dismissed with prejudice;

2. All pending motions are denied as moot;

3. Each Party shall bear its own attorneys' fees and costs with respect to the above-titled action;

4. This Court retains exclusive jurisdiction over the Parties for purposes of enforcing this stipulation and Order, including any dispute between the Parties relating to the Confidential Settlement Agreement entered between the Parties resolving this suit; and

5. This Stipulation and Order finally resolves the above-titled action between GSK and Teva. For purposes of clarity, this Stipulation and Order has no impact on any claims between GSK and Glenmark Generics USA, Inc., in Case No. 14-CV-877-GBW.

**SO STIPULATED.**

Dated: February 9, 2026

FISH & RICHARDSON P.C.

By: /s/ Douglas E. McCann
Douglas E. McCann (#3852)
Nitika Gupta Fiorella (#5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
dmccann@fr.com; fiorella@fr.com

Jonathan E. Singer
Michael A. Amon
Madelyn S. McCormick
Evan T. Sumner
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
singer@fr.com;
amon@fr.com; mmccormick@fr.com;
sumner@fr.com

Michael J. Kane
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070
kane@fr.com

*Attorneys for Plaintiffs GlaxoSmithKline LLC, and SmithKline Beecham (Cork) Limited*

2

| | |
|---|---|
| OF COUNSEL:<br>Daryl L. Wiesen<br>Christopher T. Holding<br>Elaine Herrmann Blais<br>Lana S. Shiferman<br>Robert Frederickson, III<br>Alexandra Lu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02110<br>(617) 570-1000<br><br>Jaime A. Santos<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>(202) 346-4000 | /s/ Karen E. Keller<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

**IT IS SO ORDERED.**

**Date:**_____

_____
The Honorable Gregory B. Williams
United States District Judge

3